UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MARK McMANAWAY; DAVID RANCOURT; BRENT LASHER; JODY AISTROP; WILLIAM EARL BICKELL; MATTHEW DALE BOARD; LARRY BUNNER; WILLIAM DeLASHMUTT; JEFFREY FROMME; JEFFERY HENKE; ANTHONY HUFF; BEN McINTYRE; JEFFREY ALAN VARNER; TOMMY J. EBERT, JR.; LUCAS RAY WHISTLE; and MICAH PARTKLOW, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:08-cv-186-RLY-WGH |
| KBR, INC.; KELLOGG, BROWN & ROOT SERVICES, INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; and SERVICE EMPLOYEES INTERNATIONAL, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON COMPETING MOTIONS
FOR PROTECTIVE ORDER**

This matter is before the Honorable William G. Hussmann, Jr., United

States Magistrate Judge, upon Plaintiffs' Motion for Entry of Interim Protective

Order filed February 26, 2009 (briefed at Docket Nos. 44, 49, 54) and the

Alternative Motion for Entry of Protective Order filed by defendants on March 9,

2009 (briefed at Docket Nos. 50, 52-53, 56).

The Magistrate Judge, being duly advised, now determines that the Protective Order which shall be in place in this case is the Protective Order tendered by the defendants.  (Docket No. 50-2).  In this case, pursuant to *Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.,* 178 F.3d 943 (7th Cir. 1999), the parties have established that they are aware that certain confidential information in the form of trade secrets and other intellectual property may need to be discovered in order to resolve the issues raised by the plaintiffs.  The Protective Order tendered by the defendants is preferable to the order tendered by the plaintiffs because the defendants' tendered order pertains to the disclosure by both parties.  The Protective Order to be entered in this case, in the Magistrate Judge's opinion, will have no bearing on whether there are Congressional investigations into the defendants' conduct, and the plaintiffs' objection to that extent is overruled.

Therefore, the defendants' Alternative Motion for Entry of Protective Order (Docket No. 50) is **GRANTED,** and the Plaintiffs' Motion for Entry of Interim Protective Order (Docket No. 44) is **DENIED.**

**SO ORDERED.**

**Dated:**  March 25, 2009

_____

WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

David J. Cutshaw
COHEN & MALAD LLP
dcutshaw@cohenandmalad.com

Michael Patrick Doyle
DOYLE RAIZNER LLP
mdoyle@doyleraizner.com

Gabriel Adam Hawkins
COHEN & MALAD LLP
ghawkins@cohenandmalad.com

Randall  Jones
SERPE JONES ANDREWS CALLENDER
   & BELL PLLC
rjones@serpejones.com

Gregory L. Laker
COHEN & MALAD LLP
glaker@cohenandmalad.com

Phillip R. Scaletta
ICE MILLER
scaletta@icemiller.com

Donald M. Snemis
ICE MILLER LLP
donald.snemis@icemiller.com

Seth M. Thomas
ICE MILLER LLP
seth.thomas@icemiller.com