IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARK McMANAWAY; DAVID RANCOURT; BRENT LASHER; JODY AISTROP; WILLIAM EARL BICKELL; MATTHEW DALE BOARD; LARRY BUNNER; WILLIAM DeLASHMUTT; JEFFREY FROMME; JEFFERY HENKE; ANTHONY HUFF; BEN McINTYRE; JEFFREY ALAN VARNER; TOMMY J. EBERT, JR; LUCAS RAY WHISTLE; MICAH PARTLOW; JURGEN P. TURNER, JR; RUSSELL KIMBERLING; SCOTT WYATT; GARY FISCHL; STEPHEN SALAMONE; RUSSELL GARVIN; DANIEL KRIBS; DAVID BARKER; EDWARD BOSA; STEVE MOORE on behalf of the wrongful death Estate of DAVID MOORE; JASON BREEDEN; CLINTON HAMMACK; SAM SCHULTZ, BRENDAN WILCZYNSKI; DAVID ANGELL; BRENNIN SHEPHERD; RYAN LEVITZ; WILLIAM MICHAELS; ERIC FLORES; JEROLD EVRARD; TIM THOMPSON; JONATHAN ROBERTSON; JESSE HARDIN; CLAY CHAMPION; RONALD WILSON; GEORGE DEEL; JAMES GENTRY; FRED LUMPKIN; TERRY MILLER; RALPH STILES; and BRIAN WANINGER, <br><br>    Plaintiffs, <br><br> v. <br><br> KBR, INC.; KELLOGG, BROWN & ROOT SERVICES INC.;  KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; and SERVICE EMPLOYEES INTERNATIONAL, INC. <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Cause No. 3:08-cv-0186-RLY-WGH<br><br>JURY DEMANDED |

**ORDER GRANTING LEAVE TO SUPPLEMENT OBJECTION**

The Court, having reviewed Defendants' Request for Leave to Supplement Objection and being duly and fully advised in the premises, now finds that the motion should be granted.

IT IS THEREFORE ORDERED that Defendants be granted leave to file their Reply in Support of Rule 72 Objection.

ENTERED: __02/03/2010_____

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Distribution:

**Donald M. Snemis**
ICE MILLER LLP
donald.snemis@icemiller.com

**Phillip R. Scaletta**
ICE MILLER
scaletta@icemiller.com

**Seth M. Thomas**
ICE MILLER LLP
seth.thomas@icemiller.com

**Thomas Eugene Mixdorf**
ICE MILLER LLP
thomas.mixdorf@icemiller.com

**Randall Jones**
SERPE JONES ANDREWS CALLENDER & BELL PLLC
rjones@serpejones.com

**David J. Cutshaw**
COHEN & MALAD LLP
dcutshaw@cohenandmalad.com

**Gregory L. Laker**
COHEN & MALAD LLP
glaker@cohenandmalad.com

**Gabriel Adam Hawkins**
COHEN & MALAD LLP
ghawkins@cohenandmalad.com

**Irwin B. Levin**
COHEN & MALAD LLP
ilevin@cohenandmalad.com

**Jeffrey L. Raizner**
DOYLE RAIZNER LLP
jraizner@doyleraizner.com

**Michael Patrick Doyle**
DOYLE RAIZNER LLP
mdoyle@doyleraizner.com

**Patrick M Dennis**
DOYLE RAIZNER LLP
pdennis@doyleraizner.com

**Christopher D. Lee**
KAHN DEES DONOVAN & KAHN
clee@k2d2.com

I/2423316.1