IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARK McMANAWAY; DAVID RANCOURT; BRENT LASHER; JODY AISTROP; WILLIAM EARL BICKELL; MATTHEW DALE BOARD; LARRY BUNNER; WILLIAM DeLASHMUTT; JEFFREY FROMME; JEFFERY HENKE; ANTHONY HUFF; BEN McINTYRE; JEFFREY ALAN VARNER; TOMMY J. EBERT, JR; LUCAS RAY WHISTLE; MICAH PARTLOW; JURGEN P. TURNER, JR; RUSSELL KIMBERLING; SCOTT WYATT; GARY FISCHL; STEPHEN SALAMONE; RUSSELL GARVIN; DANIEL KRIBS; DAVID BARKER; EDWARD BOSA; STEVE MOORE on behalf of the wrongful death Estate of DAVID MOORE; JASON BREEDEN; CLINTON HAMMACK; SAM SCHULTZ, BRENDAN WILCZYNSKI; DAVID ANGELL; BRENNIN SHEPHERD; RYAN LEVITZ; WILLIAM MICHAELS; ERIC FLORES; JEROLD EVRARD; TIM THOMPSON; JONATHAN ROBERTSON; JESSE HARDIN; CLAY CHAMPION; RONALD WILSON; GEORGE DEEL; JAMES GENTRY; FRED LUMPKIN; TERRY MILLER; RALPH STILES; and BRIAN WANINGER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )  Cause No. 3:08-cv-0186-RLY-WGH |
| KBR, INC.; KELLOGG, BROWN & ROOT SERVICES INC.;  KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; and SERVICE EMPLOYEES INTERNATIONAL, INC. | )<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter came before the Court upon Donald M. Snemis' **Motion to Admit *Pro Hac Vice* William H. Whitaker to the Bar of this Court** (Dkt. No. 122) (the "Motion").  Having

studied the Motion and being duly advised in the premises, this Court finds good cause for granting the same and now ORDERS that the Motion be, and hereby is, GRANTED.

William H. Whitaker is hereby admitted *pro hac vice* to the bar of this Court so that he may appear and represent Defendants KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, LTD.; and Service Employees International, Inc.  Mr. Whitaker's admission to the bar of this Court is limited to proceedings in the above-captioned action and shall terminate automatically upon the conclusion of this action.

DATED this   4th    day of      February       , 2010.

							_____
							WILLIAM G. HUSSMANN, JR.
							Magistrate Judge

**Distribution:**

David J. Cutshaw
dcutshaw@cohenandmalad.com
Gregory L. Laker
glaker@cohenandmalad.com
Gabriel A. Hawkins
ghawkins@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204

Jeffrey L. Raizner
jraizner@DoyleRaizner.com
Michael Patrick Doyle
mdoyle@DoyleRaizner.com
Patrick M. Dennis
pdennis@DoyleRaizner.com
DOYLE RAIZNER LLP
One Houston Center
1221 McKinney, Suite 4100
Houston, TX  77010