```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP016650
Cashier ID: dhabing
Transaction Date: 02/04/2010
Payer Name: ICE MILLER
------------------------------------------
PRO HAC VICE
 For: ICE MILLER
 Case/Party: D-INS-1-10-LB-000001-001
 Amount:       $30.00
------------------------------------------
CHECK
 Check/Money Order Num: 364577
 Amt Tendered: $30.00
------------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

3:08-cv-0186-RLY

PHV FEE--WILLIAM H. WHITAKER


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $45.00 fee
will be charged for a returned
check."
```