UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

MARK McMANAWAY; DAVID         )
RANCOURT; BRENT LASHER; JODY   )
AISTROP; WILLIAM EARL BICKELL;   )
MATTHEW DALE BOARD; LARRY     )
BUNNER; WILLIAM DeLASHMUTT;   )
JEFFREY FROMME; JEFFERY HENKE;  )
ANTHONY HUFF; BEN McINTYRE;    )
JEFFREY ALAN VARNER; TOMMY J.   )
EBERT, JR.; LUCAS RAY WHISTLE;   )
MICAH PARTLOW; JURGEN P.        )
TURNER, JR.; RUSSELL KIMBERLING; )
SCOTT WYATT; GARY FISCHL;      )
STEPHEN SALAMONE; RUSSELL    )
GARVIN; DANIEL KRIBS; DAVID     )
BARKER; EDWARD BOSA; STEVE    )
MOORE on behalf of the wrongful death )
estate of DAVID MOORE; JASON     )
BREEDEN; CLINTON HAMMACK; SAM )
SCHULTZ; BRENDAN WILCZYNSKI;  )
DAVID ANGELL; BRENNIN         )
SHEPHERD; RYAN LEVITZ; WILLIAM )
MICHAELS; ERIC FLORES; JEROLD   )
EVRARD; TIM THOMPSON;        )
JONATHAN ROBERTSON; JESSE    )
HARDIN; CLAY CHAMPION; RONALD )
WILSON; GEORGE DEEL; JAMES     )
GENTRY; FRED LUMPKIN; TERRY    )
MILLER; RALPH STILES; and BRIAN   )
WANINGER,                       )
        Plaintiffs,           )
                          )    3:08-cv-186-RLY-WGH
     vs.                      )
                          )
KBR, INC.; KELLOGG, BROWN & ROOT )
SERVICES INC.; KBR TECHNICAL    )
SERVICES, INC.; OVERSEAS       )

1

ADMINISTRATIVE SERVICES, LTD.;   )
and SERVICE EMPLOYEES          )
INTERNATIONAL. INC.,             )
          Defendants.        )

## FINAL JUDGMENT

The court, having **GRANTED** the Defendants' motion to dismiss for lack of

personal jurisdiction, now enters a final judgment in Defendants' favor, and against the

Plaintiffs herein.

**SO ORDERED** this 2nd day of March 2010.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____

By: Deputy Clerk

Electronic Copies to:

David J. Cutshaw
COHEN & MALAD LLP
dcutshaw@cohenandmalad.com

2

Michael Patrick Doyle
DOYLE RAIZNER LLP
mdoyle@doyleraizner.com

Gabriel Adam Hawkins
COHEN & MALAD LLP
ghawkins@cohenandmalad.com

Randall  Jones
SERPE JONES ANDREWS CALLENDER & BELL PLLC
rjones@serpejones.com

Gregory L. Laker
COHEN & MALAD LLP
glaker@cohenandmalad.com

Christopher D. Lee
KAHN DEES DONOVAN & KAHN
clee@k2d2.com

Irwin B. Levin
COHEN & MALAD LLP
ilevin@cohenandmalad.com

Thomas Eugene Mixdorf
ICE MILLER LLP
thomas.mixdorf@icemiller.com

Jeffrey L. Raizner
DOYLE RAIZNER LLP
jraizner@doyleraizner.com

Phillip R. Scaletta
ICE MILLER
scaletta@icemiller.com

Donald M. Snemis
ICE MILLER LLP
donald.snemis@icemiller.com

Seth M. Thomas
ICE MILLER LLP
seth.thomas@icemiller.com

Copies to:

Patrick M Dennis
DOYLE RAIZNER LLP
One Houston Center
1221 McKinney
Suite 4100
Houston, TX 77010

William H. Whitaker
SERPE, JONES, ANDREWS, CALLENDER & BELL, PLLC
Three Allen Center
333 Clay Street, Suite 3485
Houston, TX 77002