# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-152-4400
Fax ID 26-1657953

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

Invoice          1402 MRJ
Client/Matter    KBR    10007
Invoice Date     February 28, 2010

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No:  CLMS No. 2008-LTG-304120

## PROFESSIONAL SERVICES









**EXPENSES**

| 02/08/2010 | E127 | Keais Records Service, Inc., Invoice # 538633: Medical records from Shipshewana Family Medicine regarding Ryan Charles Levitz | 179.93 |

| | | | |
|---|---|---|---|
| 02/08/2010 | E127 | Keais Records Service, Inc.; Invoice # 538386; Medical records from Roudebush V A Medical Center regarding James Gentry | 2,817.45 |
| 02/08/2010 | E127 | Keais Records Service, Inc.; Invoice # 535804; Medical records from Medical of Dubois regarding George Deel | 134.44 |
| 02/08/2010 | E127 | Keais Records Service, Inc.; Invoice # 538876; Medical records from Bristol Street Family Practice regarding Jody Aistrop | 94.50 |
| 02/08/2010 | E127 | Keais Records Service, Inc.; Invoice # 537512; Medical records from Memorial Hospital and Health Care Center regarding George Deel | 107.37 |



| | | | |
|---|---|---|---|
| 02/11/2010 | E127 | Keais Records Service, Inc.; Invoice # 539908; Medical records from St. Joseph's Hospital regarding Matthew Dale Board | 54.75 |
| 02/12/2010 | E127 | Keais Records Service, Inc.; Invoice # 540097; Medical records from Marcrum Family Healthcare regarding Ralph Stiles | 269.71 |

| 02/16/2010 | E127 | Keais Records Service, Inc.; Invoice # 539478; Medical Records from Bloomington Hospital of Orange regarding George Deel | 235.42 |
| 02/16/2010 | E127 | Keais Records Service, Inc.; Invoice # 540364; Medical records from John W. Collier, MD regarding George Deel | 151.14 |
| 02/16/2010 | E127 | Keais Records Service, Inc.; Invoice # 541294; Medical records from Dr. Marion Hagen regarding George Deel | 55.00 |



| 02/18/2010 | E127 | Keais Records Service, Inc.; Invoice # 541405; Medical records from Dr. Lilly Santeliz Bontrager regarding Micah Partlow | 94.50 |
| 02/18/2010 | E127 | Keais Records Service, Inc.; Invoice # 541400; Medical records from Memorial & Healthcare Center regarding Brian Waninger | 117.12 |
| 02/18/2010 | E127 | Keais Records Service, Inc.; Invoice # 540689; Medical records from Ten Broeck Hospital regarding Russell Kimberling | 45.00 |
| 02/18/2010 | E127 | Keais Records Service, Inc.; Invoice # 540564; Medical records from Memorial Hospital Neurology/ Dr. Rajaie Obaid regarding Lucas Ray Whistle | 95.44 |
| 02/18/2010 | E127 | Keais Records Service, Inc.; Invoice # 540911; Medical records from Dr. Gary Paul Erdy regarding William Earl Bickell | 84.75 |
| 02/18/2010 | E127 | Keais Records Service, Inc.; Invoice # 541794; Medical records from | 25.00 |

Medical of Dubois regarding George Deel

| 02/19/2010 | E141 | Fast Pace Reporting, Invoice # TX77788; Deposition transcript of Jody Aistrop | 752.25 |
| 02/19/2010 | E141 | Fast Pace Reporting; Invoice # TX77786; Deposition transcript of Micah Partlow | 783.30 |
| 02/28/2010 | E101 | February 2010 copies 1185 @ .10 = 118.50 | 118.50 |

| 02/28/2010 | E108 | February 2010 postage | 39.50 |



| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542118;Medical records from VA Medical Center Louisville regarding Ralph Stiles | 309.76 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 541777; Medical records for Memorial Hospital & Health Center regarding Jeffrey Fromme | 132.69 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542672; Medical records from Marion VA Medical Center regarding Clay Champion | 165.66 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542791; Medical records from Dr. Daniel C. Eby regarding Stephen Salamone | 143.83 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542004; Medical records from John W. Collier, MD regarding George Deel | 25.00 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542412; Medical records from Marion VA Medical Center regarding Tommy J. Ebert, Jr. | 206.13 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 541768; Medical records from Perry County Memorial Hospital regarding Matthew Dale Board | 113.30 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 541771; Medical records from Perry County Memorial Hospital regarding Jerold Evrard | 115.18 |

| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 541327; Medical records from Ferdinand Family Medicine regarding Stephen Salamone | 195.17 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542566; Billing records from Ferdinand Family Medicine regarding Stephen Salamone | 25.00 |
| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 543239; Medical and billing records from Deaconness Hospital regarding Brian Waninger | 94.50 |
| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 543236; MMedical records from VA Fort Myers Clinic regarding Eric Roman Flores | 94.50 |
| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 542001; Medical records from Kosciusko Community Hospital regarding Terry Miller Jr. | 84.75 |
| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 543244; Medical records from Kosciusko Community Hospital regarding Ben McIntyre | 203.97 |
| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 541082; Medical records from Dr. Robert Rieti regarding David Moore | 240.66 |
| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 542100; Medical records from Deaconess Hospital regarding Fred Lumpkins | 204.69 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 541906; Medical records from Dr. Bizer's Visionworld regarding Jeffrey Fromme | 87.57 |
| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 543719; Medical and billing records from Clarian Health Methodist regarding James Gentry | 45.00 |
| 02/28/2010 | E127 | Keais Records Service, Inc.: Invoice # 544006; Medical records from St. Joseph's Hospital regarding Tommy J Ebert, Jr. | 54.75 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542674; Medical records from Marion VA Medical Center regarding Lucas Ray Whistle | 159.08 |

| | | | |
|---|---|---|---|
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542793; Medical records from Perry County Memorial Hospital regarding Mark McManaway | 112.36 |
| 02/28/2010 | E127 | Keais Records Service, Inc., Invoice # 543234; Medical records from Advanced Rehabilitation Tell City Clinic regarding Matthew Dale Board | 94.50 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 543816;Medical records from Owensboro Mercy Health System regarding Mark McManaway | 228.20 |
| 02/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 542874; Medical records from Tri-State Orthopaedics regarding Jeffrey Fromme | 270.97 |
| 02/28/2010 | E141 | Fast Pace Reporting; Invoice # TX78041; Deposition transcript of Anthony Huff | 721.60 |
| 02/28/2010 | E141 | Fast Pace Reporting; Invoice # TX78039; Deposition transcript of Brent Lasher | 747.10 |
| 02/28/2010 | E141 | Fast Pace Reporting; Invoice # TX78035; Deposition transcript of Brian Waninger | 1,133.45 |
| 02/28/2010 | E141 | Fast Pace Reporting; Invoice # 10007; Deposition transcripts of Clinton Hammack and Fred Lumpkins | 1,190.10 |
| 02/28/2010 | E141 | Fast Pace Reporting; Invoice # TX78030; Deposition transcript of Jeffery Henke | 894.25 |
| 02/28/2010 | E141 | Fast Pace Reporting; Invoice # TX78428; Deposition transcript of Jonathan Robertson | 1,048.90 |



# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 538633 | 1/31/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102203.001 | 12/23/2009 | 3:08-CV-0186-RLY-WGh |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Ryan Charles Levitz |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Shipshewana Family Medicine Medical Records 450 East Country Lane Shipshewana, IN 46565 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | |
|---|---|---|
| Ryan Charles Levitz (Medical Records) | 47.00 | |
| Notary pickup | | 51.00 |
| Base Fee | | 39.00 |
| Subpoena fee | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | 47.00 Pages | 32.43 |
| Paper copy/indexed/bound | 47.00 Pages | 11.75 |

Client/matter no. _KBR - 010007_

Expense Code _E127_

| | |
|---|---|
| **TOTAL DUE >>>** | **$179.93** |
| AFTER 3/17/2010 PAY | $190.73 |

Form W9 info on file _____ y/n
Date entered in Juris _2/8_
Batch no. _723_  Voucher no. _2823_
Vendor Code _KEAIS_
G/L no. _1900_

**Tax ID:** 74-1871731                    Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 538633
Invoice Date   : 1/31/2010
**Total Due     : $ 179.93**
AFTER 3/17/2010  PAY $190.73

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.    : 102203.001
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 538386 | 1/31/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102155.004 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

**Records Pertaining To**

James Gentry

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Roudebush VA Medical Center<br>Medical Records<br>1481 W 10TH ST<br>Indianapolis, IN 46202 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell,<br>PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| James Gentry (Medical Records) | 5,400.00 Pages | |
|---|---|---|
| Base Fee | | 39.00 |
| Subpoena fee | | 36.00 |
| Delivery of Request to Custodian | | 9.75 |
| Court Filing / Correspondence Fee | | 21.95 |
| Witness Fee | | 1.00 |
| Work Product Delivered | | 9.75 |
| Paper copy/indexed/bound | 5,400.00 Pages | 1,350.00 |
| Online Accessibility & Web Repository - No organizing | 5,400.00 Pages | 1,350.00 |

Client/matter no. KBR-010007
Expense Code E127

Form W9 info on file _____ y/n
Date entered in Juris __2/8__

**TOTAL DUE  >>>**     **$2,817.45**
AFTER 3/17/2010 PAY    $2,986.50

Tax ID: 74-1871731

Batch no. 734  Voucher no. 2877
Vendor Code KEAIS
G/L no. _____

*Please tear bottom portion and return with payment*

Phone: 713-452-4400  Fax:713-452-4499

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

| Invoice No. | : | 538386 |
|---|---|---|
| Invoice Date | : | 1/31/2010 |
| **Total Due** | : | **$ 2,817.45** |

AFTER 3/17/2010 PAY  $2,986.50

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX  77002**

| Order No. | : | 102155.004 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone: 713-224-6865  Fax: 713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 535804 | 1/31/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102146-002 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

**Case Name**

McManaway et al Vs. KBR

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

**Records Pertaining To**

George Deel

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Medical of Dubois<br>Medical Records<br>695 3rd Avenue<br>Jasper, IN 47546 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| George Deel (Medical Records) | 21.00 | |
| Custodian Fee | | |
| Base Fee | | 29.95 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 21.00 Pages | 14.49 |
| | 21.00 Pages | 5.25 |

Client/matter no. KBR-C16007
Expense Code E127

**TOTAL DUE >>>**     **$134.44**
AFTER 3/17/2010  PAY     $142.51

Form W9 info on file _____ y/n
Date entered in Juris  3/8
Batch no. 734  Voucher no. 2878
Vendor Code KEAIS
G/L no. 1900

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax: 713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.   : 535804
Invoice Date  : 1/31/2010
**Total Due**   : **$ 134.44**
AFTER 3/17/2010 PAY  $142.51

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No    : 102146-002
BU ID       : 1-HOU
Case No.    : 3:08-CV-0186-RLY-WGH
Case Name   : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 538876 | 1/29/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 101826.001 | 12/14/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Jody Aistrop |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Bristol Street Family Practice Medical Records 609 W Bristol St. Elkhart, IN 46514 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Jody Aistrop (Medical Records)

| | |
|---|---|
| Base Fee | 39.00 |
| Subpoena fee | 36.00 |
| Delivery of Request to Custodian | 9.75 |
| Work Product Delivered | 9.75 |

**TOTAL DUE >>>**  **$94.50**
AFTER 3/15/2010 PAY  $100.17

"Statement of No Records" provided to client.

Client/matter no. _KBR-01000/_
Expense Code _E-127_

Form W9 info on file _____ y/n
Date entered in Juris _2/8_
Batch no. _734_  Voucher no. _2903_
Vendor Code _KEAIS_
G/L no. _900_

Tax ID: 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 538876 |
| Invoice Date | : | 1/29/2010 |
| **Total Due** | : | **$ 94.50** |

AFTER 3/15/2010 PAY  $100.17

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

| | | |
|---|---|---|
| Order No. | : | 101826.001 |
| BU ID | : | 1-HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 537512 | 1/30/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102146.009 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |
| **Records Pertaining To** | | |
| George Deel | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Memorial Hospital and Health Care Center<br>Medical Records<br>800 West 9th Street<br>Jasper, IN 47546 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| George Deel (Medical Records) | 6.00 | |
| Custodian Fee | | 16.98 |
| Base Fee | | 39.00 |
| Subpoena fee | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | 6.00  Pages | 4.14 |
| Paper copy/indexed/bound | 6.00  Pages | 1.50 |
| | **TOTAL DUE >>>** | **$107.37** |
| | AFTER 3/16/2010 PAY | $113.81 |

Client/matter no. *KBR-01000?*
Expense Code *E127*

Form W9 info on file _____ y/n
Date entered in Juris *2/8*
Batch no. *734* Voucher no. *2905*
Vendor Code *KEAIS*
G/L no. *1900*

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 537512 |
| Invoice Date | : | 1/30/2010 |
| **Total Due** | : | **$ 107.37** |
| AFTER 3/16/2010 PAY | | $113.81 |

Remit To:  **Keais Records Service, Inc.**
                 **1010 Lamar, 3rd Floor**
                 **Houston, TX 77002**

| | | |
|---|---|---|
| Order No. | : | 102146.009 |
| BU ID | : | 1-HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 539908 | 2/4/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102918.003 | 1/27/2010 | 3:08-CV-0186-RLY WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| Matthew Dale Board |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| St. Joseph's Hospital<br>Medical Records<br>1900 Medical Arts Drive<br>Huntingburg, IN 47542 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Matthew Dale Board (Medical Records)
    Delivery of Request to Custodian      9.75
    Research and Documentation Fee      45.00

**TOTAL DUE >>>**    **$54.75**
AFTER 3/21/2010 PAY    $58.04

HOSPITAL WENT OUT OF BUSINESS IN 2007. NO ONE KNOWS WHAT HAPPENED TO THEIR RECORDS. CANCEL THIS REQUEST.

Client/matter no. KBR-01000'7
Expense Code E-127
Form W9 info on file _____ y/n
Date entered in Juris 2/11
Batch no. 747  Voucher no. 2962
Vendor Code KEAIS
C/L no. 1900

Tax ID: 74-1871731

Phone: 713-452-4400  Fax:713-452-4499

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No. : 539908
Invoice Date : 2/4/2010
**Total Due** : **$ 54.75**
AFTER 3/21/2010 PAY $58.04

Remit To: **Keais Records Service, Inc.**
      **1010 Lamar, 3rd Floor**
      **Houston, TX 77002**

Order No. : 102918.003
SU ID : LHGU
Case No : 3:08-CV-0186-RLY-WGH
Case Name : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 540097 | 2/9/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102195.002 | 12/23/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Ralph Stiles |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Marcrum Family Healthcare Medical Records 421 7th St. Tell City, IN 47586 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Ralph Stiles (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | 4.00 | |
| Base Fee | | 148.50 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Court Filing / Correspondence Fee | | 9.75 |
| Witness Fee | | 21.95 |
| Work Product Delivered | | 1.00 |
| Chronologically Organized & indexed by record type | 4.00 Pages | 9.75 |
| Paper copy/indexed/bound | 4.00 Pages | 2.76 |
| | | 1.00 |

Client/matter no. KBR-C1CCC7
Expense Code E-127

**TOTAL DUE >>>**  **$269.71**
AFTER 3/26/2010 PAY  $285.89

Form W9 info on file _____ y/n
Date entered in Juris _2/12_
Tax ID: 74-1871731   Batch no. _747_ Voucher no. _3975_
Vendor Code _KEAIS_
G/L no. _____  *Please tear off portion and return with payment*

Phone: 713-452-4400   Fax:713-452-4499

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No. :  540097
Invoice Date :  2/9/2010
**Total Due** :  **$ 269.71**
AFTER 3/26/2010 PAY  $285.89

Remit To: **Keais Records Service, Inc.**
            **1010 Lamar, 3rd Floor**
            **Houston, TX 77002**

Order No.  :  102195.002
BU ID      :  1-HOU
Case No.   :  3:08-CV-0186-RLY-WGH
Case Name  :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 539478 | 2/9/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102146.003 | 12/22/2009 | 3:08-CV-0186 RLY WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| George Deel |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Bloomington Hospital of Orange Medical Records 642 W. Hospital Road Paoli, IN 47454 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | |
|---|---|---|
| George Deel (Medical Records) | | |
| Custodian Fee | 81.00 | |
| Base Fee | | 74.53 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 81.00 Pages | 55.89 |
| | 81.00 Pages | 20.25 |

Client/matter no. KBR-01000/
Expense Code E-127

**TOTAL DUE >>>**   **$235.42**
AFTER 3/26/2010 PAY   $249.55

Form W9 info on file _____ y/n
Date entered in Juris 2/16
Batch no. 752 Voucher no. 2594
Vendor Code KEAIS
G/L no. 1900

Tax ID: 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     :  539478
Invoice Date    :  2/9/2010
**Total Due**   :  **$ 235.42**
AFTER 3/26/2010 PAY $249.55

Remit To:  **Keais Records Service, Inc.**
           **1010 Lamar, 3rd Floor**
           **Houston, TX 77002**

Order No.   :  102146.003
BU ID       :  1-HOU
Case No.    :  3:08-CV-0186-RLY-WGH
Case Name   :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 540364 | 2/10/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102146.006 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| George Deel |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| John W. Collier, M.D.<br>Medical Records<br>Spring Valley Convenience<br>551 S. Maple Street<br>French Lick, IN 47432 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| George Deel (Medical Records) | 31.00 | |
| Custodian Fee | | 27.50 |
| Base Fee | | 39.00 |
| Subpoena fee | | 36.00 |
| Delivery of Request to Custodian | | 9.75 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | 31.00 Pages | 21.39 |
| Paper copy/indexed/bound | 31.00 Pages | 7.75 |
| | **TOTAL DUE >>>** | **$151.14** |
| | AFTER 3/27/2010 PAY | $160.21 |

Client/matter no. _KBR 0006/_
Expense Code _E127_

Form W9 info on file _____ y/n
Date entered in Juris ___2/16___
Batch no. _722_ Voucher no. _275_
Vendor Code _KEAIS_
G/L no. _1900_
*Please detach bottom portion and return with payment*

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| | |
|---|---|
| Invoice No. | : 540364 |
| Invoice Date | : 2/10/2010 |
| **Total Due** | **: $ 151.14** |
| AFTER 3/27/2010 PAY | $160.21 |

**Remit To: Keais Records Service, Inc.**
         **1010 Lamar, 3rd Floor**
         **Houston, TX 77002**

| | |
|---|---|
| Order No. | : 102146.006 |
| BU ID | : 1-HOU |
| Case No. | : 3:08-CV-0186-RLY-WGH |
| Case Name | : McManaway et al Vs. KBR |

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541294 | 2/11/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102146.007 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| George Deel |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Dr. Marion Hagen<br>Medical Records<br>567 South Maple Street<br>French Lick, IN 47432 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

George Deel (Medical Records)                                    21.00
   Custodian Fee                                                                55.00

**TOTAL DUE >>>**                    **$55.00**
AFTER 3/28/2010 PAY                         $58.30

Custodian fee was not billed on previous invoice # 536122.

Client/matter no. _KBR 6106(1_
Expense Code _S 127_

Form W9 info on file _____y/n
Date entered in Juris _2/16_
Batch no. _1502_ Voucher no. _2996_
Vendor Code _KEAIS_
G/L no. _1500_

**Tax ID:** 74-1871731

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     : 541294
Invoice Date   : 2/11/2010
**Total Due**     : **$ 55.00**
AFTER 3/28/2010 PAY  $58.30

Remit To: **Keais Records Service, Inc.**
        **1010 Lamar, 3rd Floor**
        **Houston, TX 77002**

Order No.    : 102146.007
BU ID         : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name  : McManaway et al Vs. KBR

SERPE, JONES, ANDREWS, CALLENDER & BELL, PLLC

240

United States District Clerk

2 18 2010          2408

21810                          02 18 2010       $39.00          $39.00          0.00

KBR-10007 Filing Fee

---

240

**SERPE, JONES, ANDREWS,**
**CALLENDER & BELL, PLLC**
333 CLAY STREET, SUITE 3485
HOUSTON, TX 77002
(713) 452-4400

BANK OF HOUSTON
35-2514-1130

2408                                      USDC

Thirty-nine and NO/100

DATE  02/18/2010          AMOUNT
$39.00

PAY
TO THE    United States District Clerk
ORDER
OF        For the Southern District of Texas
          515 Rusk Street, Room 5300
          Houston, TX 77002

AUTHORIZED SIGNATURE

⑈⑈●002408⑈⑈ ⑉⑉⑈130251471⑉⑉    ⑈⑈●01472 0⑈⑈

---

**SERPE, JONES, ANDREWS, CALLENDER & BELL, PLLC**

2408

United States District Clerk

2 18 2010          2408

21810                          02 18 2010       $39.00          $39.00          0.00

KBR-10007 Filing Fee

DELUXE CORP 1•800-328-0304 www.deluxeforms.com

## SERPE, JONES, ANDREWS, CALLENDER & BELL
## CHECK REQUEST

| DATE REQUESTED | February 18, 2010 |
|---|---|
| DATE NEEDED | February 18, 2010 |
| AMOUNT | $39.00 |
| PAYEE | United States District Clerk |
| ADDRESS | United States District Court<br>For the Southern District of Texas<br>515 Rusk Street, Room 5300<br>Houston, Texas 77002 |
| TAX ID NO. | |
| INVOICE NO. | 02/18/10 |
| DESCRIPTION | Filing Fee |
| EXPENSE CODE | E112 |
| CLIENT/MATTER | KBR-20003 (Gallaher) |
| INSTRUCTIONS | Please return check to Linda Cannaliato |
| | |
| REQUESTED BY | William H. Whitaker |
| APPROVED BY: | |

131042_1.DOC

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541405 | 2/16/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102199.001 | 12/23/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Micah Partlow |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Dr. Lilly Santeliz Bontrager<br>Medical Records<br>326 Sawyer Road<br>Kendaliville, IN 46755 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell,<br>PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | |
|---|---|
| Micah Partlow (Medical Records) | |
| Base Fee | 39.00 |
| Subpoena fee | 36.00 |
| Delivery of Request to Custodian | 9.75 |
| Work Product Delivered | 9.75 |

**TOTAL DUE >>>**     **$94.50**
AFTER 4/2/2010 PAY      $100.17

'NO RECORDS DEPOSITION' PROVIDED TO CLIENT

Client/matter no. _K J K 61666 /_
Expense Code _E 127_
Form W9 info on file _____ y/n
Date entered in Juris _2/18_
Batch no. _752_  Voucher no. _3632_
Vendor Code _KEAIS_
G/L no. _6968_

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.   :  541405
Invoice Date  :  2/16/2010
**Total Due**    :  **$ 94.50**
AFTER 4/2/2010 PAY  $100.17

Remit To:  **Keais Records Service, Inc.**
           **1010 Lamar, 3rd Floor**
           **Houston, TX 77002**

Order No.    :  102199.001
BU ID       :  1-HOU
Case No.    :  3:08-CV-0186-RLY-WGH
Case Name   :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541400 | 2/16/2010 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 102780.001 | 1/21/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Brian Waninger |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Memorial & Healthcare Center<br>Medical Records<br>800 West 9th St.<br>Jasper, IN 47546 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Brian Waninger (Medical Records) | 6.00 | |
| Custodian Fee | | |
| Base Fee | | 16.98 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 6.00 Pages | 4.14 |
| | 6.00 Pages | 1.50 |

Client/matter no. _DBKuuuce/_
Expense Code _E127_

Form W9 info on file _____ y/n
Date entered in Juris __2/18__
Batch no. _152_ Voucher no. _3033_
Vendor Code _KEAS_
G/L no. _1500_

| | TOTAL DUE  >>> | $117.12 |
|---|---|---|
| | AFTER 4/2/2010  PAY | $124.15 |

Tax ID: 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.  :  541400
Invoice Date  :  2/16/2010
**Total Due**  :  **$ 117.12**
AFTER 4/2/2010 PAY  $124.15

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.  :  102780.001
BU ID  :  1-HOU
Case No.  :  3:08-CV-0186-RLY-WGH
Case Name  :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 540689 | 2/9/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102150.001 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |
| **Records Pertaining To** | | |
| Russell Kimberling | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Ten Broeck Hospital Medical Records 8521 LaGrange Road Louisville, KY 40202 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | |
|---|---|
| Russell Kimberling (Medical Records) | |
| Research and Documentation Fee | 45.00 |

**TOTAL DUE  >>>**    **$45.00**
AFTER 3/26/2010  PAY     $47.70

THE CLIENT IS STILL TRYING TO OBTAIN AUTH THAT RELEASES MENTAL HEALTH RECORDS. WHEN THE NECESSARY AUTH IS PROVIDED, WE CAN REOPEN AND PURSUE RECORDS AT THAT TIME.

Client/matter no. _KBR-01000/_
Expense Code _E-127_

Form W9 info on file _____ y/n
Date entered in Juris _2/18_
Batch no. _752_  Voucher no. _3034_
Vendor Code _KEAIS_
G/L no. _1900_

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     540689
Invoice Date   2/9/2010
**Total Due   :  $ 45.00**
AFTER 3/26/2010 PAY  $47.70

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.      : 102150.001
BU ID          : 1 HOU
Case No.       : 3:08 CV-0186-RLY-WGH
Case Name   : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-688

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 540564 | 2/11/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102197.007 | 12/23/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Lucas Ray Whistle |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Memorial Hospital Neurology/Dr. Rajaie Obaid Medical Records 721 W. 13th St., Suite 225 Jasper, IN 47546 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Lucas Ray Whistle (Medical Records)                           1.00 Pages

| | |
|---|---|
| Base Fee | 39.00 |
| Subpoena fee | 36.00 |
| Delivery of Request to Custodian | 9.75 |
| Work Product Delivered | 9.75 |
| Chronologically Organized & indexed by record type | 0.69 |
| Paper copy/indexed/bound | 0.25 |

Client/matter no. *KBR-010007*
Expense Code *E-127*

Form W9 info on file _____ y/n
Date entered in Juris _____ *2/18*
Batch no. *752* Voucher no. *3035*
Vendor Code *KEAIS*
G/L no. _____ *1900*

| | |
|---|---|
| **TOTAL DUE >>>** | **$95.44** |
| AFTER 3/28/2010 PAY | $101.17 |

**Tax ID:** 74-1871731                    Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Invoice No. | : | 540564 |
|---|---|---|
| Invoice Date | : | 2/11/2010 |
| **Total Due** | **:** | **$ 95.44** |
| AFTER 3/28/2010 PAY | | $101.17 |

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

| Order No. | : | 102197.007 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX  77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 540911 | 2/15/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 101829.002 | 12/14/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

**Records Pertaining To**

William Earl Bickell

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Dr. Gary Paul Erdy<br>Medical  Records<br>4233 Gateway Blvd<br>Newburgh, IN  47630 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell,<br>PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

William Earl Bickell (Medical Records)

| | |
|---|---|
| Custodian Fee | 0.00 |
| Base Fee | 39.00 |
| Subpoena fee | 36.00 |
| Work Product Delivered | 9.75 |

**TOTAL DUE  >>>**   **$84.75**
AFTER 4/1/2010  PAY      $89.84

We've contacted the custodian because these records were received without a custodian fee.  So as not to hold up your records, they are being sent to you.  You may receive an additional invoice for this custodian fee at a later date.

Affidavit of No Records provided to client

Client/matter no. ~~KGR cliecc/~~
Expense Code ~~E 12 1~~

Form W9 info on file _____y/n
**Tax ID:** 74-1871731          Date entered in Juris ___2/18___
Batch no. 752  Voucher no. 3036          Phone: 713-452-4400   Fax:713-452-4499
Vendor _Please detach bottom portion and return with payment._
G/L no _____1566_____

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

Invoice No.  :  540911
Invoice Date  :  2/15/2010
**Total Due**    :  **$ 84.75**
AFTER 4/1/2010  PAY  $89.84

Remit To:  **Keais Records Service, Inc.**
                 **1010 Lamar, 3rd Floor**
                 **Houston, TX  77002**

Order No.   :  101829.002
BU ID       :  1-HOU
Case No.    :  3:08-CV-0186-RLY-WGH
Case Name  :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541794 | 2/16/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102146.002 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

**Records Pertaining To**

George Deel

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Medical of Dubois<br>Medical Records<br>695 3rd Avenue<br>Jasper, IN 47546 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

George Deel (Medical Records)
   Additional Services/Legals obtained                                                     25.00

**TOTAL DUE >>>**          **$25.00**
AFTER 4/2/2010 PAY              $26.50

Client/matter no. _K B R - 0 1 6 6 0 7_
Expense Code _E - 1 2 7_

Form W9 info on file _____ y/n
Date entered in Juris ___2/13___
Batch no. _752_ Voucher no. _3037_
Vendor Code _KEAIS_
G/L no. _1960_

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 541794
Invoice Date  : 2/16/2010
**Total Due**    : **$ 25.00**
AFTER 4/2/2010 PAY  $26.50

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.   : 102146.002
BU ID       : 1-HOU
Case No.    : 3:08-CV-0186-RLY-WGH
Case Name   : McManaway et al Vs. KBR

**Fast Pace Reporting**
An Affiliate of National Depo
Tel: 713-680-3500
Fax: 713-680-3545

Bill To: William H Whitaker Esq
Serpe Jones Andrews
333 Clay Street
Suite 3485 Allen Center
Houston, TX 77002

Invoice #:          TX77788
Invoice Date:    02/11/2010
Balance Due:    $ 752.25

Case # :          308CV0186RLYWGH

| Case: | Mark McManaway v. KBR | | |
|---|---|---|---|
| Job #: | 52065 | Job Date: 1/29/2010 | Delivery    Normal |
| Billing Atty: | **William H Whitaker Esq** | | |
| Location: | Midwest Reporting | | |
| | 1448 Lincolnway East | South Bend, IN 46613 | |
| Sched Atty: | William H Whitaker Esq | Serpe Jones Andrews | |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Jody Aistrop | Transcript - Original & 1 copy | $752.25 |

Notes:

|  | |
|---|---|
| Invoice Total: | $752.25 |
| Payment: | |
| Credits: | |

| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $752.25 |
|---|---|---|---|

TERMS    Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Client/matter no. *KBR-010001*
Expense Code *E-5711*

Form W9 info on file _____ y/n
Date entered in Juris *2/17*
Batch no. *751* Voucher no. *3061*
Vendor Code *FASTPH*
G/L no. *1900*

Make check payable to:    National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____    Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #:  TX77788
Job #:  52065
Invoice Date:  02/11/2010

Balance :  $ 752.25

**Fast Pace Reporting**

An Affiliate of National Depo

Tel 713-650-3500

Fax 713-650-3545

Bill To: William H Whitaker Esq
Serpe Jones Andrews
333 Clay Street
Suite 3485 Allen Center
Houston, TX 77002

| Invoice #: | TX77786 |
|---|---|
| Invoice Date: | 02/11/2010 |
| Balance Due: | $ 783.30 |

Case # : 308CV0186RLYWGH

**Case:** Mark McManaway v. KBR
**Job #:** 52056 | Job Date: 1/28/2010 | Delivery Normal
**Billing Atty:** William H Whitaker Esq
**Location:** Midwest Reporting
1448 Lincolnway East | South Bend, IN 46613
**Sched Atty:** William H Whitaker Esq | Serpe Jones Andrews

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Micah Partlow | Transcript - Original & 1 copy | $783.30 |
| | | | $783.30 |

Notes:

| | |
|---|---|
| Invoice Total: | $783.30 |
| Payment: | |
| Credits: | |
| Balance Due: | $783.30 |

Fed. Tax ID: 20-3132569         Term: Due Upon Receipt

TERMS   Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Client/matter no. KBR _____
Expense Code E _____

Form W9 info on file _____ y/n
Date entered in Juris ___ 2/8
Batch no. 357   Voucher no. 262
Vendor Code EASTPA
G/L no. 7900

Make check payable to:   National Depo

☐ Visa ☐ MC ☐ Amex   ☐ Discover ☐ Lock Box

Credit Card # _____         Exp. Date _____
       SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
       PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
       DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

| | |
|---|---|
| Invoice #: | **TX77786** |
| Job #: | **52056** |
| Invoice Date: | **02/11/2010** |
| Balance : | **$ 783.30** |

February
2010

| Date | Client/Matter | Copy | Fax | Postage |
|---|---|---|---|---|
| 2/9/2010 | KBR-10007 | 442 | | |
| 2/16/2010 | KBR-10007 | 125 | | |
| 2/16/2010 | KBR-10007 | | | $7.54 |
| 2/16/2010 | KBR-10007 | | | $3.15 |
| 2/3/2010 | KBR-10007 | | | $15.39 |
| 2/10/2010 | KBR-10007 | 12 | | $12.03 |
| 2/15/2010 | KBR-10007 | 583 | | |
| 2/16/2010 | KBR-10007 | | 12 | $1.39 |
| 2/16/2010 | KBR-10007 | | 5 | |
| 2/16/2010 | KBR-10007 | 23 | | |
| | | **1185** | | **$39.50** |

**KBR-10007**

## Conference Call Charges

| Ref Number | Time | Conf ID | State | Attendee ID | Rate | Call Type | MIN&SEC | Amount |
|---|---|---|---|---|---|---|---|---|

TOTAL Conference Call Charges

via February 17, 2010

## Conference Transport Charges

| Ref Number | Time | Conf ID | State | Attendee ID | Rate | Call Type | MIN&SEC | Amount |
|---|---|---|---|---|---|---|---|---|

TOTAL Conference Transport Charges

TOTAL Conference Charges

TOTAL for Date: February 17, 2010

TOTAL Charges Without Tax for Section

Thank you for choosing tw telecom.

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542118 | 2/24/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102195.001 | 1/20/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

**Records Pertaining To**

Ralph Stiles

| Records From | Ordered By | Reference Info. |
|---|---|---|
| VA Medical Center Louisville<br>Medical Records<br>800 Zorn Avenue<br>Louisville, KY  40206 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Ralph Stiles (Medical Records)

Client/matter no. _KVR C1660_229.00
Expense Code _E-127_

| | | |
|---|---|---|
| Custodian Fee | | |
| Base Fee | | 0.00 |
| Subpoena fee | Form W9 info on file _____y/n | 39.00 |
| Delivery of Request to Custodian | Date entered in Juris _3/2_ | 36.00 |
| Work Product Delivered | Batch no. _769_ Voucher no. _3627_ | 9.75 |
| Chronologically Organized & indexed by record type | Vendor Code _KEAIS_ | 9.75 |
| Paper copy/indexed/bound | G/L no. _1900_ 229.00 Pages | 158.01 |
| | 229.00 Pages | 57.25 |

**TOTAL DUE  >>>** **$309.76**
AFTER 4/10/2010  PAY $328.35

We've contacted the custodian because these records were received without a custodian fee.  So as not to hold up your records, they are being sent to you.  You may receive an additional invoice for this custodian fee at a later date

**Tax ID:** 74-1871731

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

| | |
|---|---|
| Invoice No. | 542118 |
| Invoice Date | 2/24/2010 |
| **Total Due** | **$ 309.76** |
| AFTER 4/10/2010 PAY | $328.35 |

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX  77002**

| | |
|---|---|
| Order No. | 102195.001 |
| BU ID | 1-HOU |
| Case No. | 3:08-CV-0186-RLY-WGH |
| Case Name | McManaway et al Vs. KBR |

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541777 | 2/24/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102153.003 | 1/28/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

**Records Pertaining To**

Jeffrey Fromme

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Memorial Hospital & Health Center<br>R.O.I.<br>800 West 9th St<br>Jasper, IN 47546 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Jeffrey Fromme (Medical Records) | | |
| Custodian Fee | 51.00 | |
| Base Fee | | 0.00 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 51.00 Pages | 35.19 |
| | 51.00 Pages | 12.75 |
| | TOTAL DUE >>> | $132.69 |
| | AFTER 4/10/2010 PAY | $140.65 |

We've contacted the custodian because these records were received without a custodian fee. So as not to hold up your records, they are being sent to you. You may receive an additional invoice for this custodian fee at a later date

Client/matter no. KBR - 01CCC7

Expense Code E 127

Form W9 info on file _____ y/n

**Tax ID:** 74-1871731

Date entered in Juris  3/2

Batch no. 265  Voucher no. 3728

Vendor Code _____
*Please detach top portion and return with payment*

G/L no. 7903

Phone: 713-452-4400   Fax:713-452-4499

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     541777
Invoice Date    2/24/2010
**Total Due**   : **$ 132.69**
AFTER 4/10/2010  PAY $140.65

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.    : 102153.003
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542672 | 2/24/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 101831.001 | 1/19/2010 | 3:08-CV-0186-RLY-WGH |

**Case Name**

McManaway et al Vs. KBR

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

**Records Pertaining To**

Clay Champion

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Marion VA Medical Center<br>Medical Records<br>2401 W. Main Street<br>Marion, IL 62959-1188 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Clay Champion (Medical Records) | | |
| Custodian Fee | 64.00 | |
| Base Fee | | 11.00 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | 64.00 Pages | 9.75 |
| Paper copy/indexed/bound | 64.00 Pages | 44.16 |
| | | 16.00 |

Client/matter no. *KBR-010001*
Expense Code *E127*

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. *269* Voucher no. *3/29*
Vendor Code *KEAIS*
G/L no. *1900*

**TOTAL DUE >>>** **$165.66**
AFTER 4/10/2010 PAY $175.60

**Tax ID:** 74-1871731

*Please detach bottom portion and return with payment*

Phone: 713-452-4400   Fax:713-452-4499

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    542672
Invoice Date   2/24/2010
**Total Due**   : **$ 165.66**
AFTER 4/10/2010 PAY $175.60

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.    : 101831.001
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542791 | 2/24/2010 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 102916.003 | 1/27/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Stephen Salamone |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Dr. Daniel C. Eby, D.O.<br>Medical Records<br>721 W. 13th Street Ste. 121<br>Jasper, IN 47546 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Stephen Salamone (Medical Records) | 21.00 | |
| Custodian Fee | | |
| Base Fee | | 29.59 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 21.00 Pages | 14.49 |
| | 21.00 Pages | 5.25 |

Client/matter no. KBR-010001
Expense Code E127

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. 769 Voucher no. 3132
Vendor Code KEATS
G/L no. 1900

**TOTAL DUE >>>**   **$143.83**
AFTER 4/10/2010 PAY   $152.46

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 542791
Invoice Date  : 2/24/2010
**Total Due**    : **$ 143.83**
AFTER 4/10/2010 PAY  $152.46

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.    : 102916.003
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542004 | 2/17/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102146.006 | 12/22/2009 | 3:08-CV-0186-RLY-WGh |

| **Case Name** |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| **Records Pertaining To** |
|---|
| George Deel |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| John W. Collier, M.D.<br>Medical Records<br>Spring Valley Convenience<br>551 S. Maple Street<br>French Lick, IN 47432 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

George Deel (Medical Records)

   Additional Services/Legals obtained

|  |  |
|---|---|
|  | 25.00 |
| **TOTAL DUE  >>>** | **$25.00** |
| AFTER 4/3/2010 PAY | $26.50 |

Client/matter no. *KBR - 01 000 1*
Expense Code *E 1 2 7*

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. *769*   Voucher no. *3131*
Vendor Code *KEAIS*
G/L no. *1900*

**Tax ID:** 74-1871751

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 542004
Invoice Date : 2/17/2010
**Total Due**   : **$ 25.00**
AFTER 4/3/2010 PAY $26.50

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.    : 102146.006
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name  : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542412 | 2/23/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102151.008 | 1/12/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Tommy J. Ebert, Jr |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Marion VA Medical Center<br>Medical Records<br>2401 W. Main Street<br>Marion, IL 62959-1188 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Tommy J. Ebert, Jr. (Medical Records) | 106.00 | |
| Custodian Fee | | |
| Base Fee | | 11.99 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 106.00 Pages | 73.14 |
| | 106.00 Pages | 26.50 |

Client/matter no. _KBR - 01ccc1_
Expense Code _E-127_

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. _769_  Voucher no. _3133_
Vendor Code _KEAIS_
G/L no. _15200_

| | |
|---|---|
| **TOTAL DUE >>>** | **$206.13** |
| AFTER 4/9/2010 PAY | $218.50 |

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 542412
Invoice Date   : 2/23/2010
**Total Due**    : **$ 206.13**
AFTER 4/9/2010  PAY $218.50

Remit To:  **Keais Records Service, Inc.**
           **1010 Lamar, 3rd Floor**
           **Houston, TX  77002**

Order No.     : 102151.008
BU ID         : 1-HOU
Case No.      : 3:08-CV-0186-RLY-WGH
Case Name     : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541768 | 2/17/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102918.001 | 1/27/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Matthew Dale Board |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Perry County Memorial Hospital<br>Medical Records<br>One Hospital Road<br>Tell City, IN 47586 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Matthew Dale Board (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | Client/matter no. *KPR - CICCCI* | 20.00 |
| Base Fee | Expense Code *E 127* | 0.00 |
| Subpoena fee | Form W9 info on file _____ y/n | 39.00 |
| Delivery of Request to Custodian | Date entered in Juris _____ | 36.00 |
| Work Product Delivered | Batch no. *769* Voucher no. *3/34* | 9.75 |
| Chronologically Organized & indexed | Vendor code *KEAI)* 20.00 Pages | 9.75 |
| Paper copy/indexed/bound | G/L no. *1702* 20.00 Pages | 13.80 |
| | | 5.00 |

**TOTAL DUE >>>**   **$113.30**
AFTER 4/3/2010 PAY   $120.10

We've contacted the custodian because these records were received without a custodian fee. So as not to hold up your records, they are being sent to you. You may receive an additional invoice for this custodian fee at a later date

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 541768
Invoice Date  : 2/17/2010
**Total Due**  : **$ 113.30**
AFTER 4/3/2010 PAY  $120.10

Remit To: **Keais Records Service, Inc.**
        **1010 Lamar, 3rd Floor**
        **Houston, TX 77002**

Order No.    : 102918.001
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

P

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541771 | 2/17/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102919.001 | 1/27/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Jerold Evrard |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Perry County Memonal Hospital Medical Records One Hospital Road Tell City, IN 47586 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Jerold Evrard (Medical Records)          Client/matter no. _KBR-01 000 7_

Custodian Fee                  Expense Code _E 127_          22.00

Base Fee                                                        0.00

Subpoena fee                  Form W9 info on file _____y/n     39.00

Delivery of Request to Custodian   Date entered in Juris _____   36.00

Work Product Delivered        Batch no. _769_ Voucher no. _3135_   9.75

Chronologically Organized & indexed by record type _1922_  22.00 Pages   9.75

Paper copy/indexed/bound                              22.00 Pages   15.18

Vendor Code _KEAIS_                                                5.50

| | |
|---|---|
| TOTAL DUE >>> | $115.18 |
| AFTER 4/3/2010 PAY | $122.09 |

We've contacted the custodian because these records were received without a custodian fee. So as not to hold up your records, they are being sent to you. You may receive an additional invoice for this custodian fee at a later date

Tax ID: 74-1871731

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.   : 541771

Invoice Date  : 2/17/2010

**Total Due**   : **$ 115.18**

AFTER 4/3/2010 PAY $122.09

Remit To: **Keais Records Service, Inc.**
         **1010 Lamar, 3rd Floor**
         **Houston, TX 77002**

Order No.    : 102919.001

BU ID       : 1-HOU

Case No.    : 3:08-CV-0186-RLY-WGH

Case Name   : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541327 | 2/18/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102916.001 | 1/27/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Stephen Salamone |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Ferdinand Family Medicine Medical Records 115 Main Street Ferdinand, IN 47532 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | |
|---|---|---|
| Stephen Salamone (Medical Records) | | |
| Custodian Fee | 36.00 | |
| Notary pickup | | 25.58 |
| Base Fee | | 51.00 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | 36.00 Pages | 9.75 |
| Paper copy/indexed/bound | 36.00 Pages | 24.84 |
| | | 9.00 |

Client/matter no. *KBR-01001*
Expense Code *E127*

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. *269*  Voucher no. *3138*
Vendor Code *KEAS*
G/L no. *1922*

| | |
|---|---|
| TOTAL DUE  >>> | **$195.17** |
| AFTER 4/4/2010  PAY | 206.88 |

Tax ID: 74-1871731

Phone: 713-452-4400  Fax:713-452-4499

*Please detach bottom portion and return with payment*

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.   : 541327
Invoice Date  : 2/18/2010
**Total Due**  : **$ 195.17**
AFTER 4/4/2010  PAY  $206.88

RECEIVED
FEB 23 2010
BY: _____

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.   :  102916.001
BU ID       :  1-HOU
Case No.    :  3:08-CV-0186-RLY-WGH
Case Name   :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542566 | 2/19/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102916.001 | 1/27/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| Stephen Salamone |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Ferdinand Family Medicine Medical Records 115 Main Street Ferdinand, IN  47532 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX  77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Stephen Salamone (Medical Records)
 Additional Services/Legals obtained

| | 25.00 |
|---|---|
| **TOTAL DUE  >>>** | **$25.00** |
| AFTER 4/5/2010 PAY | $26.50 |

Client/matter no. _KBR-01001_
Expense Code _E127_

Form W9 info on file _____y/n
Date entered in Juris _____
Batch no. _767_  Voucher no. _3139_
Vendor Code _KEAIS_
G/L no. _7900_

**Tax ID:** 74-1871731

Phone: 713 452 4400    Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 542566 |
| Invoice Date | : | 2/19/2010 |
| **Total Due** | **:** | **$ 25.00** |
| AFTER 4/5/2010 | PAY | $26.50 |

Remit To: **Keais Records Service, Inc.**
  **1010 Lamar, 3rd Floor**
  **Houston, TX  77002**

| | | |
|---|---|---|
| Order No. | : | 102916.001 |
| BU ID | : | 1 HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 543239 | 2/25/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102780.002 | 1/21/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Brian Waninger |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Deaconness Hosptial Medical & Billing Records 600 Mary St. Evansville, IN 47747 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Brian Waninger (Medical Records)

| | |
|---|---|
| Custodian Fee | Client/matter no. KBR-01000/ |
| Base Fee | Expense Code E127 |  0.00 |
| Subpoena fee | Form W9 info on file _____y/n | 39.00 |
| Delivery of Request to Custodian | Date entered in Juris _____ | 36.00 |
| Work Product Delivered | Batch no. 769 Voucher no. 3/40 | 9.75 |
| | Vendor Code KEAIS | 9.75 |
| | G/L no. _____ 190V   **TOTAL DUE >>>** | **$94.50** |
| | AFTER 4/11/2010 PAY | $100.17 |

We've contacted the custodian because these records were received without a custodian fee. So as not to hold up your records, they are being sent to you. You may receive an additional invoice for this custodian fee at a later date

Letter of No Records

**Tax ID:** 74-1871731

Phone: 713-452-4400  Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 543239
Invoice Date  : 2/25/2010
**Total Due**     : **$ 94.50**
AFTER 4/11/2010 PAY $100.17

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.    : 102780.002
BU ID         : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name  : McManaway et al Vs. KBR

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 543236 | 2/25/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102941.002 | 1/28/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

**Records Pertaining To**

Eric Roman Flores

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| VA Fort Myers Clinic<br>Medical Records<br>3033 Winkler Ave.<br>Fort Meyer, FL  33916 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Eric Roman Flores (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | Client/matter no. KBR-01001 | |
| Base Fee | Expense Code F-127 | 0.00 |
| Subpoena fee | Form W9 info on file _____ y/n | 39.00 |
| Delivery of Request to Custodian | Date entered in Juris _____ | 36.00 |
| Work Product Delivered | Batch no. 269  Voucher no. 3141 | 9.75 |
| | Vendor Code KEAIS | 9.75 |
| | G/L no. 1501 | **TOTAL DUE >>>** $94.50 |
| | AFTER 4/11/2010 PAY | $100.17 |

We've contacted the custodian because these records were received without a custodian fee.  So as not to hold up your records, they are being sent to you.  You may receive an additional invoice for this custodian fee at a later date

Letter of No Records

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

Invoice No.    : 543236
Invoice Date  : 2/25/2010
**Total Due**   : **$ 94.50**
AFTER 4/11/2010  PAY $100.17

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX  77002**

Order No.    : 102941.002
BU ID        : I-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs  KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542001 | 2/25/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102956.003 | 1/28/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

**Records Pertaining To**

Terry Miller, Jr.

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Kosciusko Community Hospital Medical Records 2101 Dubois Dr. Warsaw, IN 46580 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Terry Miller, Jr. (Medical Records)     Client/matter no. KBR-01CCC7

Base Fee                                 Expense Code E127

Subpoena fee                                                        39.00

Work Product Delivered     Form W9 info on file _____y/n     36.00

Date entered in Juris _____                                   9.75

Batch no. 769 Voucher no. 342   TOTAL DUE >>>     **$84.75**

Vendor Code KEAIS            AFTER 4/11/2010 PAY     $89.84

We've contacted the custodian because these ~~records were received without a custodian~~ fee. So as not to hold up your records, they are
being sent to you. You may receive an additional invoice for this custodian fee at a later date

No Records Deposition

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     : 542001
Invoice Date    : 2/25/2010
**Total Due**   : **$ 84.75**
AFTER 4/11/2010 PAY $89.84

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.    : 102956.003
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 543244 | 2/25/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102204.006 | 1/28/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Ben McIntyre |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Kosciusko Community Hospital Medical Records 2101 Dubois Dr. Warsaw, IN 46580 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | |
|---|---|---|
| Ben McIntyre (Medical Records) | | |
| Custodian Fee | 50.00 | |
| Base Fee | | 72.22 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 50.00 Pages | 34.50 |
| | 50.00 Pages | 12.50 |
| | **TOTAL DUE >>>** | **$203.97** |
| | AFTER 4/11/2010 PAY | $216.21 |

Client/matter no. *KBR - Client*
Expense Code *E 1 2 7*

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. *765* Voucher no. *3743*
Vendor Code *KEAIS*
G/L no. *7900*

**Tax ID:** 74-1871731

*Please detach bottom portion and return with payment*

Phone: 713-452-4400   Fax:713-452-4499

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     : 543244
Invoice Date   : 2/25/2010
**Total Due**     : **$ 203.97**
AFTER 4/11/2010  PAY $216.21

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.   : 102204.006
BU ID       : 1-HOU
Case No.    : 3:08-CV-0186-RLY-WGH
Case Name   : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541082 | 2/22/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102955.001 | 1/28/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

| Records Pertaining To |
|---|
| David Moore |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Dr. Robert Rieti<br>Medical Records<br>901 St. Mary's Drive, Ste. 200<br>Evansville, IN  47714 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| David Moore (Medical Records) | | |
| Custodian Fee | 117.00 | |
| Base Fee | | 45.93 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 117.00 Pages | 80.73 |
| | 112.00 Pages | 29.25 |
| | **TOTAL DUE >>>** | **$240.66** |
| | AFTER 4/8/2010 PAY | $255.10 |

Client/matter no. _KBR-011CG7_
Expense Code _E127_

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. _769_   Voucher no. _3140_
Vendor Code _KEAIS_
G/L no. _____

Tax ID: 74-1871731

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

Invoice No.    :  541082
Invoice Date  :  2/22/2010
**Total Due**    :  **$ 240.66**
AFTER 4/8/2010  PAY  $255.10

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX  77002**

Order No.   :  102955.001
BU ID       :  1-HOU
Case No.    :  3:08-CV-0186-RLY-WGH
Case Name   :  McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542100 | 2/19/2010 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 102912.002 | 1/27/2010 | 3:08-CV-0186-RLY-WGH |
| | Case Name | |
| McManaway et al Vs. KBR | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

**Records Pertaining To**

Fred Lumpkins

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Deaconess Hospital<br>Medical/Radiology Films/Billing Records<br>600 Mary Street<br>Evansville, IN 47747 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Fred Lumpkins (Medical Records) | | |
| Custodian Fee | 63.00 | |
| Base Fee | | 50.97 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 63.00  Pages | 43.47 |
| | 63.00  Pages | 15.75 |

Client/matter no. _KBR-01000/_
Expense Code _E127_

Form W9 info on file _____y/n
Date entered in Juris _____
Batch no. _769_  Voucher no. _315_
Vendor Code _KEAIS_
G/L no. _1906_

Tax ID: 74-1871731

| | |
|---|---|
| TOTAL DUE >>> | **$204.69** |
| AFTER 4/5/2010 PAY | $216.97 |

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.   : 542100
Invoice Date  : 2/19/2010
**Total Due**    : **$ 204.69**
AFTER 4/5/2010 PAY  $216.97

Remit To: **Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002**

Order No.   : 102912.002
BU ID       : 1-HOU
Case No.    : 3:08-CV-0196-RLY-WGH
Case Name   : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 541996 | 2/24/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102153.002 | 1/28/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Jeffrey Fromme |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Dr Bizer's Visionworld Medical Records 516 East Lewis and Clark Pkwy. Clarkville, IN 47129 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Jeffrey Fromme (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | Client/matter no. KBR-010001 3.00 | |
| Base Fee | Expense Code E127 | 0.00 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | Form W9 info on file _____ y/n | 36.00 |
| Chronologically Organized & indexed by record type Date entered in Juris _____ | | 9.75 |
| Paper copy/indexed/bound | Batch no. 789 Voucher no. 3/4 3.00 Pages | 2.07 |
| | Vendor Code KEAIS 3.00 Pages | 0.75 |
| | G/L no. 1960 **TOTAL DUE >>>** | **$87.57** |
| | AFTER 4/10/2010 PAY | $92.82 |

We've contacted the custodian because these records were received without a custodian fee. So as not to hold up your records, they are being sent to you. You may receive an additional invoice for this custodian fee at a later date

**Tax ID:** 74-1871731

*Please detach bottom portion and return with payment*

Phone: 713-452-4400   Fax:713-452 4499

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 541996
Invoice Date  : 2/24/2010
**Total Due**    : **$ 87.57**
AFTER 4/10/2010 PAY  $92.82

Remit To: **Keais Records Service, Inc.**
         **1010 Lamar, 3rd Floor**
         **Houston, TX 77002**

Order No.   :  102153.002
BU ID       :  1-HOU
Case No.    :  3:08-CV-0186-RLY-WGH
Case Name   :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 543719 | 2/25/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102155.005 | 1/18/2010 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| **Records Pertaining To** |
|---|
| James Gentry |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Clarian Health Methodist Medical & Billing Records 1701 N. Senate Blvd #DG402 Indianapolis, IN 46206 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

James Gentry (Medical Records)

    Research and Documentation Fee

|  | 45.00 |
|---|---|
| **TOTAL DUE >>>** | **$45.00** |
| AFTER 4/11/2010 PAY | $47.70 |

Cancel per client.

Client/matter no. *KBR-010007*
Expense Code *E127*

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. *269* Voucher no. *3147*
Vendor Code *KEAIS*
G/L no. *1900*

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.      :  543719
Invoice Date   :  2/25/2010
**Total Due**     :  **$ 45.00**
AFTER 4/11/2010  PAY  $47.70

Remit To: **Keais Records Service, Inc.**
         **1010 Lamar, 3rd Floor**
         **Houston, TX 77002**

Order No.    :  102155.005
BU ID         :  1-HOU
Case No.     :  3:08-CV-0186-RLY-WGH
Case Name  :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 544006 | 2/26/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102151.005 | 2/22/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| Tommy J. Ebert, Jr. |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| St. Joseph's Hospital<br>Medical Records<br>1900 Medical Arts Drive<br>Huntingburg, IN  47542 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Tommy J. Ebert, Jr. (Medical Records)
   Delivery of Request to Custodian                                 9.75
   Research and Documentation Fee                           45.00

**TOTAL DUE  >>>**     **$54.75**
AFTER 4/12/2010  PAY     $58.04

The hospital went out of business. Cancel this request. Requesting records from the original location.

Client/matter no. KBR-010007
Expense Code E-127

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. 769  Voucher no. 3/48
Vendor Code KEAIS
**Tax ID:** 74-1871731     G/L no. 1908

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

Invoice No.   :  544006
Invoice Date     2/26/2010
**Total Due**    :  **$ 54.75**
AFTER 4/12/2010  PAY $58.04

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX  77002**

Order No.    :  102151.005
BU ID      :  1-HOU
Case No.    :  3:08-CV-0186-RLY-WGH
Case Name  :  McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542674 | 2/22/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102197.003 | 2/2/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Lucas Ray Whistle |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Marion VA Medical Center<br>Medical Records<br>2401 W. Main Street<br>Marion, IL 62959-1188 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Lucas Ray Whistle (Medical Records)
Custodian Fee ............................................. 57.00
Base Fee ............................................. 11.00
Subpoena fee ............................................. 39.00
Delivery of Request to Custodian ............................................. 36.00
Work Product Delivered ............................................. 9.75
Chronologically Organized & indexed by record type ......... 57.00 Pages ... 9.75
Paper copy/indexed/bound ............................................. 57.00 Pages ... 39.33
 ............................................. 14.25

Client/matter no. KBR-01667
Expense Code E-127

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. 769  Voucher no. 3/57
Vendor Code KEAIS
G/L. no. 1900

Tax ID: 74-1871731

| TOTAL DUE  >>> | $159.08 |
|---|---|
| AFTER 4/8/2010 PAY | $168.62 |

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    :  542674
Invoice Date  :  2/22/2010
**Total Due**   :  **$ 159.08**
AFTER 4/8/2010 PAY  $168.62

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.    :  102197.003
BU ID        :  1-HOU
Case No.     :  3:08-CV-0186-RLY-WGH
Case Name    :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone: 713-224-6865  Fax: 713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542793 | 2/22/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102201.006 | 1/29/2010 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| **Records Pertaining To** |
|---|
| Mark McManaway |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Perry County Memorial Hospital Medical Records One Hospital Road Tell City, IN 47586 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Mark McManaway (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | 19.00 | |
| Base Fee | Client/matter no. KBR-01667 | 0.00 |
| Subpoena fee | Expense Code E-127 | 39.00 |
| Delivery of Request to Custodian | Form W9 info on file _____y/n | 36.00 |
| Work Product Delivered | Date entered in Juris _____ | 9.75 |
| Chronologically Organized & Indexed | Ready record 8667 Voucher no. 3737 19.00 Pages | 9.75 |
| Paper copy/indexed/bound | Vendor Code KEAS 19.00 Pages | 13.11 |
| | G/L no. 190 19.00 Pages | 4.75 |

| **TOTAL DUE >>>** | **$112.36** |
|---|---|
| AFTER 4/8/2010 PAY | $119.10 |

We've contacted the custodian because these records were received without a custodian fee. So as not to hold up your records, they are being sent to you. You may receive an additional invoice for this custodian fee at a later date.

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax: 713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 542793 |
| Invoice Date | : | 2/22/2010 |
| **Total Due** | : | **$ 112.36** |
| AFTER 4/8/2010 PAY | | $119.10 |

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

| | | |
|---|---|---|
| Order No. | : | 102201.006 |
| BU ID | : | 1-HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 543234 | 2/23/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102918.002 | 1/27/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Matthew Dale Board |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Advanced Rehabilitation Tell City Clinic Medical Records<br>1020 - C 11th Street<br>Tell City, IN 47586 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Matthew Dale Board (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | Client/matter no. KBR-010001 | |
| Base Fee | Expense Code  E127 | 0.00 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | Form W9 info on file _____ y/n | 36.00 |
| Work Product Delivered | Date entered in Juris _____ | 9.75 |
| | Batch no. 769  Voucher no. 3173 | 9.75 |
| | Vendor Code  KEAIS | |
| | G/L no.  1300 | **TOTAL DUE >>>**  **$94.50** |
| | | AFTER 4/9/2010 PAY  $100.17 |

We've contacted the custodian because these records were received without a custodian fee. So as not to hold up your records, they are being sent to you. You may receive an additional invoice for this custodian fee at a later date

No Records Deposition

**Tax ID:** 74-1871731

*Please detach bottom portion and return with payment*

Phone: 713-452-4400   Fax:713-452-4499

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.   :  543234
Invoice Date  :  2/23/2010
**Total Due**   :  **$ 94.50**
AFTER 4/9/2010  PAY  $100.17

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.    :  102918.002
BU ID        :  1-HOU
Case No.     :  3:08-CV-0186-RLY-WGH
Case Name    :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 543816 | 2/25/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102201.007 | 1/29/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records Pertaining To |
|---|
| Mark McManaway |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Owensboro Mercy Health System F/K/A Mercy Hospital Medical Records 811 East Parrish Avenue Owensboro, KY 42303 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Mark McManaway (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | 65.00 | |
| Base Fee | | 72.60 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 65.00 Pages | 44.85 |
| | 65.00 Pages | 16.25 |

Client/matter no. KBR-ULLCO1
Expense Code E127

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. 76.7 Voucher no. 2774
Vendor Code KEAIS
G/L ac. 1908

Tax ID: 74-1871731

**TOTAL DUE >>>**   **$228.20**
AFTER 4/11/2010 PAY   $241.89

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     : 543816
Invoice Date  : 2/25/2010
**Total Due**    : **$ 228.20**
AFTER 4/11/2010 PAY $241.89

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.   : 102201.007
BU ID        : 1-HOU
Case No.    : 3:08-CV-0186-RLY-WGH
Case Name : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 542874 | 2/26/2010 | Due upon receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 102153.004 | 1/28/2010 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

**Records Pertaining To**

Jeffrey Fromme

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Tri-State Orthopaedics Medical Records 225 Crosslake Drive Evansville, IN 47715 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | |
|---|---|---|
| Jeffrey Fromme (Medical Records) | 108.00 | |
| Custodian Fee | | |
| Base Fee | | 84.70 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 108.00 Pages | 74.52 |
| | 108.00 Pages | 27.00 |

Client/matter no. *KBR-01007*
Expense Code *E127*

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no. *263*  Voucher no. *3179*
Vendor Code *KEA13*
C/L no. *1900*

| | |
|---|---|
| TOTAL DUE >>> | **$270.97** |
| AFTER 4/12/2010 PAY | $287.23 |

Tax ID: 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| | |
|---|---|
| Invoice No. | : 542874 |
| Invoice Date | : 2/26/2010 |
| **Total Due** | : **$ 270.97** |
| AFTER 4/12/2010 PAY | $287.23 |

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

| | |
|---|---|
| Order No. | : 102153.004 |
| BU ID | : 1 HOU |
| Case No. | : 3:08-CV-0186-RLY-WGH |
| Case Name | : McManaway et al Vs. KBR |

**Fast Pace Reporting**

An Affiliate of National Depo

Tel: 713-650-3500

Fax: 713-650-3545

Bill To: William H Whitaker Esq
Serpe Jones Andrews
333 Clay Street
Suite 3485 Allen Center
Houston, TX 77002

| | |
|---|---|
| Invoice #: | TX78041 |
| Invoice Date: | 02/16/2010 |
| Balance Due: | $ 721.60 |

Case #: 308CV0186RLYWGH

Case: Mark Mcmanaway v. Kbr
Job #: 52062 | Job Date: 2/5/2010 | Delivery: Normal
Billing Atty: **William H Whitaker Esq**
Location: Tri State Reporting
901 Kenmore Drive | Evansville, IN 47714
Sched Atty: William H Whitaker Esq | Serpe Jones Andrews

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Anthony Huff | Transcript - Original & 1 copy | $721.60 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $721.60 |
| | Payment: | |
| | Credits: | |

| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $721.60 |
|---|---|---|---|

TERMS    Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Client/matter no. _KBR_____

Expense Code _E_111_____

Form W9 into on file _____y/n
Date entered in Juris ____3/2_____
Batch no. _762_  Voucher no. _3115_
Vendor Code _FASTPA_____
G/L no. _1900_____

Make check payable to:   National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: TX78041
Job #: 52062
Invoice Date: 02/16/2010

Balance : $ 721.60

**Fast Pace Reporting**

An Affiliate of National Depo

Tel: 713-650-3500

Fax: 713-650-3545

Bill To: William H Whitaker Esq
Serpe Jones Andrews
333 Clay Street
Suite 3485 Allen Center
Houston, TX 77002

| | |
|---|---|
| Invoice #: | TX78039 |
| Invoice Date: | 02/16/2010 |
| Balance Due: | $ 747.10 |

Case # : 308CV0186RLYWGH

Case: Mark Mcmanaway v. Kbr
Job #: 52061 | Job Date: 2/4/2010 | Delivery Normal
Billing Atty: **William H Whitaker Esq**
Location: Tri State Reporting
901 Kenmore Drive | Evansville, IN 47714
Sched Atty: William H Whitaker Esq | Serpe Jones Andrews

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Brent Lasher | Transcript - Original & 1 copy | $747.10 |

Notes:

| | |
|---|---|
| Invoice Total: | $747.10 |
| Payment: | |
| Credits: | |
| Balance Due: | $747.10 |

Fed. Tax ID: 20-3132569          Term: Due Upon Receipt

TERMS   Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Client/matter no. KBR-01022 /
Expense Code E141
Form W9 info on file _____ y/n
Date entered in Juris ____ 3/1
Batch no. 764 Voucher no. 3116
Vendor Code EASTIA
G/L no. 1900

Make check payable to: National Depo

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

| | |
|---|---|
| Invoice #: | TX78039 |
| Job #: | 52061 |
| Invoice Date: | 02/16/2010 |
| Balance : | $ 747.10 |

**Fast Pace Reporting**

An Affiliate of National Depo

Tel: 713-650-3500

Fax: 713-650-3545

Bill To: William H Whitaker Esq
Serpe Jones Andrews
333 Clay Street
Suite 3485 Allen Center
Houston, TX 77002

Invoice #: TX78035
Invoice Date: 02/16/2010
Balance Due: $ 1,133.45

Case #:

| Case: | Mark Mcmanaway v. Kbr |
|---|---|
| Job #: | 52060   | Job Date: 2/3/2010   |   Delivery     Normal |
| Billing Atty: | **William H Whitaker Esq** |
| Location: | Tri State Reporting |
| | 901 Kenmore Drive | Evansville, IN 47714 |
| Sched Atty: | William H Whitaker Esq | Serpe Jones Andrews |

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1. | Brian Waninger | Transcript - Original & 1 copy | | $1,133.45 |
| Notes: | | | | $1,133.45 |
| | | | Invoice Total: | $1,133.45 |
| | | | Payment: | |
| | | | Credits: | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | Balance Due: | $1,133.45 |

TERMS   Payable upon receipt   Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Client/matter no. *KBR-01007*
Expense Code *E-121*

Form W9 into on file _____ y/n
Date entered in Juris ___ *3/2*
Batch no. *269*   Voucher no. *3117*
Vendor Code *FASTPR*
G/L no. _____ *1900*

---

Make check payable to:   **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: TX78035
Job #: 52060
Invoice Date: 02/16/2010

Balance : $ 1,133.45

# Fast Pace Reporting

An Affiliate of National Depo

Tel: 713-650-3500
Fax: 713-650-3545

Bill To: William H Whitaker Esq
Serpe Jones Andrews
333 Clay Street
Suite 3485 Allen Center
Houston, TX 77002

Invoice #: TX78033
Invoice Date: 02/16/2010
Balance Due: $ 1,490.10

Case #: 308CV0186RLYWGH

| Case: | Mark Mcmanaway v. Kbr |
| Job #: | 52059    |    Job Date: 2/2/2010   |   Delivery    Normal |
| Billing Atty: | **William H Whitaker Esq** |
| Location: | Tri State Reporting |
| | 901 Kenmore Drive | Evansville, IN 47714 |
| Sched Atty: | William H Whitaker Esq | Serpe Jones Andrews |

| Item | Witness | Description | Amount |
|------|---------|-------------|--------|
| 1 | Clinton Hammack | Transcript - Original & 1 copy | |
| 2 | Fred Lumpkins | Transcript - Original & 1 copy | |
| | | | $697.05 |
| Notes: | | | $793.05 |
| | | Invoice Total: | $1,490.10 |
| | | Payment: | |
| | | Credits: | |
| Fed. Tax ID: 20-3132569 | | Term: Due Upon Receipt | |
| | | Balance Due: | $1,490.10 |

TERMS   Payable upon receipt. Accounts unpaid after 30 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments after 90 days.

Client/matter no: KBR-01666/
Expense Code: E-121

Form W9 info on file _____ y/n
Date entered in Juris ____3/2____
Batch no. 769    Voucher no. 3118
Vendor Code FACEPA
G/L no. ____1900____

Make check payable to: **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: TX78033
Job #: 52059
Invoice Date: 02/16/2010

Balance : $ 1,490.10

# Fast Pace Reporting

An Affiliate of National Depo
Tel: 713-650-3500
Fax: 713-650-3545

**Bill To:** William H Whitaker Esq
Serpe Jones Andrews
333 Clay Street
Suite 3485 Allen Center
Houston, TX 77002

**Invoice #:** TX78030
**Invoice Date:** 02/16/2010
**Balance Due:** $ 894.25

**Case #:** 308CV0186RLYWGH

**Case:** Mark Mcmanaway v. KBR
**Job #:** 52058 | Job Date: 2/1/2010 | Delivery: Normal
**Billing Atty:** **William H Whitaker Esq**
**Location:** Tri State Reporting
901 Kenmore Drive | Evansville, IN 47714
**Sched Atty:** William H Whitaker Esq | Serpe Jones Andrews

| Item | Witness | Description | Amount |
|------|---------|-------------|--------|
| 1 | Jeffery Henke | Transcript - Original & 1 copy | $894.25 |

Notes:

**Invoice Total:** $894.25
**Payment:**
**Credits:**
**Balance Due:** $894.25

Fed. Tax ID. 20-3132569

Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Client/matter no. R02-010-007
Expense Code E-111

Form W9 info on file _____ y/n
Date entered in Juris ____ 3/2
Batch no. 264 Voucher no. 3117
Vendor Code FACE11A
G/L no. 1900

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** TX78030
**Job #:** 52058
**Invoice Date:** 02/16/2010

**Balance :** $ 894.25

**Fast Pace Reporting**

An Affiliate of National Depo

Tel: 713-650-3500

Fax: 713-650-3545

Bill To: William H Whitaker Esq
Serpe Jones Andrews
333 Clay Street
Suite 3485 Allen Center
Houston, TX 77002

| | |
|---|---|
| Invoice #: | TX78428 |
| Invoice Date: | 02/23/2010 |
| Balance Due: | $ 1,048.90 |

Case # : 308CV0186RLYWGH

Case: Mark Mcmanaway v. Kbr
Job #: 52067 | Job Date: 2/8/2010 | Delivery: Normal
Billing Atty: **William H Whitaker Esq**
Location: Holiday Inn Express
249 N Sandy Creek Drive | Seymour, IN
Sched Atty: William H Whitaker Esq | Serpe Jones Andrews

| Item | Witness | Description | | Amount |
|---|---|---|---|---|
| 1 | Jonathan Robertson | Transcript - Original & 1 copy | | $1,048.90 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,048.90 |
| Payment: | |
| Credits: | |

Fed. Tax ID: 20-3132569

Term. Due Upon Receipt

| | |
|---|---|
| Balance Due: | $1,048.90 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Client/matter no. _KBR-010007_
Expense Code _F-141_

Form W9 info on file _____ y/n
Date entered in Juris _3/2_
Batch no. _362_ Voucher no. _3127_
Vendor Code _FASTPA_
G/L no. _1900_

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Invoice #: TX78428
Job #: 52067
Invoice Date: 02/23/2010

Balance : $ 1,048.90