# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

**RECEIVED**

FEB 1 1 2010

Celia Balli
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

| | |
|---|---|
| Invoice | |
| Client/Matter | KBR 10007 |
| Invoice Date | January 31, 2010 |

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120

EXPENSES

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/21/2010 | E127 | Keais Records Service, Inc.; Invoice # 534610; Medical records from Middletown Family Practice regarding David Angell | 176.76 |
| 01/21/2010 | E127 | Keais Records Service, Inc.; Invoice # 5335564; Medical records from Evansville Surgery Center regarding William DeLashmutt | 84.75 |
| 01/27/2010 | E127 | Keais Records Service, Inc.; Invoice # 536122; Medical records from Dr. Marion Hagen regarding George Deel | 114.24 |
| 01/27/2010 | E127 | Keais Records Service, Inc.; Invoice # 535809; Medical records from Columbus Regional Hospital regarding James Gentry | 132.46 |
| 01/27/2010 | E127 | Keais Records Service, Inc.; Invoice # 535017; Medical records from Littleton Pediatric Medical Center regarding Daniel Kribs | 206.58 |

| 01/27/2010 | E127 | Keais Records Service, Inc.; Invoice # 536371; Medical records from Johnson Memorial Hospital regarding Tommy J Ebert, Jr. | 228.45 |
|---|---|---|---|
| 01/27/2010 | E127 | Keais Records Service, Inc.; Invoice # 536120; Medical records from Dermatology Center of Southern Indiana regarding George Deel. | 113.47 |
| 01/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 537906; Medical records from Tell City Clinic regarding Mark McManaway | 185.15 |
| 01/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 538251; Medical records from Norris & Love Orthopaedics and Sports regarding George Deel | 84.75 |
| 01/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 538258; Pharmacy records from H L S Pharmacies regarding William DeLashmutt | 151.38 |
| 01/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 537027; Medical records from Tri-State Orthopedics regarding Jeffrey Alan Varner | 210.94 |
| 01/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 536916; Medical records from Jewish Hospital regarding George Deel | 117.45 |
| 01/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 536126; Medical records from Kentuckiana Pulmonary Associates regarding James Gentry | 131.86 |
| 01/28/2010 | E127 | Keais Records Service, Inc.; Invoice # 536356; Medical records from Bremen Family Medicine regarding Ben McIntyre | 133.00 |

01/30/2010    E101    January 2010 copies 1410 @ .10 = 141.00    141.00

01/30/2010    E108    January 2010 postage    29.82

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865 Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 534610 | 1/14/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 101828.001 | 12/14/2009 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |
| **Records Pertaining To** | | |
| David Angell | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Middletown Family Practice/Dr. Ross Egger Medical Records 602 N 5th St Middletown, IN 47356 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| David Angell (Medical Records) | | |
|---|---|---|
| Custodian Fee | 54.00 | |
| Base Fee | | 41.25 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | 54.00 Pages | 9.75 |
| Paper copy/indexed/bound | 54.00 Pages | 37.26 |
| | | 13.50 |

Client/matter no. KBR-010007
Expense Code E-127

Form W9 info on file _____ y/n
Date entered in Juris _____
Batch no._____ Voucher no._____
Vendor Code ____ KEAIS
G/L no._____ 1790

**TOTAL DUE >>>**  **$176.76**
AFTER 2/28/2010 PAY  $187.37

Tax ID: 74-1871731

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 534610
Invoice Date  : 1/14/2010
**Total Due**    : **$ 176.76**
AFTER 2/28/2010 PAY $187.37

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.    : 101828.001
BU ID       : 1-HOU
Case No.    : 3:08-CV-0186-RLY-WGH
Case Name   : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 535564 | 1/19/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102147.003 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name | | |
|---|---|---|
| McManaway et al Vs. KBR | | |

| Records Pertaining To | | |
|---|---|---|
| William DeLashmutt | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Evansville Surgery Center<br>Medical Records<br>P.O.Box 2185<br>Evansville, IN 47710 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

William DeLashmutt (Medical Records)

Base Fee

Subpoena fee 39.00

Work Product Delivered 36.00

9.75

TOTAL DUE >>> $84.75

AFTER 3/5/2010 PAY $89.84

'NO RECORDS DEPOSITION' PROVIDED Client Matter no. _KBR-010007_

Expense Code _E 127_ .

Form W9 info on file _____ y/n

Date entered in Juris _____

Batch no._____ Voucher no._____

Vendor Code _REAIS_

G/L no. _1900_

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     :   535564
Invoice Date   :   1/19/2010
**Total Due**     :   **$ 84.75**
AFTER 3/5/2010  PAY  $89.84

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.   :   102147.003
BU ID       :   1-HOU
Case No.    :   3:08-CV-0186-RLY-WGH
Case Name   :   McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 536122 | 1/21/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102146.007 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| George Deel |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info |
|---|---|---|
| Dr. Marion Hagen<br>Medical Records<br>567 South Maple Street<br>French Lick, IN 47432 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

George Deel (Medical Records)

| | | |
|---|---|---|
| Base Fee | 21.00 Pages | |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | 21.00 Pages | 9.75 |
| Paper copy/indexed/bound | 21.00 Pages | 14.49 |
| | | 5.25 |

Client/matter no. *KBR-010007*
Expense Code *E-127*

Form W9 info on file _____y/n
Date entered in Juris _____ *1/27*
Batch no. *723* Voucher no. *2810*
Vendor Code *KEAIS*
G/L no. *1900*

| TOTAL DUE >>> | **$114.24** |
|---|---|
| AFTER 3/7/2010 PAY | $121.09 |

**Tax ID:** 74-1871731

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Invoice No. | : | 536122 |
|---|---|---|
| Invoice Date | : | 1/21/2010 |
| **Total Due** | : | **$ 114.24** |

AFTER 3/7/2010 PAY $121.09

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

| Order No. | : | 102146.007 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 535809 | 1/21/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102155.001 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| James Gentry |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Columbus Regional Hospital Medical Records 2400 East 17th St. Columbus, IN 47201 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

James Gentry (Medical Records)                                    13.00

| | | |
|---|---|---|
| Custodian Fee | | 25.74 |
| Base Fee | | 25.74 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 13.00 Pages | 8.97 |
| | 13.00 Pages | 3.25 |

Client/matter no. *KBR-010007*

Expense Code *E-127*

**TOTAL DUE >>>**                **$132.46**
AFTER 3/7/2010 PAY            **$140.41**

Form W9 info on file _____y/n
Date entered in Juris *1/27*
Batch no. *723* Voucher no. *2811*
Vendor Code *KEAS*

Tax ID: 74-1871731

G/L no. *900*

Phone: 713-452-4400     Fax 713-452-4499

*Please detach bottom portion and return with payment.*

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 535809
Invoice Date  : 1/21/2010
**Total Due**    : **$ 132.46**
AFTER 3/7/2010 PAY $140.41

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.    : 102155.001
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 535017 | 1/18/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102202.001 | 12/23/2009 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |
| **Records Pertaining To** | | |
| Daniel Kribs | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Littleton Pediatric Medical Center/Dr. Deborah Bublitz<br>Medical  Records<br>206 W. County Line Rd., Suite 110<br>Highlands Ranch, CO  80129 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Daniel Kribs (Medical Records) | 59.00 | |
| Custodian Fee | | 66.37 |
| Base Fee | | 39.00 |
| Subpoena fee | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | 59.00  Pages | 40.71 |
| Paper copy/indexed/bound | 59.00  Pages | 14.75 |

Client/matter no. KBR-010007

Expense Code  E-127

**TOTAL DUE  >>>**   $206.58

AFTER 3/4/2010  PAY   $218.97

Form W9 info on file _____y/n
Date entered in Juris ___1/27___
Batch no. __723__  Voucher no. _2812_
Vendor Code __KEAIS__

Tax ID: 74-1871731      G/L no. __1980__

Phone: 713-452-4400     Fax: 713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX  77002

Invoice No.     :  535017
Invoice Date    :  1/18/2010
**Total Due**   :  **$ 206.58**
AFTER 3/4/2010 PAY  $218.97

Remit To:  **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX  77002**

Order No.      :  102202.001
BU ID          :  1-HOU
Case No.       :  3:08-CV-0186-RLY-WGH
Case Name      :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 536371 | 1/22/2010 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 102151.002 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |
| Case Name | | |
| McManaway et al Vs. KBR | | |
| Records Pertaining To | | |
| Tommy J. Ebert, Jr. | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Johnson Memorial Hospital Medical & Billing Records 1125 W. Jefferson St. Franklin, IN 46131 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

Tommy J. Ebert, Jr. (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | 70.00 | |
| Base Fee | | 54.95 |
| Subpoena fee | | 39.00 |
| Court Filing / Correspondence Fee | | 36.00 |
| Witness Fee | | 21.95 |
| Work Product Delivered | | 1.00 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 70.00 Pages | 48.30 |
| | 70.00 Pages | 17.50 |

Client/matter no. _KBR-01007_
Expense Code _E-127_

TOTAL DUE  >>>  **$228.45**
AFTER 3/8/2010  PAY  $242.16

Form W9 info on file _____ y/n
Date entered in Juris _1/27_
Batch no. _223_ Voucher no. _2816_
Vendor Code _KEAIS_
G/L no. _1900_

Tax ID: 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 536371
Invoice Date  : 1/22/2010
**Total Due**    : **$ 228.45**
AFTER 3/8/2010  PAY  $242.16

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.    : 102151.002
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 536120 | 1/20/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102146.001 | 12/22/2009 | 3:08-CV-0186-RLY-W( |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |

| **Records Pertaining To** |
|---|
| George Deel |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Dermatology Center of Southen Indiana Medical Records 1200 South Rogers Bloomington, IN 47403 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

George Deel (Medical Records)

| | | |
|---|---|---|
| Custodian Fee | 13.00 | |
| Base Fee | | 16.50 |
| Subpoena fee | | 39.00 |
| Work Product Delivered | | 36.00 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 13.00 Pages | 8.97 |
| | 13.00 Pages | 3.25 |

Client/matter no. *KBR-016007*
Expense Code *E127*

Form W9 info on file _____ y/n
Date entered in Juris ___ *1/27*
Batch no. *233* Voucher no. *2825*
Vendor Code *KEAIS*
G/L no. *1900*

**TOTAL DUE >>>**  **$113.47**
AFTER 3/6/2010 PAY  $120.28

Tax ID: 74-1871731

Phone: 713-452-4400  Fax:713-452-4499

*Please detach bottom portion and return with payment.*

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    :  536120
Invoice Date  :  1/20/2010
**Total Due**    :  **$ 113.47**
AFTER 3/6/2010 PAY  $120.28

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.    :  102146.001
BU ID        :  1-HOU
Case No.     :  3:08-CV-0186-RLY-WGH
Case Name    :  McManaway et al Vs. KBR

**Conference Transport Charges**

| Rate Period | Total Calls | Total MIN&SEC | Total Amount Without Tax |
|---|---|---|---|
| Conferences | 19 | 2,465:00 | |
| TOTAL | 19 | 2,465:00 | 573.950 |
| | | | 573.950 |

## J. CONFERENCE SOLUTION PRODUCT-DETAIL
tw telecom is Your Carrier for Conference Calling

**Rate Period Applied-** A= All Day, D=Day, E=Evening, N=Night, O=Off Peak, M=Multi Period
**Conf Role Desc-** P=Participant, M=Moderator, L=Listener, O=Outcalled Participant/Moderator, K=Conf Operator
**Call Types-** 1=Direct Dial, *=Discount Plan, B=Extended Area Service, D=Directory Assistance, E=Directory Assistance Call Complete, F=On Net,
I=International, L=Long Distance Direct Dialed, M=Mobile, N=National, O=Operator Assistance, P=Payphone Originated (includes Surcharge),
O=Outbound, T=Toll free, X=Charges, Z=Credits

**Detail for Conference Calls**

Location ID: 117404

Location Name: SERPE, JONES, ANDREWS, CALLEND

Location Address: 333 CLAY ST, HOUSTON, TX, 77002

Customer ID: 4430

Date: December 23, 2009     KBR-01000

### Conference Call Charges

| Ref. Number | Time | Conf ID | Style | Attendee ID | Role | Call Type | MIN&SEC | Amount |
|---|---|---|---|---|---|---|---|---|
| 355 | 1:58 PM | 21946 | Adh | 15291 | M | T | 8:06 | $0.729 |
| | | | | | | Total | 8:06 | $0.729 |
| | | | | | TOTAL Conference Call Charges | | | 0.729 |

**Conference Transport Charges**

| Ref. Number | Time | Conf ID | Style | Attendee ID | Role | Call Type | MIN&SEC | Amount |
|---|---|---|---|---|---|---|---|---|
| 356 | 1:58 PM | 21946 | Adh | 15291 | M | T | 8:06 | $0.243 |
| | | | | | | Total | 8:06 | $0.243 |
| | | | | | TOTAL Conference Transport Charges | | | 0.243 |
| | | | | | TOTAL for Date: December 23, 2009 | | | 0.972 |

Date: January 6, 2010

KBR-010007

### Conference Call Charges

| Ref. Number | Time | Conf ID | Style | Attendee ID | Role | Call Type | MIN&SEC | Amount |
|---|---|---|---|---|---|---|---|---|
| 357 | 9:57 AM | 21946 | Adh | 15291 | M | T | 63:18 | $5.697 |
| 358 | 10:00 AM | 21946 | Adh | 1376312 | P | T | 60:18 | $5.427 |
| 359 | 10:01 AM | 21946 | Adh | 1376339 | P | T | 59:48 | $5.382 |
| 360 | 10:01 AM | 21946 | Adh | 1376341 | P | T | 36:18 | $3.267 |
| 361 | 10:02 AM | 21946 | Adh | 1376370 | P | T | 58:42 | $5.283 |
| 362 | 10:06 AM | 21946 | Adh | 1376446 | P | T | 54:12 | $4.878 |
| | | | | | | Total | 332:36 | $29.934 |
| | | | | | TOTAL Conference Call Charges | | | 29.934 |

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 537906 | 1/27/2010 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 102201.005 | 12/23/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| Mark McManaway |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info |
|---|---|---|
| Tell City Clinic<br>Medical Records<br>109 US Highway 66 East<br>Tell City, IN 47586 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

|  |  |  |
|---|---|---|
| Mark McManaway (Medical Records) | | |
| Custodian Fee | 40.00 | |
| Rush Order | | 28.05 |
| Base Fee | | 25.00 |
| Subpoena fee | | 39.00 |
| Delivery of Request to Custodian | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | | 9.75 |
| Paper copy/indexed/bound | 40.00 Pages | 27.60 |
| | 40.00 Pages | 10.00 |

**TOTAL DUE >>>**    **$185.15**
AFTER 3/13/2010 PAY    $196.26

*** Credit Issued Rush Fee $25.00 01/28/10 ***

**(-) Payments/Credits:**    25.00

**Tax ID:** 74-1871731

Phone: 713-452-4400    Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Client matter no. _KBR-10007_
Expense Code _E127_

Form W9 info on file _____y/n
Date entered in Juris _1/28_
Batch no. _723_ Voucher no. _2836_
Vendor Code _KEAIS_
G/L no. _1900_

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Invoice No.    : 537906
Invoice Date  : 1/27/2010
**Total Due**     : **$ 160.15**

Order No.    : 102201.005
BU ID        : 1-HOU
Case No.     : 3:08-CV-0186-RLY-WGH
Case Name    : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 538251 | 1/28/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102146.005 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| George Deel |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Norris & Love Orthopaedics and Sports Medical Records 1900 St. Charles Jasper, IN 47546 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

George Deel (Medical Records)

| | |
|---|---|
| Rush Order | 25.00 |
| Base Fee | 39.00 |
| Subpoena fee | 36.00 |
| Work Product Delivered | 9.75 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$109.75** |
| AFTER 3/14/2010  PAY | $116.34 |

'NO RECORDS DEPOSITION' PROVIDED TO CLIENT
*** Credit Issued Rush Fee $25.00 01/28/10 ***

Client Matter no. _KBR-10007_
License Code _E127_

Form W9 info on file _____ y/n
Date entered in Juris _128_
Batch no. _723_  Voucher no. _2838_
Vendor Code _KEAIS_
G/L no _1900_

| | |
|---|---|
| (-) Payments/Credits: | 25.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$84.75** |

Tax ID: 74-1871731

Phone: 713-452-4400    Fax 713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 538251 |
| Invoice Date | : | 1/28/2010 |
| **Total Due** | : | **$ 84.75** |

Remit To: **Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002**

| | | |
|---|---|---|
| Order No. | : | 102146.005 |
| BU ID | : | 1-HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865 Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 538258 | 1/28/2010 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 102147.002 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |
| Case Name | | |
| McManaway et al Vs. KBR | | |
| Records Pertaining To | | |
| William DeLashmutt | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| H L S Pharmacies<br>Pharmacy Records<br>814 W. Main Street<br>Boonville, IN 47601 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

William DeLashmutt (Pharmacy Records)          2.00

| | |
|---|---|
| Custodian Fee | 55.00 |
| Rush Order | 25.00 |
| Base Fee | 39.00 |
| Subpoena fee | 36.00 |
| Delivery of Request to Custodian | 9.75 |
| Work Product Delivered | 9.75 |
| Chronologically Organized & indexed by record type 2.00 Pages | 1.38 |
| Paper copy/indexed/bound 2.00 Pages | 0.50 |

*Handwritten:* Client Matter no. KBR-10007
Expense Code E127
Form W9 info on file _____ y/n
Date entered in Juris 1/28
Batch no. 723  Voucher no. 2839
Vendor Code KEAIS
Ref no. 1900

| | |
|---|---|
| TOTAL DUE  >>> | $176.38 |
| AFTER 3/14/2010 PAY | $186.96 |

*** Credit Issued Rush Fee $25.00 01/28/10 ***

(-) Payments/Credits:     25.00

Tax ID: 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.     : 538258
Invoice Date   : 1/28/2010
**Total Due**      : **$ 151.38**

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.    :  102147.002
BU ID        :  1-HOU
Case No.     :  3:08-CV-0186-RLY-WGH
Case Name    :  McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 537027 | 1/28/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102196.002 | 12/23/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| Jeffrey Alan Varner |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Tri- State Orthopedics Medical Records 225 Crosslake Drive Evansville, IN 47715 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | |
|---|---|---|
| Jeffrey Alan Varner (Medical Records) | 69.00 | |
| Custodian Fee | | 61.33 |
| Base Fee | | 39.00 |
| Subpoena fee | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | 69.00 Pages | 47.61 |
| Paper copy/indexed/bound | 69.00 Pages | 17.25 |

Client matter no. *KBR-10007*
Expense Code_____ *E127*

**TOTAL DUE  >>>**   **$210.94**
AFTER 3/14/2010  PAY   $223.60

Form W9 info on file _____y/n
Date entered in Juris _____ *1/28*
Batch no. *723* Voucher no. *2846*
Vendor Code _____ *KEAIS*
G/L no. _____ *1900*

Tax ID: 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 537027
Invoice Date  : 1/28/2010
**Total Due**    : **$ 210.94**
AFTER 3/14/2010  PAY  $223.60

Remit To:  **Keais Records Service, Inc.**
         **1010 Lamar, 3rd Floor**
         **Houston, TX  77002**

Order No.   : 102196.002
BU ID       : 1-HOU
Case No.    : 3:08-CV-0186-RLY-WGH
Case Name   : McManaway et al Vs. KBR

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 536916 | 1/25/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102146.008 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

| Case Name |
|---|
| McManaway et al Vs. KBR |

| Records Pertaining To |
|---|
| George Deel |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Jewish Hospital<br>Medical Records<br>1850 Bluegrass Ave.<br>Louisville, KY 40215 | Randall Jones<br>Serpe, Jones, Andrews, Callender and Bell, PLLC<br>3 Allen Center 333 Clay, Suite 3485<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | |
|---|---|
| George Deel (Medical Records) | |
| Base Fee | 39.00 |
| Subpoena fee | 36.00 |
| Delivery of Request to Custodian | 9.75 |
| Court Filing / Correspondence Fee | 21.95 |
| Witness Fee | 1.00 |
| Work Product Delivered | 9.75 |

Client matter no. _KBR-10007_
Expense Code _E127_

LETTER OF NO RECORDS PROVIDED TO CLIENT

Form W9 info on file _____
Date entered in Juris _1/28_ ____y/n
Batch no. _723_  Voucher no. _2841_
Vendor Code _KEAIS_
G/L no. _1900_

| | |
|---|---|
| **TOTAL DUE >>>** | **$117.45** |
| AFTER 3/11/2010 PAY | $124.50 |

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

---

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.   : 536916
Invoice Date  : 1/25/2010
**Total Due**    : **$ 117.45**
AFTER 3/11/2010 PAY  $124.50

Remit To: **Keais Records Service, Inc.**
          **1010 Lamar, 3rd Floor**
          **Houston, TX 77002**

Order No.   : 102146.008
BU ID       : 1-HOU
Case No.    : 3:08-CV-0186-RLY-WGH
Case Name   : McManaway et al Vs. KBR

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865  Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 536126 | 1/21/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102155.003 | 12/22/2009 | 3:08-CV-0186-RLY-WGH |

| **Case Name** | | |
|---|---|---|
| McManaway et al Vs. KBR | | |

| **Records Pertaining To** | | |
|---|---|---|
| James Gentry | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Kentuckiana Pulmonary Associates Medical Records 100 West Market Suite #2 Louisville, KY 40202 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| James Gentry (Medical Records) | | 14.00 | |
|---|---|---|---|
| Custodian Fee | | | 24.20 |
| Base Fee | | | 39.00 |
| Subpoena fee | | | 36.00 |
| Delivery of Request to Custodian | | | 9.75 |
| Work Product Delivered | | | 9.75 |
| Chronologically Organized & indexed by record type | 14.00 Pages | | 9.66 |
| Paper copy/indexed/bound | 14.00 Pages | | 3.50 |

Client matter no. *KBR-10007*
Expense Code *E127*

Form W9 info on file _____ y/n
Date entered in Juris *1/28*
Batch no. *723* Voucher no. *2842*
Vendor Code *KEAIS*
G/L no. *1900*

**TOTAL DUE  >>>** **$131.86**
AFTER 3/7/2010  PAY $139.77

**Tax ID:** 74-1871731

Phone: 713-452-4400  Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Invoice No. | : | 536126 |
|---|---|---|
| Invoice Date | : | 1/21/2010 |
| **Total Due** | : | **$ 131.86** |
| AFTER 3/7/2010 PAY $139.77 | | |

Remit To: **Keais Records Service, Inc.**
        **1010 Lamar, 3rd Floor**
        **Houston, TX 77002**

| Order No. | : | 102155.003 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 3:08-CV-0186-RLY-WGH |
| Case Name | : | McManaway et al Vs. KBR |

# INVOICE

Keais Records Service, Inc.
1010 Lamar, 3rd Floor
Houston, TX 77002
Phone:713-224-6865   Fax:713-224-6880

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 536356 | 1/22/2010 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 102204.001 | 12/23/2009 | 3:08-CV-0186-RLY-WGH |
| **Case Name** | | |
| McManaway et al Vs. KBR | | |
| **Records Pertaining To** | | |
| Ben McIntyre | | |

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Bremen Family Medicine Medical Records 1120 W. South St. Bremen, IN 46506 | Randall Jones Serpe, Jones, Andrews, Callender and Bell, PLLC 3 Allen Center 333 Clay, Suite 3485 Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | |
|---|---|---|
| Ben McIntyre (Medical Records) | 24.00 | |
| Custodian Fee | | 25.69 |
| Base Fee | | 39.00 |
| Subpoena fee | | 36.00 |
| Work Product Delivered | | 9.75 |
| Chronologically Organized & indexed by record type | 24.00 Pages | 16.56 |
| Paper copy/indexed/bound | 24.00 Pages | 6.00 |
| | **TOTAL DUE >>>** | **$133.00** |
| | AFTER 3/8/2010 PAY | $140.98 |

Client/matter no. *KBR-10007*
Expense Code *E 122*

Form W9 info on file _____ y/n
Date entered in Juris *1/28*
Batch no. *722* Voucher no. *2843*
Vendor Code *KEAIS*
G/L no. *1900*

**Tax ID:** 74-1871731

Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews, Callender and Bell, PLLC
3 Allen Center 333 Clay, Suite 3485
Houston, TX 77002

Invoice No.    : 536356
Invoice Date   : 1/22/2010
**Total Due**    : **$ 133.00**
AFTER 3/8/2010 PAY $140.98

Remit To: **Keais Records Service, Inc.**
**1010 Lamar, 3rd Floor**
**Houston, TX 77002**

Order No.   : 102204.001
BU ID      : 1-HOU
Case No.    : 3:08-CV-0186-RLY-WGH
Case Name   : McManaway et al Vs. KBR

| | Date | Client/Matter | Copy | Fax | Postage |
|---|---|---|---|---|---|
| 278 | | | | | |
| 279 | 1/6/2010 | KBR-10007 | | | $0.44 |
| 280 | 1/11/2010 | KBR-10007 | 21 | | |
| 281 | 1/13/2010 | KBR-10007 | 569 | | $12.03 |
| 282 | 1/19/2010 | KBR-10007 | | | $1.05 |
| 283 | 1/22/2010 | KBR-10007 | 24 | | |
| 284 | 1/25/2010 | KBR-10007 | | 280 | |
| 285 | 1/26/2010 | KBR-10007 | | 43 | |
| 286 | 1/14/2010 | KBR-10007 | 569 | | $13.25 |
| 287 | 1/19/2010 | KBR-10007 | | | |
| 288 | 1/25/2010 | KBR-10007 | | | |
| 289 | 1/26/2010 | KBR-10007 | 18 | 19 | $3.05 |
| 290 | 1/26/2010 | KBR-10007 | 105 | | |
| 291 | 1/26/2010 | KBR-10007 | 84 | | |
| 292 | 1/26/2010 | KBR-10007 | 20 | | |
| 293 | 1/26/2010 | KBR-10007 | 1410 | | $29.82 |