# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

RECEIVED
JAN 19 2010
Celia Balli
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

Invoice 1201 MRJ
Client/Matter KBR 10007
Invoice Date December 31, 2009

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120



[Page content redacted]

[Page content redacted]

[Page content redacted]

[Page content redacted]

[content redacted]

**EXPENSES**

[content redacted]

Kellogg Brown & Root Services, Invoice# 1201 12/31/2009 Page 7

| | | | |
|---|---|---|---|
| 12/29/2009 | E101 | December 2009 copies 160 @ .10 = 16.00 | 16.00 |
| 12/29/2009 | E108 | December 2009 postage | 16.71 |

## Copies, Faxes Postage
## December 2009

| Date | Client/Matter | Copy | Fax | Postage |
|---|---|---|---|---|
| 12/15/09 | KBR-10007 | 81 | | |
| 12/15/09 | KBR-10007 | | | $15.22 |
| 12/16/09 | KBR-10007 | | | $1.05 |
| 12/21/09 | KBR-10007 | 79 | | |
| 12/21/09 | KBR-10007 | | | $0.44 |
| | Totals | 160 | | $16.71 |