# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

**RECEIVED**

DEC 0 8 2009

Celia Balli
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

| | |
|---|---|
| Invoice | 1106  MRJ |
| Client/Matter | KBR   10007 |
| Invoice Date | November 30, 2009 |

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No:  CLMS No.  2008-LITG-304120

## PROFESSIONAL SERVICES

| 11/18/2009 | MRJ | L330 A104 | Review and respond to numerous e-mails relating to Mr. Lowes' deposition and preparation for same. | 1.00 hrs | 250.00 |



## EXPENSES

| 11/09/2009 | E118 | Pitney Bowes Management Services; Invoice # 14739931; Copies and bates verification | 621.28 |
| 11/30/2009 | E101 | November 2009 copies 330 @ .10 = 33.00 | 33.00 |

| 11/30/2009 | E108 | November 2009 postage | 39.79 |

# Pitney Bowes Management Services
## A Pitney Bowes Company

# INVOICE

S
H
I
P

T
O

SERPE JONES ANDREWS CALLENDER & B
ANGIE BELLARD
THREE ALLEN CENTER
333 CLAY ST
SUITE 3485
HOUSTON TX 77002

| CUSTOMER NUMBER |
|---|
| 6430614 |

| INVOICE NUMBER | 14739931 |
|---|---|
| INVOICE DATE | 10/29/09 |

Order No: 8386606

B
I
L
L

T
O

SERPE JONES ANDREWS CALLENDER & BELL
ANGIE BELLARD
THREE ALLEN CENTER
333 CLAY ST
SUITE 3485
HOUSTON TX 77002

AMT. ENCLOSED

**PLEASE SEND PAYMENT TO:**
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

*(Detach here and send top portion with your payment)*

PAGE: 2

PBMS
4460 44th Street SE Ste D
Grand Rapids, MI 49512
(800) 858-4536

SPECIAL MESSAGES

Sales Rep Name:
Project Name:        PROJECT: KBR

RETAIN THIS PORTION FOR YOUR RECORDS

| CUST NO / ORDER REF NO | 6430614 |
|---|---|
| INVOICE NUMBER | 14739931 |
| INVOICE DATE | 10/29/09 |
| REFERENCE NO. | KBR-010007 |

Order No: 8386606

## PAYMENT DUE UPON RECEIPT

| LINE NUMBER | DESCRIPTION | ITEM NO | UNIT OF MEASURE | QUANTITY | UNIT RATE | TOTAL | TAXAB |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Matter no. *KBR-10007*
Expense Code *E114*
Form W9 info on file *NO* y/n
Date entered in Juris _____
Batch no. _____ Voucher no. _____
Vendor Code *PITNEY*
G/L no. *1900*

Invoices payable upon receipt. Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

| | |
|---|---|
| Tax Rate: | 8.25 |
| Total Tax: | 47.3 |
| **Total $:** | 621.28 |

# Pitney Bowes Management Services
## A Pitney Bowes Company

75620 – JAN 91

# Pitney Bowes Management Services
A Pitney Bowes Company

# INVOICE

| S H I P   T O | SERPE JONES ANDREWS CALLENDER & B<br>ANGIE BELLARD<br>THREE ALLEN CENTER<br>333 CLAY ST<br>SUITE 3485<br>HOUSTON TX 77002 |

| | CUSTOMER NUMBER |
|---|---|
| | 6430614 |

| INVOICE NUMBER | 14739931 |
|---|---|
| INVOICE DATE | 10/29/09 |
| Order No: | 8386606 |

| AMT. ENCLOSED | |
|---|---|

**PLEASE SEND PAYMENT TO:**
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

| B I L L   T O | SERPE JONES ANDREWS CALLENDER & BELL<br>ANGIE BELLARD<br>THREE ALLEN CENTER<br>333 CLAY ST<br>SUITE 3485<br>HOUSTON TX 77002 |
|---|---|

(Detach here and send top portion with your payment)

PLEASE DIRECT ADDRESS CHANGES
AND INQUIRIES TO:

PBMS
4460 44th Street SE Ste D
Grand Rapids, MI 49512
(800) 858-4536

SPECIAL MESSAGES

Sales Rep Name:
Project Name:          PROJECT: KBR

**PAYMENT DUE UPON RECEIPT**

RETAIN THIS PORTION FOR YOUR RECORDS                    PAGE:    1

| CUST NO / ORDER REF NO | 6430614 |
|---|---|
| INVOICE NUMBER | 14739931 |
| INVOICE DATE | 10/29/09 |
| REFERENCE NO. | KBR-010007 |
| Order No: | 8386606 |

| LINE NUMBER | DESCRIPTION | ITEM NO | UNIT OF MEASURE | QUANTITY | UNIT RATE | TOTAL | TAXABL |
|---|---|---|---|---|---|---|---|
| 1.000 | PDF to Multi-/Single-Page TIFF<br>20091008 | CI001 | PG | 1858.0000 | .0150 | 27.87 | Y |
| 2.000 | Bates Verification<br>MCMANAWAY PROD | CR001 | PG | 5039.0000 | .0100 | 50.39 | Y |
| 3.000 | Bates Verification<br>20091008 | CR001 | PG | 1858.0000 | .0100 | 18.58 | Y |
| 4.000 | OCR<br>20091008 | CR008 | PG | 1858.0000 | .0275 | 51.10 | Y |
| 5.000 | CD Media û Copy<br>MCMANAWAY PROD | CR022 | EA | 2.0000 | 19.0000 | 38.00 | Y |
| 6.000 | DVD Media û Copy<br>20091008 | CR023 | EA | 1.0000 | 29.0000 | 29.00 | Y |
| 7.000 | Shipping Charges | CSH001 | EA | 1.0000 | 14.1300 | 14.13 | Y |
| 8.000 | Logical Unitizing<br>MCMANAWAY PROD | CU001 | PG | 5039.0000 | .0500 | 251.95 | Y |
| 9.000 | Logical Unitizing | CU001 | PG | 1858.0000 | .0500 | 92.90 | Y |

Invoices payable upon receipt. Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

Tax Rate:
Total Tax:
**Total $:**

  **Pitney Bowes Management Services**
A Pitney Bowes Company



75620 – JAN

Copy, Fax and Postage
November 2009

| | | | | |
|---|---|---|---|---|
| 11/12/09 | KBR-10007 | | | $1.05 |
| 11/17/09 | KBR-10007 | | | $1.49 |
| 11/17/09 | KBR-10007 | | 22 | |
| 11/18/09 | KBR-10007 | | | $12.20 |
| 10/28/09 | KBR-10007 | 330 | | |
| 10/28/09 | KBR-10007 | 330 | | $25.05 |
| | | | | $39.79 |