# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

**RECEIVED**

NOV 1 2 2009

Celia Balli
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

| | |
|---|---|
| Invoice | 990 MRJ |
| Client/Matter | KBR 10007 |
| Invoice Date | October 31, 2009 |

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120



## PROFESSIONAL SERVICES









| 10/21/2009 | MRJ | L240 A104 | Review and respond to e-mails regarding sending a letter to the magistrate regarding the status of the ruling on the personal jurisdiction motion. | 0.50 hrs | 125.00 |
|---|---|---|---|---|---|



## EXPENSES



10/21/2009      E115      Riverside Media, Inc.; Invoice # 5944; Deposition video of Rod Kimbro      176.75

| 10/28/2009 | E101 | October 2009 copies 290 @ .10 = 29.00 | 29.00 |
| 10/28/2009 | E108 | October 2009 postage | 31.70 |
| 10/28/2009 | E140 | U. S. Legal Support; Invoice # 91312747; Deposition transcript of Rod Kimbro | 748.71 |



# INVOICE



**Riverside MEDIA**
Multimedia Production Services

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5944 | 10/6/2009 | 2002 |
| **Job Date** | **Case No.** | |
| 9/30/2009 | 8:08-CV-0186-RLY-WGH | |
| **Case Name** | | |
| Mark McManaway vs. KBR | *KBR-010007* | |
| **Payment Terms** | | |
| Net 30 | | |

Randall Jones
Serpe, Jones, Andrews
333 CLay
3 Allen Center
Ste. 3485
Houston, TX

Rod Kimbro

| | | | | |
|---|---|---|---|---|
| 105: Encoding Hours | | | | 0.00 |
| | 3.75 Hours | @ | 45.00 | 168.75 |
| 106: Mail/Delivery/Courier/Shipping & Handling | | | 8.00 | 8.00 |

**TOTAL DUE  >>>**   **$176.75**

Client/matter no. *KBR-10007*
Expense Code *E115*
Form W9 info on file *✓* ___ y/n
Date entered in Juris *10/21*
Batch no. *555* Voucher no. *2097*
Vendor Code *RIVERS*
G/L no. *1900*

**Tax ID:** 76-0437780

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones, Andrews
333 CLay
3 Allen Center
Ste. 3485
Houston, TX

| | | |
|---|---|---|
| Invoice No. | : | 5944 |
| Invoice Date | : | 10/6/2009 |
| **Total Due** | : | **$ 176.75** |

Remit To: **Riverside Media, Inc.**
**7211 Regency Square Blvd, Suite 155**
**Houston, TX 77036**

| | | |
|---|---|---|
| Job No. | : | 2002 |
| BU ID | : | Houston |
| Case No. | : | 8:08-CV-0186-RLY-WGH |
| Case Name | : | Mark McManaway  vs. KBR |

| Date | Copies | Faxes | Postage |
|---|---|---|---|
| | | **KBR-10007** | |
| 10/1/09 | 18 | | .61 / 5.71x2 =11.42+.61 =12 |
| 10/2/09 | 107 | | |
| 10/6/09 | 165 | | 3.41/7.68/7.85 |
| 10/13/09 | | | 1.73 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals** | 290 | | 31.70 |

# INVOICE

U.S. Legal Support
Austin Centre
701 Brazos, Suite 380
Austin, TX 78701
Phone:512-292-4249  Fax:512-292-3866

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91312747 | 10/8/2009 | 83486 |
| **Job Date** | **Case No.** | |
| 9/30/2009 | 8:08-CV-0186-RLY-WGH | |
| **Case Name** | | |
| Mark McManaway, et al vs. KBR, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Randall Jones
Serpe, Jones Andrews, Callender & Bell
Three Allen Center
333 Clay Street
Suite 3485
Houston, TX 77002

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Rod Kimbro

      Video Pages Copy             748.71

             177.00  Pages

             **TOTAL DUE  >>>**      **$748.71**

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3845

Client/matter no. KBR-01.0007
Expense Code E-115

Form W9 info on file _Yes_ y/n
Date entered in Juris _____
Batch no._____ Voucher no. _____
Vendor Code USLEG
G/L no. 1900

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 74-2505835                      Phone: 713-452-4400   Fax:713-452-4499

*Please detach bottom portion and return with payment.*

Randall Jones
Serpe, Jones Andrews, Callender & Bell
Three Allen Center
333 Clay Street
Suite 3485
Houston, TX 77002

| | | | |
|---|---|---|---|
| Job No. | : 83486 | BU ID | :4-AUSTIN |
| Case No. | : 8:08-CV-0186-RLY-WGH | | |
| Case Name | : Mark McManaway, et al vs. KBR, Inc., et al | | |

Invoice No. : 91312747      Invoice Date : 10/8/2009
**Total Due** : **$ 748.71**

## PAYMENT WITH CREDIT CARD    AMEX MasterCard VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX 75395-2172**