# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

RECEIVED
OCT 12 2009
Celia Balli
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

| | |
|---|---|
| Invoice | 887 MRJ |
| Client/Matter | KBR 10007 |
| Invoice Date | September 30, 2009 |

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120

[redacted]

[Page content redacted]

[Page contents redacted]

[Page content redacted]

EXPENSES

| | | | |
|---|---|---|---|
| 09/29/2009 | E101 | September 2009 copies 1763 @ .10 = 176.30 | 176.30 |
| 09/29/2009 | E108 | September 2009 postage | 51.82 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/30/2009 | E106 | West Law online research September 2009 | 86.42 |

[Content redacted]

09/30/2009	E106	West Law online research September 2009	86.42

| KBR-10007 | | | |
|---|---|---|---|
| **Date** | **Copies** | **Faxes** | **Postage** |
| 8/31/09 | 362 | | |
| 9/1/09 | 1,381 | | 4.95/11.95/19.75 |
| 9/10/09 | 28 | | |
| 9/11/09 | | | 1.56/6.83x2 |
| 9/10/09 | 91 | | |
| 9/24/09 | 101 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals** | 1763 | | 57.82 |

West Law
September 2009

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KBR-10007 | WHITAKER,WILL | 9/11/2009 | Included | $145.86 | $7.73 | $0.51 | $8.25 | |
| KBR-10007 | WHITAKER,WILL | 9/11/2009 | | $145.86 | $7.73 | $0.51 | $8.25 | |
| KBR-10007 | WHITAKER,WILL | 9/30/2009 | Included | $240.00 | $12.73 | $0.84 | $13.57 | |
| KBR-10007 | WHITAKER,WILL | 9/30/2009 | | $240.00 | $12.73 | $0.84 | $13.57 | |
| KBR-10007 | WHITAKER,WILL | | | $385.86 | $20.46 | $1.35 | $21.81 | |
| KBR-10007 | | | | $385.86 | $20.46 | $1.35 | $21.81 | |
| KBR-10007 | WHITAKER,WILL | 9/22/2009 | Included | $492.50 | $26.12 | $1.72 | $27.84 | |
| KBR-10007 | WHITAKER,WILL | 9/22/2009 | | $492.50 | $26.12 | $1.72 | $27.84 | |
| KBR-10007 | WHITAKER,WILL | 9/30/2009 | Included | $650.48 | $34.49 | $2.28 | $36.77 | |
| KBR-10007 | WHITAKER,WILL | 9/30/2009 | | $650.48 | $34.49 | $2.28 | $36.77 | |
| KBR-10007 | WHITAKER,WILL | | | $1,142.98 | $60.61 | $4.00 | $64.61 | |
| KBR-10007 | | | | $1,142.98 | $60.61 | $4.00 | $64.61 | $86.42 |
| | | | | | | | | |