# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

**RECEIVED**

SEP 2 0 2009

Celia Balli
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

| | |
|---|---|
| Invoice | 760 MRJ |
| Client/Matter | KBR 10007 |
| Invoice Date | August 31, 2009 |

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120



## EXPENSES

Tolls 28.00

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 08/28/2009 | E101 | August 2009 copies 9 @ .10 = .90 | 0.90 |
| 08/31/2009 | E106 | West Law  research for August 2009 | 86.39 |

West Law
2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KBR-10007 | WHITAKER,WILL | 8/3/2009 | Included | $18.75 | $1.65 | $0.11 | $1.76 |
| KBR-10007 | WHITAKER,WILL | 8/3/2009 | Included | $18.75 | $1.65 | $0.11 | $1.76 |
| KBR-10007 | WHITAKER,WILL | 8/5/2009 | Included | $901.00 | $79.39 | $5.24 | $84.63 |
| KBR-10007 | WHITAKER,WILL | 8/5/2009 | Included | $901.00 | $79.39 | $5.24 | $84.63 |
| KBR-10007 | WHITAKER,WILL | 8/5/2009 | | $901.00 | $79.39 | $5.24 | $84.63 |
| KBR-10007 | WHITAKER,WILL | | | $919.75 | $81.04 | $5.35 | $86.39 |
| KBR-10007 | | | | $919.75 | $81.04 | $5.35 | $86.39 |
| | | | | | | | $86.39 |