# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713 452 4400
Tax ID 26-4057953

RECEIVED

AUG 2 5 2009

Dean Graves
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

| | |
|---|---|
| Invoice | 671 MRJ |
| Client/Matter | KBR 10007 |
| Invoice Date | July 31, 2009 |

In the United States District Court for the Southern District of Indiana, Evansville Division: Cause No. 3:08-cv-0186RLY-WGH Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120

## PROFESSIONAL SERVICES





| 07/14/2009 | MRJ | L210 A104 | Review various pleadings filed by Mr. Snemis relating to the personal jurisdiction defense. | 0.40 hrs | 100.00 |

the personal jurisdiction challenge is denied; Review



## EXPENSES

| 07/31/2009 | E106 | July 2009 West Law online research | 236.54 |
| 07/31/2009 | E108 | July 2009 postage charges: 10.05 | 10.05 |

West Law
July 2009

| | | | | | | |
|---|---|---|---|---|---|---|
| KBR-010007 | WHITAKER, WILL | 7/22/2009 | $827.25 | $34.89 | $2.30 | $37.20 |
| KBR-010007 | WHITAKER, WILL | 7/22/2009 | $827.25 | $34.89 | $2.30 | $37.20 |
| KBR-010007 | WHITAKER, WILL | | $827.25 | $34.89 | $2.30 | $37.20 |
| KBR-010007 | | | $827.25 | $34.89 | $2.30 | $37.20 |
| KBR-010007 | WHITAKER, WILL | 7/17/2009 | $1,399.21 | $59.02 | $3.90 | $62.91 |
| KBR-010007 | WHITAKER, WILL | 7/17/2009 | $60.67 | $0.00 | $4.00 | $64.67 |
| KBR-010007 | WHITAKER, WILL | 7/17/2009 | $1,459.88 | $59.02 | $7.90 | $127.58 |
| KBR-010007 | WHITAKER, WILL | 7/24/2009 | $1,595.86 | $67.31 | $4.44 | $71.75 |
| KBR-010007 | WHITAKER, WILL | 7/24/2009 | $1,595.86 | $67.31 | $4.44 | $71.75 |
| KBR-010007 | WHITAKER, WILL | | $3,055.74 | $126.33 | $12.34 | $199.34 |
| KBR-010007 | | | $3,055.74 | $126.33 | $12.34 | $199.34 |
| | | | | | | $236.54 |

| KBR-10007 | | | |
|---|---|---|---|
| Date | Copies | Faxes | Postage |
| 7/22/09 | | | 10.05 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Totals | | | 10.05 |