# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

**RECEIVED**

JUL 1 7 2009

Celia Balli
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

| | |
|---|---|
| Invoice | 563 MRJ |
| Client/Matter | KBR 10007 |
| Invoice Date | June 30, 2009 |

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No (2008-LITG-304120)

## PROFESSIONAL SERVICES

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/01/2009 | MRJ | L240 A104 | | Review and respond to e-mails related to the personal jurisdiction motion and related to our objection to plaintiffs' motion for leave to amend. | 0.40 hrs | 100.00 |





## EXPENSES

| | | | |
|---|---|---|---|
| 06/19/2009 | E118 | Pitney Bowes Management Services; Invoice # 13996513; Scanning oversize documents and copy CD | 35.84 |
| 06/29/2009 | E101 | June 2009 Copy charges 1120 @ .10 = 112.00 | 112.00 |
| 06/29/2009 | E108 | June 2009 Postage charges 14.57 | 14.57 |
| 06/30/2009 | E106 | West Law; Invoice # 063009; Online research for June 2009 | 164.16 |

# Pitney Bowes Management Services
A Pitney Bowes Company

**INVOICE**

| | |
|---|---|
| S H I P T O | SERPE JONES ANDREWS CALLENDER & B<br>ANGIE BELLARD<br>THREE ALLEN CENTER<br>333 CLAY ST<br>SUITE 3485<br>HOUSTON TX 77002 |

| CUSTOMER NUMBER |
|---|
| 6430614 |

| INVOICE NUMBER | 13996513 |
|---|---|
| INVOICE DATE | 06/10/09 |
| Order No: | 7826850 |

| | |
|---|---|
| B I L L T O | SERPE JONES ANDREWS CALLENDER & BELL<br>ANGIE BELLARD<br>THREE ALLEN CENTER<br>333 CLAY ST<br>SUITE 3485<br>HOUSTON TX 77002 |

| AMT. ENCLOSED | |
|---|---|

**PLEASE SEND PAYMENT TO:**
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send top portion with your payment)

**PLEASE DIRECT ADDRESS CHANGES AND INQUIRIES TO:**

PBMS-ASC Billing Dept.
5310 Cypress Center Dr.
Suite 110
Tampa   FL  33609-1057

**SPECIAL MESSAGES**

Message 1      TERRA BUCKLEY
Message 2      PROJECT: KBR

**PAYMENT DUE UPON RECEIPT**

PAGE:    1

**RETAIN THIS PORTION FOR YOUR RECORDS**

| CUST NO / ORDER REF NO | 6430614 |
|---|---|
| INVOICE NUMBER | 13996513 |
| INVOICE DATE | 06/10/09 |
| REFERENCE NO. | KBR-010007 |

Order No:  7826850

| LINE NUMBER | DESCRIPTION | ITEM NO | UNIT OF MEASURE | QUANTITY | UNIT RATE | TOTAL | TAXABL |
|---|---|---|---|---|---|---|---|
| 1.000 | Image Endorsement<br>KBR002 | CR006 | EA | 22.0000 | .0100 | .22 | Y |
| 2.000 | CD Media û Copy<br>KBR002 | CR022 | EA | 1.0000 | 19.0000 | 19.00 | Y |
| 3.000 | Doc Prep & Scan to TIFF or PDF<br>KBR002 | CS001 | PG | 18.0000 | .0800 | 1.44 | Y |
| 4.000 | Document Reassembly<br>KBR002 | CS002 | PG | 22.0000 | .0200 | .44 | Y |
| 5.000 | Scanning Oversized Documents<br>KBR002 | CS005 | PG | 4.0000 | 3.0000 | 12.00 | Y |

Client/matter no. _KBR 010-007_
Expense Code _E118_

Form W9 info on file _NO_ y/n
Date entered in Juris _6/19_
Batch no. _194_  Voucher no. _1082_
Vendor Code _PITNEY_
G/L no. _1900_

Invoices payable upon receipt.  Invoices outstanding
in excess of 30 days from invoice date are subject
to a 1% per month delinquent payment charge.

| | |
|---|---|
| Tax Rate: | * N/A |
| Total Tax: | 2.74 |
| Total $: | 35.84 |

# Pitney Bowes Management Services
A Pitney Bowes Company

75820 – JAN  91

| Date | Copies | Faxes | Postage |
|---|---|---|---|
| 6/5/09 | 18 | | .61/5.7(x2 =12.00 |
| 6/10/09 | | | |
| 6/19/09 | 60 | | |
| 6/22/09 | 150 | | |
| 6/23/09 | 80 | | |
| 6/23/09 | 2 | | |
| 6/23/09 | | | .44/1.05 = 1.00 |
| 6/23/09 | | | 1.05 |
| 6/25/09 | 810 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals** | 1,120 | | 3.00 |

**KBR-10007**

West Law
June 2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KBR-10007 | OGLESBY, MATT | 6/19/2009 Included | $1,160.73 | $55.14 | $3.64 | $58.78 | |
| KBR-10007 | OGLESBY, MATT | 6/19/2009 | $1,160.73 | $55.14 | $3.64 | $58.78 | |
| KBR-10007 | OGLESBY, MATT | | $1,160.73 | $55.14 | $3.64 | $58.78 | |
| KBR-10007 | | | $1,160.73 | $55.14 | $3.64 | $58.78 | |
| KBR-10007 | OGLESBY, MATT | 6/18/2009 Included | $286.27 | $13.60 | $0.90 | $14.50 | |
| KBR-10007 | OGLESBY, MATT | 6/18/2009 | $286.27 | $13.60 | $0.90 | $14.50 | |
| KBR-10007 | OGLESBY, MATT | | $286.27 | $13.60 | $0.90 | $14.50 | |
| KBR-10007 | | | $286.27 | $13.60 | $0.90 | $14.50 | |
| KBR-10007 | OGLESBY, MATT | 6/22/2009 Included | $1,386.83 | $65.88 | $4.35 | $70.23 | |
| KBR-10007 | OGLESBY, MATT | 6/22/2009 | $1,386.83 | $65.88 | $4.35 | $70.23 | |
| KBR-10007 | OGLESBY, MATT | | $1,386.83 | $65.88 | $4.35 | $70.23 | |
| KBR-10007 | | | $1,386.83 | $65.88 | $4.35 | $70.23 | |
| KBR-10007 | OGLESBY, MATT | 6/19/2009 Included | $407.79 | $19.37 | $1.28 | $20.65 | |
| KBR-10007 | OGLESBY, MATT | 6/19/2009 | $407.79 | $19.37 | $1.28 | $20.65 | |
| KBR-10007 | OGLESBY, MATT | | $407.79 | $19.37 | $1.28 | $20.65 | |
| KBR-10007 | | | $407.79 | $19.37 | $1.28 | $20.65 | $164.16 |