# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

RECEIVED

JUN 17 2009

Dean Graves
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

Invoice     438 MRJ
Client/Matter    KBR    10007
Invoice Date    May 31, 2009

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/2009 | MRJ | L330 A108 | Prepare e-mail to Mr. Snemis regarding notice of Mr. Lowes' deposition. | 0.20 hrs | 50.00 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/2009 | MRJ | L330 A101 | Prepare for meeting with Mr. Lowes to discuss his Rule 30(b)(6) deposition on jurisdiction issues; meet with Mr. Lowes to prepare for his deposition. | 3.00 hrs | 750.00 |
| 05/11/2009 | MRJ | L330 A104 | Review spreadsheet prepare by Mr. Lowes' office regarding efforts made to locate documents for the personal jurisdiction written discovery, and e-mail to Mr. Lowes regarding use of same at his deposition. | 0.20 hrs | 50.00 |

| Date | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/12/2009 | MRJ | L330 A109 | Meet with Mr. Lowes prior to his deposition and present him for same. | 3.50 hrs | 875.00 |
| 05/13/2009 | MRJ | L310 A106 | Review and respond to e-mails regarding supplemental information to provide plaintiffs after Mr. Lowes' deposition; telephone conference with Ms. DeLaGarza regarding same. | 0.30 hrs | 75.00 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/15/2009 | MRJ | L330 A104 | Review and respond to e-mails from plaintiffs' counsel, Mr. Snemis and Mr. Lowes regarding supplementing Mr. Lowes' deposition with additional information. | 1.70 hrs | 425.00 |
| 05/18/2009 | MRJ | L330 A104 | Review e-mails related to supplementation of Mr. Lowes' 30(b)(6) deposition; review draft of plant employee list with employer shown. | 0.30 hrs | 75.00 |
| 05/19/2009 | MRJ | L330 A104 | Review and respond to e-mails regarding supplemental information for Mr. Lowes' deposition. | 0.30 hrs | 75.00 |
| 05/20/2009 | MRJ | L240 A104 | Review plaintiffs' response to KBR's motion to dismiss on personal jurisdiction grounds; review multiple e-mails regarding provision of supplemental information for jurisdictional issues. | 1.00 hrs | 250.00 |
| 05/20/2009 | MRJ | L330 A104 | Review e-mail related to type of work done at Grissom AFB to supplement Mr. Lowes' depositon. | 0.20 hrs | 50.00 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/24/2009 | MRJ | L330 A106 | Review and respond to additional e-mails regarding supplementing Mr. Lowes' deposition testimony. | 0.30 hrs | 75.00 |

## EXPENSES

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/08/2009 | E102 | Pitney Bowes Management Services; Invoice # 13801780; Image, blowbacks, dvd and reassembly; Outside printing | 395.04 |
| 05/20/2009 | E115 | Nell McCallum & Associates; Invoice # 178079; Copy of transcript of Mark E. Lowes. | 358.71 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/21/2009 | E115 | Riverside Media, Inc.; Invoice # 5748; Deposition transcript or Mark Lowes | 98.00 |
| 05/28/2009 | E101 | May 2009 copy charges: 555 @ .10 = 55.50 | 55.50 |
| 05/28/2009 | E108 | May 2008 postage charges: .88 | 0.88 |
| 05/31/2009 | E106 | May 2009 West Law research | 12.83 |





# Pitney Bowes Management Services
A Pitney Bowes Company

**INVOICE**

**SHIP TO:**
SERPE JONES ANDREWS CALLENDER & B
ANGIE BELLARD
THREE ALLEN CENTER
333 CLAY ST
SUITE 3485
HOUSTON TX 77002

**BILL TO:**
SERPE JONES ANDREWS CALLENDER & BELL
ANGIE BELLARD
THREE ALLEN CENTER
333 CLAY ST
SUITE 3485
HOUSTON TX 77002

| CUSTOMER NUMBER | 6430614 |
|---|---|
| INVOICE NUMBER | 13801780 |
| INVOICE DATE | 04/30/09 |
| Order No: | 7683131 |

**AMT. ENCLOSED**

**PLEASE SEND PAYMENT TO:**
Pitney Bowes Management Services
P.O. Box 845801
Dallas, TX
75284-5801

(Detach here and send top portion with your payment)

PAGE: 1

**PLEASE DIRECT ADDRESS CHANGES AND INQUIRIES TO:**
PBMS
4460 44th Street SE Ste D
Grand Rapids, MI 49512
(800) 858-4536

**SPECIAL MESSAGES**
Sales Rep Name: TERRA BUCKLEY
Project Name: PROJECT: KBR

**PAYMENT DUE UPON RECEIPT**

**RETAIN THIS PORTION FOR YOUR RECORDS**

| CUST NO / ORDER REF NO | 6430614 |
|---|---|
| INVOICE NUMBER | 13801780 |
| INVOICE DATE | 04/30/09 |
| REFERENCE NO. | KBR-010007 |
| Order No: | 7683131 |

| LINE NUMBER | DESCRIPTION | ITEM NO | UNIT OF MEASURE | QUANTITY | UNIT RATE | TOTAL | TAXABLE |
|---|---|---|---|---|---|---|---|
| 1.000 | Image Endorsement KBR001 | CR006 | EA | 1486.0000 | .0100 | 14.86 | Y |
| 2.000 | Blowbacks KBR001 | CR010 | PG | 1486.0000 | .0600 | 89.16 | Y |
| 3.000 | DVD Media u Copy KBR001 | CR023 | EA | 2.0000 | 19.0000 | 38.00 | Y |
| 4.000 | Doc Prep & Scan to TIFF or PDF KBR001 | CS001 | PG | 1486.0000 | .0800 | 118.88 | Y |
| 5.000 | Document Reassembly KBR001 | CS002 | PG | 1486.0000 | .0200 | 29.72 | Y |
| 6.000 | Logical Unitizing KBR001 | CU001 | PG | 1486.0000 | .0500 | 74.30 | Y |

Client/matter no. _KBR 010-007_
Expense Code _EH5 E102_
Form W9 info on file _NO_ y/n
Date entered in Juris _5/8_
Batch no. _141_ Voucher no. _8/8_
Vendor Code _PITNEY_
G/L no. _1900_

Invoices payable upon receipt. Invoices outstanding in excess of 30 days from invoice date are subject to a 1% per month delinquent payment charge.

Tax Rate: 8.25
Total Tax: 30.1
Total $: 395.0



# Pitney Bowes Management Services
A Pitney Bowes Company

75620 - JAN 9

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 178079 | 5/13/2009 | 28388 |
| **Job Date** | **Case No.** | |
| 5/12/2009 | 3:08-CV-0186-RLY-WGH | |

**Case Name**

Mark McManaway, et al vs. KBR, Inc., Kellogg, Brown & Root Services, Inc, et al

**Payment Terms**

Due upon receipt



Randall Jones
Serpe, Jones, Andrews, Callender & Bell, PLLC
Three Allen Center
333 Clay Street, Suite 3485
Houston, TX 77002

1 COPY OF TRANSCRIPT OF:
   Mark E. Lowes
      Overnight Expedited Charge
      Exhibit
      Binding
      Tabs
      Condensed Transcript
      E-Transcript
      UPS
      ASCII

| | | | |
|---|---|---|---|
| 87.00 Pages | @ | 1.70 | 147.90 |
| | | | 147.90 |
| 18.00 Pages | @ | 0.25 | 4.50 |
| | | | 12.00 |
| 3.00 | @ | 0.36 | 1.08 |
| | | | 10.00 |
| | | | 17.00 |
| | | | 8.33 |
| | | | 10.00 |

**TOTAL DUE >>>**    **$358.71**

Thank you. We appreciate your business.

Client/matter no. **KBR 010-007**
Expense Code **E115**

Form W9 info on file **yes** y/n
Date entered in Juris **5/20**
Batch no. **154** Voucher no. **865**
Vendor Code **NELL**

Tax ID: 76-0069825    G/L no. **1900**

*Please detach bottom portion and return with payment.*

---

Randall Jones
Serpe, Jones, Andrews, Callender & Bell, PLLC
Three Allen Center
333 Clay Street, Suite 3485
Houston, TX 77002

Job No. : 28388    BU ID : Hou-Dep
Case No. : 3:08-CV-0186-RLY-WGH
Case Name : Mark McManaway, et al vs. KBR, Inc., Kellogg, Brown & Root Services, Inc, et al
Invoice No. : 178079    Invoice Date : 5/13/2009
**Total Due :** $ 358.71

**PAYMENT WITH CREDIT CARD**    AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Nell McCallum & Associates, Inc.**
        **2615 Calder Avenue, Suite 111**
        **Beaumont, TX 77702**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5748 | 5/15/2009 | 1832 |
| Job Date | Case No. | |
| 5/12/2009 | 3:08-CV-0186-RLY-WGH | |
| Case Name | | |
| Mark McManaway vs. KBR | | |
| Payment Terms | | |
| Net 30 | | |

Randall Jones
Serpe, Jones, Andrews
333 CLay
3 Allen Center
Ste. 3485
Houston, TX

Mark Lowes  0.00
    105: Encoding Hours    2.00 Hours @ 45.00   90.00
    106: Mail/Delivery/Courier/Shipping & Handling    8.00   8.00

**TOTAL DUE >>>**    **$98.00**

Client/matter no. __KBR 010-007__
Expense Code __E115__

Form W9 info on file __yes__ y/n
Date entered in Juris _____
Batch no. __154__ Voucher no. __868__
Vendor Code __RIVERS__
G/L no. __1900__

**Tax ID:** 76-0437780

*Please detach bottom portion and return with payment.*

---

Randall Jones
Serpe, Jones, Andrews
333 CLay
3 Allen Center
Ste. 3485
Houston, TX

Invoice No. : 5748
Invoice Date : 5/15/2009
**Total Due** : **$ 98.00**

Remit To: **Riverside Media, Inc.**
    **7211 Regency Square Blvd, Suite 155**
    **Houston, TX 77036**

Job No. : 1832
BU ID : Houston
Case No. : 3:08-CV-0186-RLY-WGH
Case Name : Mark McManaway vs. KBR

| | KBR-10007 | | |
|---|---|---|---|
| Date | Copies | Faxes | Postage |
| 4/30/09 | 133 | | |
| 5/8/09 | 149 | | |
| 5/8/09 | 49 | | |
| 5/11/09 | 30 | | |
| 5/16/09 | ~~xx~~ 150 | | |
| 5/21/09 | 4 | | |
| 5/21/09 | | | .4/12=.88 |
| | | | |
| Totals | 55.50 | | |

May 2009

| | | | | | | |
|---|---|---|---|---|---|---|
| KBR-10007 | OGLESBY,MATT | 05/14/2009 | Included | 247.06 | 12.04 | 0.79 | 12.83 |
| KBR-10007 | OGLESBY,MATT | 05/14/2009 | | 247.06 | 12.04 | 0.79 | 12.83 |
| KBR-10007 | OGLESBY,MATT | | | 247.06 | 12.04 | 0.79 | 12.83 |
| KBR-10007 | | | | 247.06 | 12.04 | 0.79 | 12.83 |

$12.83