## Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

**RECEIVED**
MAY 1 4 2009
Dean Graves
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

Invoice          344  MRJ
Client/Matter    KBR    10007
Invoice Date     April 30, 2009

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120



| | | | | | |
|---|---|---|---|---|---|
| | | | witnesses needed from the military. | | |
| 04/08/2009 | MRJ | L310 A103 | Prepare draft interrogatory and request for production responses for KBR Technical and OAS; review e-mail from Indiana counsel regarding changes to drafts; telephone conference with Ms. Balli regarding same; receive Ms. Ballis' edits to the draft and incorporate changes. | 6.80 hrs | 1,700.00 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/14/2009 | MRJ | L310 A103 | Review e-mails regarding Plaintiffs' request for a 30(b)(6) deposition on jurisdiction issues and from Mr. Snemis regarding strategy for same; telephone conference with Mr. Snemis regarding hiring an investigator and regarding CMO strategy; review e-mails from Ms. Garza regarding additional documents to review for possible production; e-mail to Ms. Babin regarding investigator status and regarding information about Plaintiffs in written discovery responses; review e-mails related to document production for the discovery concerning the personal jurisdiction defense. | 2.50 hrs | 625.00 |



| 04/15/2009 | MRJ | L240 A104 | Review our memorandum in support of the motion to dismiss for lack of personal jurisdiction. | 0.20 hrs | 50.00 |

Kellogg Brown & Root Services, Invoice# 344 04/30/2009 Page 4

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/16/2009 | MRJ | L310 A103 | Telephone conference with Mr. Snemis regarding Plaintiffs' request for additional time to depose a witness(es) on the personal jurisdiction issues; review and respond to e-mail from Plaintiffs' counsel regarding same; finalize supplemental responses to initial disclosures and to responses to second set of interrogatories and requests for production; prepare e-mail to Plaintiffs' counsel regarding the proposed amended petition; telephone conference with Plaintiffs' counsel and Mr. Snemis regarding amending the CMO and amending the date when Plaintiffs must complete depositions on personal jurisdiction issues. | 2.50 hrs | 625.00 |



| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/27/2009 | MRJ | L330 A104 | Review Plaintiffs' official request for a Rule 30(b)(6) deposition on jurisdictional issues. | 0.20 hrs | 50.00 |
| 04/28/2009 | MRJ | L330 A104 | Review and respond to various e-mails from Mr. Lowes and Mr. Snemis regarding Mr. Lowes' preparation for his deposition; telephone conference with Mr. Snemis regarding same. | 0.90 hrs | 225.00 |
| 04/29/2009 | MRJ | L330 A106 | Telephone conference with Mr. Lowes regarding issues related to his deposition on jurisdiction grounds. | 0.40 hrs | 100.00 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | establishing personal jurisdiction. | | |
| 04/29/2009 | WW | L330 A104 | Begin review of all documents produced and pull documents related to communications with the USACE relating to remediation efforts to assist in preparation of Mark Lowe's for depostion. | 2.30 hrs | 402.50 |



| 04/30/2009 | WW | L330 A101 | Review all documents produced and obtain copies of documents produced relating to (i) organizational charts and (ii) communications/documents between "KBR" and the US Army Corps of Engineers, to assist in reparation of Mark Lowes for deposition | 5.30 hrs | 927.50 |

## EXPENSES

| 04/27/2009 | E102 | Document Group; Invoice # 900908; Outside copy and binding job request by Linda Cannaliato. | 140.60 |
|---|---|---|---|
| 04/30/2009 | E101 | Copying for April 2009　2963 @ .10 = 296.30 | 296.30 |
| 04/30/2009 | E108 | Postage for April 2009 | 45.36 |





**The Document Group**
811 Dallas, Suite 830
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

# Invoice

| Date | Invoice # |
|---|---|
| 4/27/2009 | 900908 |

| BILL TO: |
|---|
| Serpe, Jones, et. al.<br>Attn: Accounts Payable<br>333 Clay Street, Suite 3485<br>Houston, TX 77002 |

| REMIT PAYMENT TO: |
|---|
| The Document Group<br>811 Dallas, Suite 830<br>Houston, Texas 77002 |

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|---|---|---|---|
| Linda C. | Net 30 | EB | McManaway v. KBR 10007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 636 | Medium | Copies from Medium Difficulty originals | 0.13 | 82.68T |
| 78 | Regular | Regular Tabs provided and inserted | 0.35 | 27.30T |
| 2 | 2" D-Ring | 2" D-Ring White Clearview Binders | 9.95 | 19.90T |
| 1 | Rush Charges | Rush Charges (NO CHARGE) | 0.00 | 0.00T |
| | | 1 BINDER X 2 COPY SETS | | |
| | | Sales Tax | 8.25% | 10.72 |

*Handwritten stamp:*
CLIENT MATTER NUMBER: KBR 010-007
E/02
Bat. 130   VCR 732
BILLING DESCRIPTION
REQUESTED BY: PAA   APPROVED BY: RJ   APPROVED BY:
VENDOR: TDG   PAY DATE:   1900

**ORIGINAL INVOICE**
PLEASE SUBMIT TO ACCOUNTS PAYABLE DEPARTMENT

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR BUSINESS!

| Total | $140.60 |
|---|---|

*Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.*
Received By: _____   Date: _____

| Date | Copies | Faxes | Postage |
|---|---|---|---|
| | | | **KBR-10007** |
| ■ | ■ | ■ | ■ |
| 4/13/09 | 2 | | 9.90/.42 =10.32 |
| 4/15/09 | ■ | | 1.17 |
| 4/16/09 | ■ | | 4.95/9.85/12.00 =26.80 |
| 4/21/09 | 1 | | 1.17 |
| 4/23/09 | ■ | | 5.90 |
| Totals | | 4 pages | ■ |