# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713-452-4400
Tax ID 26-4057953

RECEIVE
APR 2 1 200°
Celia Balli
Law Departmen

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

Invoice     133 MRJ
Client/Matter    KBR    10007
Invoice Date    March 31, 2009

In the United States District Court for the Southern District of Indiana, Evansville Division; Cause No. 3:08-cv-0186RLY-WGH; Mark McManaway; David Rancourt; Brent Lasher; Jody Aistrop; William Earl Bickell; Matthew Dale Board; Larry Bunner; William DeLashmutt; Jeffrey Fromme; Jeffery Henke; Anthony Huff; Ben McIntyre; Jeffrey Alan Varner; Tommy J. Ebert, Jr.; Lucas Ray Whistle; and Micah Partlow v. KBR, Inc.; Kellogg, Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administrative Services, Ltd.; and Service Employees International, Inc.
KBR No: CLMS No. 2008-LITG-304120



A103

| | | | | | |
|---|---|---|---|---|---|
| 03/13/2009 | MRJ | L240<br>A104 | Review draft DeLaGarza affidavit prepared by Indiana counsel for personal jurisdiction issue and make suggested changes; review Indiana counsel's draft discovery responses on the personal jurisdiction | 2.60 hrs | 650.00 |

issues.

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/2009 | MRJ | L310 A104 | Review e-mails from Mr. Snemis and Ms. Balli regarding status of answers to discovery related to the personal jurisdiction issues. | 0.50 hrs | 125.00 |
| 03/18/2009 | MRJ | L310 A104 | Review e-mails on discovery issues related to personal jurisdiction issues; review e-mail regarding prior case against Brown & Root in Indiana; review latest changes to Ms. DeLaGarza's affidavit; review briefing from plaintiffs related to the protective order issue. | 1.50 hrs | 375.00 |
| 03/20/2009 | MRJ | L240 A104 | Review additional changes to brief on personal jurisdiction issue. | 0.40 hrs | 100.00 |

Kellogg Brown & Root Services, Invoice# 133  03/31/2009  Page 4

| Date | Atty | Code | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/22/2009 | MRJ | L310 A104 | Review final draft of brief on personal jurisdiction issues; review e-mail regarding new story regarding Senators requesting a registry on exposed soldiers. | 0.30 hrs | 75.00 |

Kellogg Brown & Root Services, Invoice# 133  03/31/2009  Page 4

03/22/2009   MRJ   L310   Review final draft of brief on personal jurisdiction   0.30 hrs   75.00
                  A104   issues; review e-mail regarding new story regarding
                         Senators requesting a registry on exposed soldiers.

## EXPENSES

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/23/2009 | E102 | The Document Group; Invoice # 900429; Outside printing: Digtal Scans, CD creation and blowback from digital medial. | 533.61 |
| 03/31/2009 | E101 | Copying charge for March 2009   707 @ .10 = 70.70 | 70.70 |
| 03/31/2009 | E106 | West Law online research for March 2009 | 411.99 |
| 03/31/2009 | E108 | Postage for March 2009 | 37.34 |
| | | **TOTAL EXPENSES** | **$1,053.64** |





**The Document Group**
811 Dallas, Suite 830
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

# Invoice

| Date | Invoice # |
|---|---|
| 2/27/2009 | 900429 |

**BILL TO:**
Serpe, Jones, et. al.
Attn: Accounts Payable
333 Clay Street, Suite 3485
Houston, TX 77002

**REMIT PAYMENT TO:**
The Document Group
811 Dallas, Suite 830
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
|---|---|---|---|
| Linda C./Will | Net 30 | EB | KBR 010007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2,078 | Miscellaneous | Redacting per page | 0.06 | 124.68T |
| 2,078 | B/W Scans | Digital B/W Scans | 0.07 | 145.46T |
| 1 | CD Creation | CD Creation | 15.00 | 15.00T |
| 2,078 | Electronic Label | Electronic Branding/Labeling | 0.03 | 62.34T |
| 2,078 | Blowbacks | Blowbacks from Digital Media | 0.07 | 145.46T |
| | | Sales Tax | 8.25% | 40.67 |

KBR 010-007
**CLIENT MATTER NUMBER**
E102
**BILLING DESCRIPTION**
EAA  RJ
**REQUESTED BY  APPROVED BY  APPROVED BY**
TDG   [blank]   1900
**VENDOR  PAY DATE  GL NUMBER**

**ORIGINAL INVOICE**
PLEASE SUBMIT TO ACCOUNTS
PAYABLE DEPARTMENT

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR BUSINESS!

| Total | $533.61 |
|---|---|

*Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.*
Received By: _____ Date: _____

**ENTERED**

West Law
March 2008

| | | | | | |
|---|---|---|---|---|---|
| KBR-10007 | OGLESBY,MATT | 3/12/2009 | $683.62 | $25.98 | $1.72 | $27.70 |
| KBR-10007 | OGLESBY,MATT | 3/12/2009 | $683.62 | $25.98 | $1.72 | $27.70 |
| KBR-10007 | OGLESBY,MATT | 3/13/2009 | $2,455.35 | $93.32 | $6.16 | $99.48 |
| KBR-10007 | OGLESBY,MATT | 3/13/2009 | $2,455.35 | $93.32 | $6.16 | $99.48 |
| KBR-10007 | OGLESBY,MATT | 3/14/2009 | $479.45 | $18.22 | $1.20 | $19.42 |
| KBR-10007 | OGLESBY,MATT | 3/14/2009 | $479.45 | $18.22 | $1.20 | $19.42 |
| KBR-10007 | OGLESBY,MATT | 3/16/2009 | $2,754.52 | $104.69 | $6.91 | $111.60 |
| KBR-10007 | OGLESBY,MATT | 3/16/2009 | $2,754.52 | $104.69 | $6.91 | $111.60 |
| KBR-10007 | OGLESBY,MATT | 3/17/2009 | $542.45 | $20.62 | $1.36 | $21.98 |
| KBR-10007 | OGLESBY,MATT | 3/17/2009 | $542.45 | $20.62 | $1.36 | $21.98 |
| KBR-10007 | OGLESBY,MATT | 3/18/2009 | $426.90 | $16.22 | $1.07 | $17.30 |
| KBR-10007 | OGLESBY,MATT | 3/18/2009 | $426.90 | $16.22 | $1.07 | $17.30 |
| KBR-10007 | OGLESBY,MATT | 3/23/2009 | $546.20 | $20.76 | $1.37 | $22.13 |
| KBR-10007 | OGLESBY,MATT | 3/23/2009 | $546.20 | $20.76 | $1.37 | $22.13 |
| KBR-10007 | OGLESBY,MATT | | $7,888.49 | $299.81 | $19.79 | $319.60 |
| KBR-10007 | WHITAKER,WILL | 3/13/2009 | $76.85 | $2.92 | $0.19 | $3.11 |
| KBR-10007 | WHITAKER,WILL | 3/13/2009 | $76.85 | $2.92 | $0.19 | $3.11 |
| KBR-10007 | WHITAKER,WILL | | $76.85 | $2.92 | $0.19 | | $3.11 |
| KBR-10007 | OGLESBY,MATT | 3/3/2009 | $879.24 | $33.42 | $2.21 | $35.62 |
| KBR-10007 | OGLESBY,MATT | 3/3/2009 | $879.24 | $33.42 | $2.21 | $35.62 |
| KBR-10007 | OGLESBY,MATT | 3/4/2009 | $1,572.60 | $59.77 | $3.94 | $63.71 |
| KBR-10007 | OGLESBY,MATT | 3/4/2009 | $1,572.60 | $59.77 | $3.94 | $63.71 |
| KBR-10007 | OGLESBY,MATT | 3/5/2009 | $631.04 | $23.98 | $1.58 | $25.57 |
| KBR-10007 | OGLESBY,MATT | 3/5/2009 | $631.04 | $23.98 | $1.58 | $25.57 |
| KBR-10007 | OGLESBY,MATT | | $2,203.64 | $83.75 | $5.53 | $89.28 |
| KBR-10007 | | | $2,203.64 | $83.75 | $5.53 | $89.28 |
| | | | | | | 411.99 |

| Date | Copies | Faxes | Postage |
|---|---|---|---|
| 3/3/09 | 24 | | |
| 3/5/09 | 548 | | 10.40; 11.00 = 21.40 |
| 3/9/09 | 133 | | |
| 3/3/09 | | | 5.66 x 2 = 11.32 |
| 3/3/09 | | | 1.34; .42 = 1.76 |
| 3/12/09 | | | .59; 42.42 = 1.68+.59 = 2. |
| 3/13/09 | | 3 | |
| 3/13/09 | | 2 | |
| Totals | 707 | 5 | 38. |

ENTERED