# Serpe Jones Andrews Callender & Bell PLLC

Three Allen Center
333 Clay Street, Suite 3485
Houston, Texas 77002
713 452 4400
Tax ID 26 405 953

RECEIVED

MAR 2 3 2009

Celia Balli
Law Department

KBR, Inc.
Attn: Celia Balli, Attorney
4100 Clinton Drive, Bldg. 1
Houston, TX 77020

| | | |
|---|---|---|
| Invoice | 30 | MRJ |
| Client/Matter | KBR | 10007 |
| Invoice Date | February 28, 2009 | |

Mark McManaway, et al vs. KBR
KBR No: CLMS No. 2008-LITG-304120

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/04/2009 | MRJ | L250 A106 | Telephone conference with Mr. Snemis and Ms. Balli to discuss various discovery issues and to discuss preparation of the Motion to Dismiss on Lack of Personal Jurisdiction Grounds; prepare for meeting. | 3.50 hrs | 875.00 |
| 02/04/2009 | WW | L310 A104 | Review Plaintiffs' first requests for production and first interrogatories and attend defense conference call regarding (1) strategies for answering same; and (2) issues related to deadlines imposed by scheduling order, including Rule 26 initial disclosures and briefs of personal jurisdiction issues. | 2.40 hrs | 420.00 |

| 02/06/2009 | MRJ | L310 A104 | Review various discovery issues related to personal jurisdiction and related to preparation of initial disclosure responses; prepare e-mail to Mr. Snemis requesting copy of video deposition of Colonel Gentry. | 2.00 hrs | 500.00 |

issues.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2009 | MRJ | L240 A107 | Review and respond to various e-mails to Mr. Snemis regarding personal jurisdiction issues; review case law sent by him; review Baker Hostetler memo regarding services on OAS and SEII. | 2.00 hrs | 500.00 |

(redacted)

| | | | | | |
|---|---|---|---|---|---|
| 02/11/2009 | MRJ | L240 A106 | Telephone conference with Ms. Balli regarding personal jurisdiction issues and regarding Indiana travel records located by KBR. | 0.80 hrs | 200.00 |

(redacted)

| | | | | | |
|---|---|---|---|---|---|
| 02/12/2009 | MRJ | L240 A104 | Review e-mail from Ms. Balli regarding personal jurisdiction affidavit and related issues. | 0.30 hrs | 75.00 |
| 02/12/2009 | MRJ | L240 A104 | Review second memo from Baker Hostetler regarding effectiveness of service on OAS and SEII; review draft of personal jurisdiction brief for various Defendants. | 0.80 hrs | 200.00 |

(redacted)

| 02/26/2009 | MRJ | L310<br>A104 | Review Plaintiffs' second set of written discovery to the various Defendants and begin preparation of draft discovery responses to same; work on discovery responses to each of the individual Plaintiffs and prepare e-mail regarding same to Ms. Balli and Mr. Snemis. | 3.00  hrs | 750.00 |

## EXPENSES

| 02/19/2009 | E102 | The Document Group; Invoice # 900351; Outside printing; Blowbacks from Digital Media | 458.05 |
| 02/28/2009 | E106 | West Law charges | 15.13 |
| 02/28/2009 | E108 | Postage for February | 5.32 |

TOTAL EXPENSES                    $478.50



# The Document Group
811 Dallas, Suite 830
Houston, TX 77002
Phone # 713-343-4000
Tax ID # 11-3798060

# Invoice

| Date | Invoice # |
| --- | --- |
| 2/19/2009 | 900351 |

**BILL TO:**

Serpe, Jones, et. al.
Attn: Accounts Payable
333 Clay Street, Suite 3485
Houston, TX  77002

**REMIT PAYMENT TO:**

The Document Group
811 Dallas, Suite 830
Houston, Texas 77002

| Ordered By | Terms | Rep | P. O. #/Client Matter |
| --- | --- | --- | --- |
| Linda Canallto | Net 30 | EB | KBR-010007 |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 6,027 | Blowbacks | Blowbacks from Digital Media | 0.07 | 421.89T |
| 25 | Slip Sheets | Slip Sheets Provided per .pdf break | 0.05 | 1.25T |
| 1 | Rush Charges | Rush Charges - NO CHARGES | 0.00 | 0.00T |
| 1 | Delivery Char... | FREE P/U AND DELIVERY | 0.00 | 0.00T |
| | | PROJECT DELIVERED ON 2/18/09 | | |
| | | Sales Tax | 8.25% | 34.91 |

KBR 010-007
CLIENT MATTER NUMBER

E102

BILLING DESCRIPTION

EAA          RJ
REQUESTED BY    APPROVED BY    APPROVED BY

TDG        4300
DELIVERED BY    PAY DATE    GL NUMBER

ENTERED

ORIGINAL INVO...

PLEASE SUBMIT TO ACCOUNTS
PAYABLE DEPARTMENT

PLEASE PAY FROM THIS INVOICE. THANK YOU FOR YOUR
BUSINESS!

| **Total** | $458.05 |
| --- | --- |

*Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 30 days.*

Received By: _____     Date: _____

Account: SERPE JONES ANDREWS CALLEUDER & BEL, HOUSTON TX (1003678332)
Date Range: February 01, 2009 - February 28, 2009
Report Format: Summary-Account by Client by User by Day

Account by Client by User by Day

| | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Totals for Day 02/26/2009 | | 11 | 3,774 | | $253.46 | $12.07 | $0.80 | $12.87 |
| Totals for User Name WHITAKER,WILL (6867138) | | 11 | 3,774 | | $253.46 | $12.07 | $0.80 | $12.87 |
| **Totals for Client KBR-010003** | | **11** | **3,774** | | **$253.46** | **$12.07** | **$0.80** | **$12.87** |

Client KBR-010007
User Name WHITAKER,WILL (6867138)
Day 02/18/2009

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals for Day 02/18/2009 | | 6 | | | $298.00 | $14.20 | $0.94 | $15.13 |

Bigger than 3½" env/box = parcel

Bigger than 6" ltr = flat

Wizard to send certified

## SERPE, JONES, ANDREWS, CALLENDER & BELL, PLLC
## POSTAGE LOG
### FEBRUARY 2009

| DATE | C/M | POSTAGE |
|---|---|---|
|  | ADR-10001 |  |
| 11 | McManaway | 5.32 |