# ICE MILLER LLP

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

RECEIVED

MAR 0 9 2010

Celia Bulli
Law Department

Invoice 719860   Page 1
March 3, 2010

FOR SERVICES RENDERED THROUGH January 31, 2010
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.



ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT | |
|------|-------------|-----|------|--|--------|--|
| 01/05/10 | Photocopies 14:24, | 75 | $ | 0.10 | $ | 7.50 | E101 |
| 01/05/10 | Photocopies 15:10, | 8 | $ | 0.10 | $ | 0.80 | E101 |
| 01/06/10 | Medical Records - - Vendor: HealthPort Payment for Medical Records for Brennin Shepard | 1 | $ | 31.81 | $ | 31.81 | |
| 01/06/10 | Medical Records - - Vendor: Memorial Hospital Payment for copies of Medical Records | 1 | $ | 28.75 | $ | 28.75 | |
| 01/06/10 | Medical Records - - Vendor: Memorial Hospital Payment for copies of Medical Records | 1 | $ | 15.44 | $ | 15.44 | |
| 01/06/10 | Medical Records - - Vendor: Memorial Hospital Payment for copies of medical records | 1 | $ | 38.00 | $ | 38.00 | |
| 01/11/10 | Legal Research Expense - WESTLAW 28959.0001.02406.SETH THOMAS ALR, | 1 | $ | 37.45 | $ | 37.45 | E106 |
| 01/12/10 | Photocopies , | 237 | $ | 0.07 | $ | 16.59 | E101 |

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT | |
|------|-------------|-----|------|---|--------|---|
| 01/12/10 | LitSup-OCR/page , OCR scanned documents. 133 pages. TCG000468 - TCG000600 | 1 | $ | 4.99 | $ | 4.99 | E124 |
| 01/12/10 | LitSup-OCR/page , OCR scanned documents. 104 pages. TCG000601 - TCG000704. | 1 | $ | 3.90 | $ | 3.90 | E124 |
| 01/13/10 | Medical Records - - Vendor: Cardiothoracic Surgeons, Inc. Payment for copy of medical records | 1 | $ | 25.00 | $ | 25.00 | |
| 01/14/10 | Photocopies 16:13, | 6 | $ | 0.10 | $ | 0.60 | E101 |
| 01/15/10 | Photocopies 13:42, | 2 | $ | 0.10 | $ | 0.20 | E101 |
| 01/15/10 | Photocopies 17:17, | 1 | $ | 0.10 | $ | 0.10 | E101 |
| 01/18/10 | Photocopies , S. THOMAS NO C/M | 474 | $ | 0.10 | $ | 47.40 | E101 |
| 01/19/10 | Photocopies , | 26 | $ | 0.07 | $ | 1.82 | E101 |
| 01/22/10 | Medical Records - - Vendor: Richard L Roudebush-VA Medical Center Payment for copies of medical records | 1 | $ | 3.00 | $ | 3.00 | |
| 01/25/10 | Photocopies 12:05, | 189 | $ | 0.10 | $ | 18.90 | E101 |
| 01/25/10 | Photocopies , | 76 | $ | 0.07 | $ | 5.32 | E101 |
| 01/25/10 | Photocopies 10:41, | 4 | $ | 0.10 | $ | 0.40 | E101 |
| 01/25/10 | Photocopies , | 186 | $ | 0.07 | $ | 13.02 | E101 |
| 01/26/10 | Medical Records - - Vendor: Warsaw Surgical Specialities Payment for copies of medical records | 1 | $ | 15.00 | $ | 15.00 | |
| 01/26/10 | Medical Records - - Vendor: HealthPort Payment for copies of medical records | 1 | $ | 54.78 | $ | 54.78 | |
| 01/26/10 | Medical Records - - Vendor: Tell City Clinic Payment for copies of medical records | 1 | $ | 17.00 | $ | 17.00 | |
| 01/26/10 | Medical Records - - Vendor: Midwest Medical Copy Svc.,Inc. Payment for copies of medical records | 1 | $ | 17.00 | $ | 17.00 | |
| 01/26/10 | Photocopies , | 82 | $ | 0.07 | $ | 5.74 | E101 |
| 01/26/10 | Photocopies , | 266 | $ | 0.07 | $ | 18.62 | E101 |
| 01/26/10 | Photocopies 11:41, | 82 | $ | 0.10 | $ | 8.20 | E101 |
| 01/26/10 | Photocopies , | 69 | $ | 0.10 | $ | 6.90 | E101 |
| 01/26/10 | Photocopies 14:17, | 134 | $ | 0.10 | $ | 13.40 | E101 |
| 01/26/10 | Photocopies , | 496 | $ | 0.10 | $ | 49.60 | E101 |
| 01/27/10 | Photocopies 08:23, | 1,200 | $ | 0.10 | $ | 120.00 | E101 |
| 01/27/10 | Photocopies 14:28, | 9 | $ | 0.10 | $ | 0.90 | E101 |
| 01/28/10 | Photocopies 12:21, | 35 | $ | 0.10 | $ | 3.50 | E101 |
| 01/28/10 | Photocopies 12:06, | 159 | $ | 0.10 | $ | 15.90 | E101 |
| 01/28/10 | Photocopies 16:48, | 3 | $ | 0.10 | $ | 0.30 | E101 |
| 01/28/10 | Photocopies 16:41, | 9 | $ | 0.10 | $ | 0.90 | E101 |
| 01/28/10 | LitSup-CD/DVD-ROM Media for Production/Media , OCR 495 Pages.  AC0000001 - AC0000495 | 1 | $ | 18.56 | $ | 18.56 | E124 |
| 01/29/10 | Medical Records - - Vendor: Midwest Medical Copy Svc.,Inc. Payment for copies of medical records | 1 | $ | 22.91 | $ | 22.91 | |
| 01/29/10 | Medical Records - - Vendor: Department of Veteran Affairs Payment for copies of medical records | 1 | $ | 34.75 | $ | 34.75 | |
| 01/29/10 | Photocopies 12:07, | 3 | $ | 0.10 | $ | 0.30 | E101 |
| 01/29/10 | Photocopies 14:26, | 322 | $ | 0.10 | $ | 32.20 | E101 |
| 01/29/10 | Photocopies 18:40, mcmanaway case | 4 | $ | 0.10 | $ | 0.40 | E101 |

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT | |
|------|-------------|-----|---|------|---|--------|---|
| 01/31/10 | Photocopies 19:59, | 2 | $ | 0.10 | $ | 0.20 | E101 |
| 01/31/10 | Photocopies 21:09, | 3 | $ | 0.10 | $ | 0.30 | E101 |
| 01/31/10 | Photocopies 21:21, | 3 | $ | 0.10 | $ | 0.30 | E101 |

SUBMIT REMITTANCE TO:                                    March 3, 2010



# HealthPort.
## INVOICE

Invoice #: 0070597019
Date: 11/20/2009
Customer #: 1312514

| Ship to: | Bill to: | Records from: |
|---|---|---|
| ICE MILER | ICE MILER | DAYTON HEAD AND NECK SURGEONS |
| ICE MILER | ICE MILER | 369 W FIRST ST STE 400 |
| ONE AMERICAN SQUARE STE 2900 | ONE AMERICAN SQUARE STE 2900 | DAYTON, OH 45402 |
| INDIANAPOLIS, IN 46282- | INDIANAPOLIS, IN 46282- | |

**Requested By:** ICE MILER
**Patient Name:** SHEPHERD BRENNIN

**SSN:** ****0157
**DOB:** 092475

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 17.48 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 9 | 1.15 | 10.35 |
| Shipping/Handling | | | 1.90 |
| Subtotal | | | 29.73 |
| Sales Tax | | | 2.08 |
| Invoice Total | | | 31.81 |
| Balance Due | | | 31.81 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms:** Net 30 days

**Please remit this amount : $ 31.81 (USD)**

-----------------------------✂-----------------------------

Invoice #: 0070597019

Check # _____

Payment Amount $ _____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.

REQUEST NUM 4576

Med Rec Num  MM00108681        **Memorial Hospital**              STATUS: COMPLETE TYPE: ATT
                               **Health Information Management**
             MOORE,DAVID L     **800 West 9th Street**
                               **Jasper, IN 47546**

ID VERIFIED      COMMENTS                              DATE NEEDED:
REQUESTOR                                              LOGGED ON:                   12/02/09
     NAME:   ICE MILLER                                LAST LETTER:
  ADDRESS:   ONE AMERICAN  SQUARE                      COMPLETED BY: LTULEY         12/02/09
             STE. 2900
             INDIANAPOLIS  IN  46282-0200
     PHONE:

                              PAGES          FEE        PAID?        TOTAL
                                1           15.00                    15.00
AMENDMENT ON FILE              55            0.25                    13.75

HIPAA REQUIREMENT FOR INFORMING PATIENT?  N                     $28.75

REQUESTED INFO
          CR              COMPLETE RECORD

PHYSICIAN APPROVAL        PHYSICIAN MNEMONIC

ACTIVITY    DATE       TYPE              USER          LETTER
            12/02/09   STATUS COMPLETE   LTULEY

REQUEST NUM 4538

                                                    STATUS: COMPLETE TYPE: ATT

Med Rec Num MM00175195        **Memorial Hospital**
            BUNNER, LARRY G    **Health Information Management**
                               **800 West 9th Street**
ID VERIFIED        COMMENTS     **Jasper, IN 47546**        DATE NEEDED:
REQUESTOR                                                   LOGGED ON:                11/23/09
      NAME:  ICEMILLER                                      LAST LETTER:
   ADDRESS: ONE AMERICAN SQUARE                             COMPLETED BY: LTULEY      11/23/09
            STE. 2900
            INDIANAPOLIS   IN   46282-0200

      PHONE:

                              PAGES          FEE           PAID?        TOTAL
                                1           15.44                       15.44
AMENDMENT ON FILE

HIPAA REQUIREMENT FOR INFORMING PATIENT?  N

REQUESTED INFO
            CR           COMPLETE RECORD

PHYSICIAN APPROVAL        PHYSICIAN MNEMONIC

ACTIVITY     DATE       TYPE              USER         LETTER
             11/23/09   STATUS COMPLETE   LTULEY

REQUEST NUM 4575

**Memorial Hospital**    STATUS: COMPLETE TYPE: ATT
Med Rec Num MM00177841    Health Information Management
        SALAMONE, STEPHEN A  300 West 9th Street
                                   sper, IN 47546

ID VERIFIED    COMMENTS          DATE NEEDED:
REQUESTOR                          LOGGED ON:        12/02/09
    NAME:   ICEMILLER                 LAST LETTER:
  ADDRESS:  ONE AMERICAN SQUARE        COMPLETED BY: LTULEY    12/02/09
              STE. 2900
              INDIANAPOLIS  IN  46282-0200
    PHONE:

|  | PAGES | FEE | PAID? | TOTAL |
|---|---|---|---|---|
|  | 1 | 15.00 |  | 15.00 |
|  | 92 | 0.25 |  | 23.00 |

AMENDMENT ON FILE

$38 00

HIPAA REQUIREMENT FOR INFORMING PATIENT?  N

REQUESTED INFO
      CR          COMPLETE RECORD

PHYSICIAN APPROVAL      PHYSICIAN MNEMONIC

ACTIVITY   DATE      TYPE         USER       LETTER
        12/02/09  STATUS COMPLETE  LTULEY

Ψ

# INDIANA UNIVERSITY
SECTION OF CARDIOTHORACIC SURGERY
School of Medicine

December 9, 2009

Melissa A. Cooper
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200

RE:      David L. Moore, Deceased
DOB:    9-25-1965

To Whom It May Concern:

Enclosed please find the contents of our file on the above-named patient.

Please accept this as our invoice for the service of providing these records in the amount of $25.00 . Please make your check payable to Cardiothoracic Surgeons, Inc. Our tax ID number is 35-1416173.

Sincerely,

*Pam Webb*

Pam Webb
Administrative Assistant



**Department of
Veterans Affairs**

Richard L. Roudebush

VA Medical Center
1481 West 10th Street
Indianapolis, IN 46202
(317) 988-2326

In Reply Refer To: 583/HIMS

I, Rhonda D, Goins, RHIA custodian of the medical records, certify that the attached
are the medical Records of *McIntyre, Benjamin*,
SS#: _3/7 - 98 - 0858_ , for the treatment received at the Richard L. Roudebush,
Department of Veteran's Affairs during the period of _3/2009_
through _6/2009_ .

The medical records copies for which this certification is made are
true and complete reproductions of the original hospital medical records.
These medical records are housed at the Richard L. Roudebush Department of
Veterans Affairs and were created in the regular course of business at or near the time
of matter recorded. This certification is given pursuant to IC 34-3-15,5-6 by the
custodian of the medical records in lieu of the custodian's personal appearance.

Please remit a check in the amount of $ _3.00_ to cover the duplication and processing
costs.

Certified this _24th_ day of _Dec._ 2009.

_Jebina J Vincent_

JEBERRA J. VINCENT
Marion County
My Commission Expires
September 30, 2017

Commission Expires

_Rhonda D Goins_, RHIA
RHONDA D. GOINS, RHIA
Chief,
Health Info Management Service
(Custodian of Medical Records)

Federal ID 35-1992146

**WARSAW SURGICAL SPECIALTIES**
1000 Medpark Dr.  Suite C
Warsaw, IN  46580

Dr. Ilada   574-267-1693
**Business Office** 574-372-7617
Fax   574-269-3470

| GUARANTOR NAME AND ADDRESS | PATIENT | PATIENT NAME | DOCTOR NO. | DATE |
|---|---|---|---|---|
| *Ice Miller LLP* *One American Square* *Suite 2900* *Indianapolis, IN 46382-* | | *Benjamin McIntyre* | ILADA | 12-8-09 |

| DATE OF BIRTH | TELEPHONE | INSURANCE | | |
|---|---|---|---|---|
| 2-18-77 | | CODE / DESCRIPTION | | CERTIFICATE NUMBER |

| CODE | OFFICE VISIT - EST | FEE | CODE | OFFICE VISIT - NO PMD | FEE | CODE | SKIN | FEE |
|---|---|---|---|---|---|---|---|---|
| 99211 | Nursing/Minimal | | 99201 | PF-PF-SF (10) | | 10060 | I & D of abscess, simple | |
| 99212 | PF-PF-SF | | 99202 | EPF-EPF-LC (20) | | 10061 | I & D of abscess, complex/multi. | |
| 99213 | EPF-EPF-LC | | 99203 | D-D-MC (30) | | 10080 | I & D pilonidal cyst, simple | |
| 99214 | D-D-MC | | 99204 | C-C-HC (45) | | 10081 | I & D pilonidal cyst, complex | |
| 99215 | C-C-HC | | 99205 | C-C-HC (60) | | 10140 | I & D hematoma | |
| 99024 | Post-op Check | | | | | 10160 | Puncture/asp. Abscess/cyst | |
| -57 | Decision for sx | | | | | 11400 | Exc. benign les. 0.5cm or less | |
| CODE | OUTPT/OFFICE CONSULT | FEE | CODE | MISC | FEE | 11401 | Exc. benign les. 0.6-1.0cm | |
| 99241 | PF-PF-SF | | 64425 | Ilioinguinal IInjection | | 11402 | Exc. benign les. 1.1-2.0cm | |
| 99242 | EPF-EPF-SF | | 64450 | Peripheral Injection | | 11403 | Exc. benign les. 2.1-3.0cm | |
| 99243 | D-D-LC | | 17250 | Silver nitrate | | 11404 | Exc. benign les. 3.1-4.0cm | |
| 99244 | C-C-MC | | | | | 11406 | Exc. benign les. over 4.0cm | |
| 99245 | C-C-H | | | | | | Wound debridement | |
| -24 | Unrel E/M dur post-op | | | | | | | |
| CODE | HOSP ADMIT | FEE | | | | | Return to work | |
| 99221 | D-D-LC | | | | | | Return to school | |
| 99222 | C-C-MC | | | | | | Normal activities | |
| 99223 | C-C-HC | | | | | | | |

### DIAGNOSIS

- ☐ Abd pain - non-spec.
- ☐ Anal fissure
- ☐ Bloating
- ☐ Pers Hx:
- ☐ Fa. Hx:
- ☐ RUQ pain
- ☐ LUQ pain
- ☐ LLQ pain
- ☐ RLQ pain
- ☐ Abscess wound
- ☐ Acute pancreatitis
- ☐ Anemia
- ☐ Appendicitis
- ☐ Bowel obstruction
- ☐ Breast lump/mass
- ☐ Hx ca of breast
- ☐ Hx ca of colon

- ☐ Hx of lung ca
- ☐ Hx of mal neo rectum
- ☐ Cancer screening
- ☐ Chg in bowel habits
- ☐ Cholelithasis
- ☐ Cholecystitis
- ☐ Colon CA
- ☐ Constipation
- ☐ Crohn's disease
- ☐ Colon polyp
- ☐ Cyst Sebaceous
- ☐ Diarrhea
- ☐ Diverticulitis
- ☐ Diverticulosis
- ☐ Duodenal ulcer
- ☐ Dyskinesia
- ☐ Elevated liver enzymes

- ☐ Epigastric pain
- ☐ GERD
- ☐ Gastric ulcer
- ☐ Gastric cancer
- ☐ Gastritis
- ☐ Goiter
- ☐ Hemorrhoids
- ☐ Hernia hiatal
- ☐ Rectal bleed
- ☐ Dysphagia
- ☐ Incisional hernia
- ☐ Hernia inguinal
- ☐ Hernia umbilical
- ☐ Hernia ventral
- ☐ IBS
- ☐ Lipoma
- ☐ Neck mass

- ☐ Pilonidal cyst
- ☐ P.O. seroma
- ☐ Rectal prolapse
- ☐ Rectal CA
- ☐ Thyroid nodule

| DATE OF LAST PAYMENT | | |
|---|---|---|
| PREVIOUS BALANCE | INS. / COLL. | PATIENT |
| TODAY'S CHARGES | | 15.00 |
| ☐ CASH    ☐ CHARGE CARD ☐ CK# | PAID | |
| | | |
| TOTAL DUE | | |
| PAYMENT DUE AT TIME OF SERVICE | | |

AUTHORIZATION OF BENEFITS AND RELEASE OF INFORMATION: I hereby authorize payment directly to the physician who rendered service and release information concerning this service to my insurance company. I will be responsible for any unpaid balance for services not covered. In case of default of payment, I promise to pay any legal interest on the balance due, together with any collection costs and reasonable attorney fees incurred to effect collection of this account or future outstanding accounts.

Patient or Guardian _____   Date _____

- ☐ Fax Progress note to Primary MD
- ☐ Test
- ☐ Surgery
- ☐ Obtain Reports

CPT Codes: *Legal Medical Records*

DX Codes:

Services Rendered By: *Patrick Ilada, MD*
PATRICK B. ILADA, MD            UPIN # H40780

NEXT APPOINTMENT
Days ____ Wks ____ Mo ____ Yrs ____

# HealthPort.
## INVOICE

Invoice #: 0072113928
Date:     1/9/2010
Customer #: 1312514

| Ship to: |
| --- |
| MELISSA COOPER<br>ICE MILER<br>ONE AMERICAN SQUARE STE 2900<br>INDIANAPOLIS, IN 46282- |

| Bill to: |
| --- |
| MELISSA COOPER<br>ICE MILER<br>ONE AMERICAN SQUARE STE 2900<br>INDIANAPOLIS, IN 46282- |

| Records from: |
| --- |
| JOHNSON MEMORIAL HOSPITAL<br>1125 W JEFFERSON<br>FRANKLIN, IN 46131 |

**Requested By:** ICE MILLER
**Patient Name:** EBERT TOMMY J

OTHER:     M648330

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | |
| Retrieval Fee | | | 20.00 |
| Per Page Copy (Paper) 2 | 40 | 0.50 | 0.00 |
| Per Page Copy (Paper) 1 | 25 | 0.25 | 20.00 |
| Per Page Copy (Paper) 3 | 10 | 0.00 | 6.25 |
| Shipping/Handling | | | 0.00 |
| Subtotal | | | 4.95 |
| Sales Tax | | | 51.20 |
| Invoice Total | | | 3.58 |
| Balance Due | | | 54.78 |
| | | | 54.78 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

Please remit this amount : $ 54.78 (USD)

--- ✂ ---

| Invoice #: 0072113928 |
| --- |
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.



# TELL CITY CLINIC

ROBERT A. WARD, M.D.          STEPHEN E. SYLER, M.D.

Date: 12/31/09

Patient: Clay Champion

Date of Birth: 9/13/82

To: Ice Miller

One American Square Suite 2900

Indianapolis, IN 46282-0200

Enclosed, please find copies of the medical records you have requested from our clinic for the above patient. A payment in the amount of $ 17.00 is now due. Tell City Clinic Tax ID is 32-0034483.

Please submit payment to:

    Tell City Clinic
    109 E Hwy 66
    Tell City, IN 47586

Your prompt attention will be greatly appreciated. If you have any questions, feel free to contact me at (812) 547-3447.

Sincerely,

Medical Records



# ⊣MIDWEST MEDICAL COPY SERVICE, INC.

**"Serving the Heart of the Midwest"**

P.O. Box 129 • Leo, Indiana 46765
(260) 627-8742 • Fax: (260) 627-8751

## PREPAYMENT REQUEST

Date: _12·30·09_          Assoc. #: _614_

Requestor: _ICE MILLER_

HEALTH PARTNER'S MEDICAL GROUP
1225 E COOLSPRING AVE
MICHIGAN CITY, IN 46360

Dear Medical Record Requestor:

**Midwest Medical Copy Service, Inc.** provides medical record correspondence services for

RETURN SERVICE REQUESTED                          _1107_

_____                _____
Facility Name                                          Site Number

We are in receipt of your request for medical records and prepayment will be necessary to process your request.

If you do not respond by _1-30-10_ , your original correspondence will no longer be valid, and a new
(30 days)

request must be submitted to the medical facility in order to obtain records.

MR #: _06706980_
_54734_

Patient Name: _WILCZYNSKI, BRENDAN_
(Last, First, Middle Initial)

☒ **Entire Record** - all records belonging to the patient, owned by the facility, and considered "part of" the medical record.

☐ **Per Request** - records specifically noted on the submitted request letter.

☐ **Abstract** - includes, when applicable, basic information such as History & Physical, Discharge Summary, Consultations Operative Records, X-ray Reports, Laboratory Reports, and EKG Reports.

| Itemized Charges (Entire / Per Request) | | Itemized Charges (Abstract) | |
|---|---|---|---|
| Copy Fee _57.50_ | _120_ pages | Copy Fee _____ | pages |
| Postage/Env. Fee _5.45_ | | Postage/Env. Fee _____ | |
| Certification Fee _____ (if applicable) | **OR** | Certification Fee _____ (if applicable) | |
| Minus Partial Payment | | Minus Partial Payment | |
| Total Charges _62.95_ | | Total Charges _____ | |

These charges are in compliance with state laws. Payment less than that established by state law, will not be sufficient for processing your request.

Please make check payable to Midwest Medical Copy Service and return with the prepayment with the total amount due.

Tax I.D. # 34-1804301

MASTERCARD & VISA ACCEPTED
CALL 1-260-627-8742

Comments: _paid ($17.00 ( see attached voucher w/incorrect payment amount. Remainder to be paid in February and will be included on next billing)_

Revised 6/13/05

White-Home Office, Yellow-Requestor, Pink-Patient Chart, Green-Associate

## Expense Voucher



| ☒ Charge to Client: | Name/Matter: McManaway | Client / Matter #: | 28959.0001 |
| --- | --- | --- | --- |
| ☐ Charge to Firm: | (Accounting Use Only) | | |

| Airfare: | $0.00 | **Accounting Use** | Date: 1/25/2010 | ☐ Cash | ☒ Check |
| --- | --- | --- | --- | --- | --- |
| Mileage/Ground: | $0.00 | Check Payable To: | Midwest Medical Copy Service, Inc. | | |
| Lodging: | $0.00 | ☐ Deliver to: | | | |
| Meals: | $0.00 | ☐ Mail with Attached Envelope | | 2634 Floor: | |
| Other: | $17.00 | | | | |
| Total: | $17.00 | Cash Received By: | | Signature: | |
| | | Check Number: | | | |

| Purpose of Expenditures: | Expense for medical records copying fee: Brendan Wilczynski<br><br>Midwest Medical Copy Service, Inc.<br>P.O. Box 129<br>Leo, IN 46765 |
| --- | --- |

'10 JAN 25 PM 5:12

| Partner Signature: | | (Managing Partner signature required for client disbursements >= $500.00) |
| --- | --- | --- |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - Cut here and retain for your records if desired - - - - - - - - - - - - - - - - - - - - -

## Expense Voucher



| ☐ Charge to Client: | Name/Matter: McManaway | Client / Matter #: | 28959.0001 |
| --- | --- | --- | --- |
| ☐ Charge to Firm: | (Accounting Use Only) | | |

| Airfare: | $0.00 | **Accounting Use** | Date: 1/25/2010 | ☐ Cash | ☐ Check |
| --- | --- | --- | --- | --- | --- |
| Mileage/Ground: | $0.00 | Check Payable To: | Midwest Medical Copy Service, Inc. | | |
| Lodging: | $0.00 | ☐ Deliver to: | | | |
| Meals: | $0.00 | ☐ Mail with Attached Envelope | | Floor: | |
| Other: | $17.00 | | | | |
| Total: | $17.00 | Cash Received By: | | Signature: | |
| | | Check Number: | | | |

| Purpose of Expenditures: | Expense for medical records copying fee: Brendan Wilczynski<br><br>Midwest Medical Copy Service, Inc.<br>P.O. Box 129<br>Leo, IN 46765 |
| --- | --- |

| Partner Signature: | | (Managing Partner signature required for client disbursements >= $500.00) |
| --- | --- | --- |

Make Checks Payable to:                    INVOICE NO. 3004757
    MMCS
    PO Box 129                              Fed. I.D. NO.: 35-1898571
    Leo, IN 46765-0129
    (260) 627-8742
                                            CHARGES:
TO: (I-009   )
    ICE MILLER - IN INDIANAPOLIS            Copy Fee              21.00
    PO BOX 82001
    INDIANAPOLIS, IN 46282                  Postage/Env. Fee       1.91

INVOICE DATE    NUMBER OF PAGES             Certification Fee      0.00
  12/02/2009         12
                                            Subtotal              22.91
ASSOCIATE NUMBER   FACILITY
    111        ST JOSEPH REGIONAL MED CTR-PLYMO  Sales Tax         0.00

PATIENT NAME:  (Last, First, Middle Initial)   Total Charges      22.91
    KRIBS, DANIEL                           - Payment       (     0.00)

DATE OF BIRTH _____  SS# _____  BALANCE DUE          22.91

CLAIM # _____  ID#/FILE _____  PMT ENCLOSED/ Ck No._____

PRE APPROVAL (IF REQUIRED) BY: _____

                        MMCS COPY


certify the number of medical records pages sent. Double sided copies will count as two pages.
If you are withholding confidential records and/or are producing only part of the records
specified, please contact the undersigned so that I can send you the appropriate document to
execute.

        If there will be a copying or other charge for this service beyond $35.00, please contact
the undersigned before preparing your response. If you have any questions, please do not
hesitate to contact me at the above number. I look forward to receiving your records within the
next thirty (30) days. Thank you in advance for your prompt attention to this request.

                            Very truly yours,

                            ICE MILLER LLP

                            Melissa A. Cooper
                            Paralegal to Thomas E. Mixdorf

MAC/
Enclosures
                            To obtain bills contact:
                            SJRMC
                            801 E. Lasalle Avenue
                            South Bend, IN 46617

One American Square | Suite 2900 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2210

INDIANAPOLIS | CHICAGO | DUPAGE COUNTY IL | WASHINGTON DC                    www.icemiller.com

# DEPARTMENT OF
# VETERANS AFFAIRS

## Explanation of Fees For Release Of Information Request

*ICE MILLER*
*1 AMERICAN SQUARE*
*POB 82001*
*INDIANAPOLIS, IN 46282*

Patient Name: TURNER, JURGEN PERRI JR
Requestor Name: ICE MILLER
Request received on: DEC 08, 2009

The following fees are based on the information being provided to you per your request.

For a detailed list of the information provided please contact the Release of Information unit at this VA facility at 1-618-997-5311 EXT 54297.

### Breakdown of Charges for this request

| Item Description | Number | Billed For | Unit Cost | Total |
|---|---|---|---|---|
| Printed Pages | 236 | 136 | $0.15 | $20.40 |
| Copied Pages | 29 | 29 | $0.15 | $4.35 |
| Other | 1 | n/a | $10.00 | $10.00 |
| | | | Balance Due: $34.75 | |

Please remit payment to the following address.

VA MEDICAL CENTER
ATTN: RELEASE OF INFORMATION-136B1
2401 W. MAIN STREET
MARION, ILLINOIS 62959

TAX ID # 43-0687806

Please make your check payable to the "Department of Veterans Affairs". Do not send cash. Send payment to *Attn: Release of Information Unit* at the above VA address with either a copy of this letter, or annotate on the check the veteran's full name to which these funds apply.

For any questions or concerns, please contact the Release of Information Department at 1-618-997-5311 EXT 54297.

Ralph Robertson
Supervisor

QuickView+ - Report

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** January 06, 2010 - January 06, 2010
**Report Format:** Detail-Account by User by Client by Day **(Targeted)**

| Account by User by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: 1000783778 | | | | | | | |
| User Name SNEMIS,DONALD M (211354) | | | | | | | |
| Client 28969.0001.09375.WORK PRODUCT PR | | | | | | | |
| Day 01/06/2010 | | | | | | | |
| Included | | | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | $46.00 | $3.16 | $48.16 |
| TRANSACTIONAL SEARCHES | | 6 | | | $524.00 | $36.68 | $560.68 |
| Totals for Included | | 9 | | | $569.00 | $39.84 | $608.84 |
| Totals for Day 01/06/2010 | | 9 | | | $569.00 | $39.84 | $608.84 |
| Totals for Client 28969.0001.09375.WORK PRODUCT PR | | 9 | | | $569.00 | $39.84 | $608.84 |
| Totals for User Name SNEMIS,DONALD M (211354) | | 9 | | | $569.00 | $39.84 | $608.84 |
| Totals for Account: 1000783778 | | 9 | | | $569.00 | $39.84 | $608.84 |
| Report Totals - Included | | 9 | | | $569.00 | $39.84 | $608.84 |
| Report Totals | | 9 | | | $569.00 | $39.84 | $608.84 |

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** January 11, 2010 - January 11, 2010
**Report Format:** Detail-Account by User by Client by Day **(Targeted)**

| Account by User by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: 1000783778 | | | | | | | |
| User Name OWEN,MARY (5540045) | | | | | | | |
| Client 28959.0001.02406.SETH THOMAS ALR | | | | | | | |
| Day 01/11/2010 | | | | | | | |
| Included | | | | | | | |
| WESTLAW DOCUMENTS | | | 1 | | $15.00 | $1.05 | $16.05 |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | $20.00 | $1.40 | $21.40 |
| Totals for Included | | 1 | 1 | | $35.00 | $2.45 | $37.45 |
| Totals for Day 01/11/2010 | | 1 | 1 | | $35.00 | $2.45 | $37.45 |
| Totals for Client 28959.0001.02406.SETH THOMAS ALR | | 1 | 1 | | $35.00 | $2.45 | $37.45 |
| Totals for User Name OWEN,MARY (5540045) | | 1 | 1 | | $35.00 | $2.45 | $37.45 |
| Totals for Account: 1000783778 | | 1 | 1 | | $35.00 | $2.45 | $37.45 |
| Report Totals - Included | | 1 | 1 | | $35.00 | $2.45 | $37.45 |
| Report Totals | | 1 | 1 | | $35.00 | $2.45 | $37.45 |

# Transaction Detail by Account

(Finalized transactions, 1/1/10 to 1/31/10, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001** | (KBR, Inc. / Mark McManaway, et al v. KBR, Inc., et al.) | | | | | |
| **Disbursement: LitSup-CD/DVD-ROM Media for Production/Media** | | | | | | |
| 01/28/2010 00:00 | Long, Christopher | OCR 495 Pages. AC0000001 - AC0000495 | | 1 | USD | 25.97 |
| | | | Subtotal | 1 | USD | 18.56 |
| | | | | | | 18.56 |
| **Disbursement: LitSup-OCR/page** | | | | | | |
| 01/12/2010 00:00 | Long, Christopher | OCR scanned documents. 133 pages. TCG000468 - TCG000600 | | 1 | USD | 4.99 |
| 01/12/2010 00:00 | Long, Christopher | OCR scanned documents. 104 pages. TCG000601 - TCG000704. | | 1 | USD | 3.90 |
| | | | Subtotal | 2 | USD | 8.89 |
| **Disbursement: Manually Entered Printing: B&W** | | | | | | |
| 01/18/2010 08:38 | Thomas, Seth | S. THOMAS    NO C/M | | 474 | USD | 72.60 |
| 01/26/2010 10:59 | Cooper, Melissa | | | 69 | USD | 11.85 |
| 01/26/2010 17:19 | Kennedy, Joanna | | | 496 | USD | 75.90 |
| | | | Subtotal | 1,039 | USD | 160.35 |
| **Disbursement: Photocopying: Black & White** | | | | | | |
| 01/05/2010 14:24 | Haseman, Karen | 14:24 | | 75 | USD | 12.75 |

Created 2/12/2010 at 2:03:53PM

Ice Miller

# Transaction Detail by Account

(Finalized transactions, 1/1/10 to 1/31/10, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| 01/05/2010 15:10 | Kennedy, Joanna | 15:10 | | 8 | USD | 1.44 |
| 01/14/2010 16:13 | Kennedy, Joanna | 16:13 | | 6 | USD | 1.08 |
| 01/15/2010 13:42 | Cooper, Melissa | 13:42 | | 2 | USD | 0.36 |
| 01/15/2010 17:17 | Cooper, Melissa | 17:17 | | 1 | USD | 0.18 |
| 01/25/2010 10:41 | Hunter, Nikki | 10:41 | | 4 | USD | 0.72 |
| 01/25/2010 12:05 | Kennedy, Joanna | 12:05 | | 189 | USD | 29.85 |
| 01/26/2010 11:41 | Kennedy, Joanna | 11:41 | | 82 | USD | 13.80 |
| 01/26/2010 14:17 | Kennedy, Joanna | 14:17 | | 134 | USD | 21.60 |
| 01/27/2010 08:23 | Kennedy, Joanna | 08:23 | | 1,200 | USD | 181.50 |
| 01/28/2010 14:28 | Kennedy, Joanna | 14:28 | | 9 | USD | 1.62 |
| 01/28/2010 12:06 | Kennedy, Joanna | 12:06 | | 159 | USD | 25.35 |
| 01/28/2010 12:21 | Hunter, Nikki | 12:21 | | 35 | USD | 6.30 |
| 01/28/2010 16:41 | Kennedy, Joanna | 16:41 | | 9 | USD | 1.62 |
| 01/28/2010 16:48 | Kennedy, Joanna | 16:48 | | 3 | USD | 0.54 |
| 01/29/2010 14:26 | Cooper, Melissa | 14:26 | | 322 | USD | 49.80 |
| 01/29/2010 18:40 | Snemis, Donald | 18:40 mcmanaway case | | 4 | USD | 0.72 |
| | | Subtotal | | 2,242 | USD | 349.23 |

**Disbursement: Printing: Black & White**

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| 01/29/2010 12:07 | Hunter, Nikki | 12:07 | | 3/4 | USD | 0.54 |
| 01/31/2010 19:59 | Cooper, Melissa | supp photo MCM 05151.pdf 19:59 | | 2/4 | USD | 0.36 |
| 01/31/2010 21:09 | Cooper, Melissa | Microsoft Word - C5F03B28.doc 21:09 | | 3/6 | USD | 0.54 |
| 01/31/2010 21:21 | Cooper, Melissa | Microsoft Word - stemcellresearch.doc 21:21 | | 3/6 | USD | 0.54 |
| | | Microsoft Word - stemcellresearch.doc | | | | |
| | | Subtotal | | 11/20 | USD | 1.98 |

Ice Miller

# Transaction Detail by Account

(Finalized transactions, 1/1/10 to 1/31/10, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|-----------|------|---------|----------|-----|----------|--------|
| | | | **Subtotal** | 0:40:14 | 6 USD | 4.30 |

**Disbursement Westlaw**

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|-----------|------|---------|----------|-----|----------|--------|
| 01/06/2010 00:00 | Shemis, Donald | 28959.0001.09375.WORK PRODUCT PR | 0:00:00 | 1 | USD | 608.84 |
| 01/11/2010 00:00 | Owen, Mary | 28959.0001.02406.SETH THOMAS ALR | 0:00:00 | 1 | USD | 37.45 |
| | | | **Subtotal** | 0:00:00 | 2 USD | 646.29 |

Created 2/12/2010 at 2:09:59PM