# ICE MILLER LLP

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

12/07

Invoice 715347   Page 1
January 29, 2010

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | |
|------|-------------|-----|------|--------|---|
| 12/01/09 | Photocopies 13:05, | 1 | $ 0.10 | $ 0.10 | E101 |
| 12/10/09 | Photocopies 16:24, | 6 | $ 0.10 | $ 0.60 | E101 |
| 12/11/09 | Medical Records - - Vendor: Midwest Ear, Nose & Throat Surgery, PSC Medical Records - David Moore | 1 | $ 5.00 | $ 5.00 | |
| 12/11/09 | Medical Records - - Vendor: Tell City Clinic Medical Records - Jeff Varner | 1 | $ 48.00 | $ 48.00 | |
| 12/14/09 | Photocopies 14:13, | 2 | $ 0.10 | $ 0.20 | E101 |
| 12/15/09 | LitSup-Bates Numbering/page , OCR'd documents. 178 pages.  TCG000195 - TCG000372 | 1 | $ 6.68 | $ 6.68 | E124 |
| 12/21/09 | Photocopies , | 43 | $ 0.07 | $ 3.01 | E101 |
| 12/22/09 | Photocopies , | 15 | $ 0.07 | $ 1.05 | E101 |
| 12/23/09 | Photocopies , | 40 | $ 0.07 | $ 2.80 | E101 |
| 12/24/09 | Photocopies , | 182 | $ 0.07 | $ 12.74 | E101 |
| 12/24/09 | Photocopies 10:58, | 108 | $ 0.10 | $ 10.80 | E101 |



REMITTANCE PAGE



Ice Miller

# Transaction Detail by Account

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|

Client Matter: 28959.0001  (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)
Disbursement: LitSup-Bates Numbering/page

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/15/2009 00:00 | Long, Christopher | OCR'd documents. 178 pages. TCG000195-TCG000372 | | 1 | USD | 6.68 |

| | | | Subtotal | 1 | USD | 6.68 |

Ice Miller

# Transaction Detail by Account

(Finalized transactions (incl. statistical), 12/1/09 to 12/31/09, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|

**Disbursement: Scanning through Ribstone**

| Date/Time | User | | | | | |
|---|---|---|---|---|---|---|
| 12/21/2009 15:52 | Kennedy, Joanna | | | 43 | USD | 3.01 |
| 12/22/2009 09:12 | Kennedy, Joanna | | | 15 | USD | 1.05 |
| 12/23/2009 13:26 | Kennedy, Joanna | | | 40 | USD | 2.80 |
| 12/24/2009 11:19 | Kennedy, Joanna | | | 182 | USD | 12.74 |

Subtotal 280 USD 19.60

Ice Miller

# Transaction Detail by Account

(Copier data , 12/1/09 to 12/31/09, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001  (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | | |
| Disbursement: Photocopying: Black & White | | | | | | |
| 12/01/2009 13:05 | Cooper, Melissa | 13:05 | | 1 | USD | 0.18 |
| 12/10/2009 16:24 | Kennedy, Joanna | 16:24 | | 6 | USD | 1.08 |
| 12/14/2009 14:13 | Cooper, Melissa | 14:13 | | 2 | USD | 0.36 |
| 12/24/2009 10:58 | Kennedy, Joanna | 10:58 | | 108 | USD | 17.70 |
| | | | Subtotal | 117 | USD | 19.32 |
| **Total Client Matter: 28959.0001  (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | USD | 19.32 |
| | | | | Grand Totals: | USD | 19.32 |

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** December 01, 2009 - December 01, 2009
**Report Format:** Detail Account by Client by User by Day (Using Contact ID) **NEW**
(Targeted)

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: 1000783778 | | | | | | | |
| Client 28959.0001.09375.OBJECTION TO MA | | | | | | | |
| User Name SNEMIS,DONALD M (0001519121) | | | | | | | |
| Day 12/01/2009 | | | | | | | |
| Included | | | | | | | |
| WESTLAW DOCUMENTS | | | 1 | | $15.00 | $1.05 | $16.05 |
| KEYCITE | | 2 | | | $12.50 | $0.88 | $13.38 |
| TRANSACTIONAL ONLINE FINDS | | 4 | | | $50.00 | $3.50 | $53.50 |
| TRANSACTIONAL SEARCHES | | 1 | | | $49.00 | $3.43 | $52.43 |
| Totals for Included | | 7 | 1 | | $126.50 | $8.86 | $135.36 |
| Totals for Day 12/01/2009 | | 7 | 1 | | $126.50 | $8.86 | $135.36 |
| Totals for User Name SNEMIS,DONALD M (0001519121) | | 7 | 1 | | $126.50 | $8.86 | $135.36 |
| Totals for Client 28959.0001.09375.OBJECTION TO MA | | 7 | 1 | | $126.50 | $8.86 | $135.36 |
| Totals for Account: 1000783778 | | 7 | 1 | | $126.50 | $8.86 | $135.36 |
| Report Totals - Included | | 7 | 1 | | $126.50 | $8.86 | $135.36 |
| Report Totals | | 7 | 1 | | $126.50 | $8.86 | $135.36 |



# TELL CITY CLINIC

ROBERT A. WARD, M.D.        STEPHEN E. SYLER, M.D.

Date: 12/9/09

Patient: Jeff Varner

Date of Birth: 12/14/56

To: K. Miller
1 American Sq. Suite 2900
Indianapolis, IN 46282

In order for us to release medical records on the above named patient, we must receive a payment of $ 45.00  Tell City Clinic Tax ID is 32-0034483.

Please submit payment to:

Tell City Clinic
109 E Hwy 66
Tell City, IN 47586

Your prompt attention will be greatly appreciated. If you have any questions, feel free to contact me at (812) 547-3447.

Sincerely,

Medical Records



# Midwest
## EAR, NOSE & THROAT SURGERY, PSC

1020 Professional Boulevard • Evansville, IN • 47714-8009
TEL: (812) 473-2060 • FAX: (812) 473-0763 • Toll Free: 1-877-888-4ENT

Representing American Academy of Otolaryngology,
American College of Surgeons, American Academy of Otolaryngic Allergy

**OTOLARYNGOLOGISTS**
ENT-Head & Neck, Facial
Plastic Surgery, Allergy

Thomas B. Logan, M.D., F.A.C.S.
Thomas C. Logan, M.D.
Richard A. Tibbals, M.D., F.A.C.S.
R. Stanley Wilson, M.D.

**Pediatric & Adult Otolaryngology Allergy**

Mark B. Logan, M.D.

**Consultant Neuro-Otologist**

Gordon T. McMurry, M.D., F.A.C.S.

**Otolaryngology, Pediatric & Adult Allergy**

Mahlon R. Van Delden, M.D.

**Facial Plastics**

Jeannie Dickman, C.P.C.T.
Angela M. Hyson, F.T.

**State Of The Art Treatment Of:**

Hoarseness
Meniere's Disease
Hearing Disorders
Laser Palatal Surgery
Adult & Pediatric Allergy
Endoscopic Sinus Surgery
Treatment of Facial Paralysis
Plastic Surgery for the Face & Neck
Adult/Pediatric ENT Disorders
Dizziness/Balance Disorders
Snoring & Sleep Disorders
Microsurgery of the Ear
Head & Neck Surgery
Facial Pain & Tinnitus
Sinus Disease

**Clinical & Diagnostic Audiology
Vestibular & Balance Labs
Vestibular Rehabilitation**

Elias M. Hawa, M.C.H. FAAA, CCC-A
Richard Prescott, M.A., CCC-A
Peggy A. Wittmer, Au.D, CCC-A
Christine Griffiths, Au.D, CCC-A

**CT Technologist**

Sylvia Mayer, RT (R) (CT)

---

Date: 11/24/09

To Whom It May Concern:

We received your request for medical records on the patient stated below.

The fee for these records will be $ 5.00 . Our policy is to release the records as soon as we receive full payment.

Patient: David Moore
Date of Birth: 9/25/1965
Acct#: 14038

Respectfully,

Medical Records Department

---

Evansville          Henderson          Owensboro          Vincennes          Tell City          Jasper & Huntingburg
(812) 473-2060      (270) 827-2312     (270) 691-6161     (812) 886-3460     (812) 547-0145     Toll Free 1-877-888-4ENT