# ICE MILLER LLP

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

Invoice 712215 Page 1
December 30, 2009

11/09

FOR SERVICES RENDERED THROUGH November 30, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.


KBR, Inc.

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | |
|---|---|---|---|---|---|
| 10/06/09 | Outside Copying - - Vendor: Cracker Barrell Old Country Store Copy fee for employment records - McIntyre | 1 | $ 50.00 | $ 50.00 | |
| 11/03/09 | Photocopies 11:25, | 50 | $ 0.10 | $ 5.00 | E101 |
| 11/03/09 | Photocopies 15:28, | 107 | $ 0.10 | $ 10.70 | E101 |
| 11/04/09 | Photocopies 17:31, | 1 | $ 0.10 | $ 0.10 | E101 |
| 11/10/09 | Photocopies 16:21, | 7 | $ 0.10 | $ 0.70 | E101 |
| 11/11/09 | Medical Records - - Vendor: Mountain Area Community Services, Inc. Copy to obtain medical records - Partlow | 1 | $ 35.00 | $ 35.00 | |
| 11/11/09 | Outside Copying - - Vendor: Wargo & French LLP Copy fees for employment records - Benjamin McIntyre | 1 | $ 78.85 | $ 78.85 | |
| 11/12/09 | Photocopies 10:15, | 12 | $ 0.10 | $ 1.20 | E101 |
| 11/12/09 | Photocopies 15:09, | 33 | $ 0.10 | $ 3.30 | E101 |
| 11/17/09 | Legal Research Expense - WESTLAW 28959.0001.09375.MEDICAL CAUSATI, | 1 | $ 579.95 | $ 579.95 | E106 |
| 11/18/09 | Photocopies , | 50 | $ 0.07 | $ 3.50 | E101 |
| 11/18/09 | Photocopies 14:27, | 1 | $ 0.10 | $ 0.10 | E101 |
| 11/18/09 | Color Photocopies 14:12, | 1 | $ 1.25 | $ 1.25 | E101 |
| 11/18/09 | Photocopies 15:39, | 13 | $ 0.10 | $ 1.30 | E101 |
| 11/18/09 | Photocopies 15:44, | 63 | $ 0.10 | $ 6.30 | E101 |
| 11/18/09 | Photocopies 14:15, | 79 | $ 0.10 | $ 7.90 | E101 |
| 11/18/09 | Photocopies 14:30, | 25 | $ 0.10 | $ 2.50 | E101 |
| 11/18/09 | Legal Research Expense - WESTLAW 28959.0001.09375.MEDICAL CAUSATI, | 1 | $ 314.58 | $ 314.58 | E106 |
| 11/19/09 | Medical Records - - Vendor: Memorial Hospital & Health Care Ctr Copy fee for Medical Records - Larry Bunner | 1 | $ 21.40 | $ 21.40 | |
| 11/19/09 | Photocopies 15:49, | 91 | $ 0.10 | $ 9.10 | E101 |
| 11/20/09 | Medical Records - - Vendor: Perry County Memorial Hospital Copy fees for Medical Records - William Bickell | 1 | $ 23.00 | $ 23.00 | |
| 11/20/09 | Medical Records - - Vendor: Sugarcreek Family Medicine Copy fees for medical records - Brennin Shepherd | 1 | $ 22.66 | $ 22.66 | |
| 11/20/09 | Photocopies 09:43, | 4 | $ 0.10 | $ 0.40 | E101 |
| 11/20/09 | Photocopies 13:25, | 3 | $ 0.10 | $ 0.30 | E101 |
| 11/23/09 | Photocopies 11:30, | 145 | $ 0.10 | $ 14.50 | E101 |
| 11/24/09 | Photocopies 11:35, | 28 | $ 0.10 | $ 2.80 | E101 |
| 11/24/09 | Photocopies 11:54, | 6 | $ 0.10 | $ 0.60 | E101 |
| 11/24/09 | Photocopies 11:24, | 44 | $ 0.10 | $ 4.40 | E101 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | |
|---|---|---|---|---|---|
| 11/24/09 | Photocopies 12:49, | 28 | $ 0.10 | $ 2.80 | E101 |
| 11/24/09 | Photocopies 17:38, | 77 | $ 0.10 | $ 7.70 | E101 |
| 11/24/09 | Photocopies 17:53, | 22 | $ 0.10 | $ 2.20 | E101 |
| 11/24/09 | Photocopies 16:36, | 58 | $ 0.10 | $ 5.80 | E101 |
| 11/24/09 | Photocopies 17:31, | 33 | $ 0.10 | $ 3.30 | E101 |
| 11/30/09 | Photocopies 12:15, | 259 | $ 0.10 | $ 25.90 | E101 |



REMITTANCE PAGE



## ONLINE RESEARCH (WEEKONLN DATABASE) 1

| Date | Attorney | CI Number | Vendor | Cost | Billed Cost | Unbilled Cost |
|---|---|---|---|---|---|---|
| 09/17/09 | Melissa Cooper | 28959.0001 | Accurint | 101.20 | 101.20 | |
| 09/24/09 | Melissa Cooper | 28959.0001 | Accurint | 4.60 | 4.60 | |
| 09/25/09 | Melissa Cooper | 28959.0001 | Accurint | 9.20 | 9.20 | |

$115.00



**Old Country Store**

To Whom It May Concern:

Our usual and customary charge for producing records is fifty (50.00) dollars. Our FEIN Number is 62-0812904.

Please make check payable to Cracker Barrel Old Country Store.

Mail check to: Cracker Barrel Old Country Store
                Attn: Diana Palmer
                P.O. Box 787 Hartmann Drive
                Lebanon, TN 37088

Employee and ID# _Benjamin McIntyre #677381_

**PLEASE SEND A COPY OF THIS LETTER WITH YOUR CHECK.**

Thank you,
Diana Palmer
Subpoena Compliance Rep.
615-444-5533

P.O. BOX 787 · HARTMANN DRIVE
LEBANON, TENNESSEE 37088-0787
PHONE 615 444 5533

Mountain Area Community Services, Inc.

366 South Main Street
Marion, NC 28752

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2009 | 1-2009-MP |

**Bill To**

ICE/Miller, LLP Legal Counsel
1 American Square
Suite 2900
Indianapolis, IN 46282-0200

| Description | Amount |
|---|---|
| Copy fees | 35.00 |
| **Total** | **$35.00** |

**WARGO & FRENCH LLP**
1170 Peachtree Street, N.E.
Suite 2020
Atlanta, Georgia 30309
**FACSIMILE MESSAGE – 1 Page**

October 28, 2009
Melissa A. Cooper
Ice Miller
One American Square, Suite 2900
Indianapolis, IN 46282-0200

FAX NUMBER: (317)236-2219           PHONE NUMBER: (317)236-2100

RE:   Benjamin McIntyre

Dear Ms. Cooper:

As you are aware, this firm represents United Parcel Service ("UPS") in connection with its response to your request for documents regarding the referenced matter.

We have the documents responsive to your request and are prepared to submit them to you at this time. However, there is a charge of $78.85 to cover the costs incurred by UPS in responding to your request. This charge consists of a standard $60.00 clerical/research fee and a fee of $.65 per page produced for the documents we are ready to provide. This amount also includes any amount you may have pre-paid. Our records show a pre-payment by your firm of $0.00. There will be a total of 29 pages provided. For your records, our Tax Identification number is 02-0699924.

**PLEASE MAKE YOUR CHECK PAYABLE TO "WARGO & FRENCH LLP", AND FORWARD IT TO THIS ADDRESS (located at the top of the page) AND TO MY ATTENTION.**

Feel free to contact me should you have any questions, via facsimile, if possible.

Sincerely Yours,

Meghan Dreher
Paralegal Assistant
(404) 853-1527 – direct line
(404) 853-1528 – direct fax
mdreher@wargofrench.com

**WHEN CALLING OR WRITING, PLEASE REFERENCE OUR FILE NO.: 29054**

━━━━ MAKE CHECKS PAYABLE TO: ━━━━

MEMORIAL HOSPITAL & HEALTH CARE CTR
P.O. BOX 1028
JASPER, IN 47547-1028

16466-YE03

RETURN SERVICE REQUESTED

LAST PMT:
AMOUNT: 0.00

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

LLP ICE MILLER
ONE AMERICAN SQ STE2900
INDIANAPOLIS, IN 46282-0015

IF PAYING BY MASTERCARD OR VISA, FILL OUT BELOW.

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 10/02/09 | $21.40 | AA 68202 |

PAGE: 1 of 1    SHOW AMOUNT PAID HERE  $

MEMORIAL HOSPITAL & HEALTH CARE CTR
P.O. BOX 1028
JASPER, IN 47547-1028

16466-YE03*TRE0I09LH001380

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT    **STATEMENT**

| Date of Service | Patient | Date Ins Billed | Code | Dr | Description | Diag. | Charge | Insurance Receipts | Patient Receipts | Adjust. | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/09 | LARRY | | RECORDS | 101 | MEDICAL RECORDS | RECORD | 21.40 | | | | 21.40 |

*PAYMENT DUE UPON RECEIPT*

| Current | 30-60 Days | 60-90 Days | 90-120 Days | 120 Days + | Total Balance | * Ins. Pending | PATIENT DUE |
|---|---|---|---|---|---|---|---|
| 21.40 | 0.00 | 0.00 | 0.00 | 0.00 | 21.40 | 0.00 | $21.40 |

**Doctor Codes:**
101  Jeannie Gruber, M.D.

**Message**

PAYMENT DUE UPON RECEIPT
A 1.5% FINANCE CHARGE WILL BE ADDED TO ALL INVOICES PAST DUE. ANNUAL INTEREST RATE OF 18%.

**Make Checks Payable To:**
MEMORIAL HOSPITAL & HEALTH CARE CTR
P.O. BOX 1028
JASPER, IN 47547-1028

**Billing Questions**
812-481-2149
800-852-7279
EXT 2149
PAYMENT PLAN AGREEMENT

16466-YE03*TRE0I09LH001380

PERRY COUNTY MEMORIAL HOSPITAL
ONE HOSPITAL ROAD
TELL CITY, IN 47586

Name: William Bickell
ADDRESS: 7037 Abbott Rd.
Tell City, IN 47586

ACCT.NO. _____

DATE: 11-4-09                                      FEE: $23.00

# OF PAGES COPIED        16

**Certified Copies**                    $20.00

Pages 1 through 10                      $20.00

$.50 per page for pages 11 through 50   $3.00

$.25 per page for pages 51 and higher   _____

Expedited Fee (2 working days of less)  __$10.00__

                              TOTAL     $23.00

PEASLE MAKE CHECKS PAYABLE TO PERRY COUNTY MEMORIAL HOSPITAL.

THANK YOU



## Sugarcreek Family Medicine
4403 State Route 725, Suite D, Bellbrook, OH 45305
Phone: 937.848.9010 • Fax: 937.848.9017

Medical Records Invoice

Date 11·17·09

Pt Name: Brenna Shepherd
DOB: 9.24.75
SS #
Claim #

Person who will be receiving records:
Ice Miller
One American Square Suite 2900
Indianapolis IN 46282

317-542-5457

**Medical Records Requested By the Patient or Patient's Personal Representative:**
(Parent, Guardian or Executor of Estate)

Total # of Pages
~~$2.84 per page for pages 1-10~~
~~$.59 per page for pages 11-50~~
~~$.24 per page for pages 51 and up~~
Postage
Total Due

**Medical Records requested by Other Than Patient or Patient's Authorized Representative:**
(Attorney or Insurance Company)

| | |
|---|---|
| Total # of Pages | 17 |
| Initial Search | $17.48 |
| $1.15 per page for pages 1-10 | 11.50 |
| $.59 per page for pages 11-50 | 5.54 |
| $.24 per page for pages 51 and up | |
| Postage | 1.64 |
| Total Due | 22.14 |

*Prepayment is requested. Material will be furnished upon receipt of the medical release form and the total amount listed.*

Note: The above fees are in effect as of January 1, 2009 and remain in effect through December 31, 2009. The following entities are entitled to one free copy of a medical record: The Bureau of Workers Compensation; The Industrial Commission; The Dept of Job and Family Services; and the patient or patient's personal representative if the medical record is necessary to support a claim for Social Security Disability or SSI and the request is accompanied by documentation that a claim has been filed.

Revised 03/03/09 yt

Ice Miller

# Transaction Detail by Account

(Transaction data, 11/1/09 to 11/30/09, Client Matter Number equals '28959.0001' and Disbursement equals 'Westlaw')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001** (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.) | | | | | | |
| **Disbursement: Westlaw** | | | | | | |
| 11/17/2009 00:00 | Snemis, Donald | 28959.0001.09375.MEDICAL CAUSATI | 0:00:00 | 1 | USD | 579.95 |
| 11/18/2009 00:00 | Snemis, Donald | 28959.0001.09375.MEDICAL CAUSATI | 0:00:00 | 1 | USD | 314.58 |
| | | Subtotal | 0:00:00 | 2 | USD | 894.53 |

Total Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.) USD 894.53

Grand Totals: USD 894.53

Ice Miller

# Transaction Detail by Account

(Transaction data, 11/3/09 to 11/30/09, Client Matter Number equals '28959.0001' and Disbursement equals 'Photocopying: Black & White')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | | |
| **Disbursement: Photocopying: Black & White** | | | | | | |
| 11/03/2009 11:25 | Cooper, Melissa | 11:25 | | 50 | USD | 9.00 |
| 11/03/2009 15:28 | Kennedy, Joanna | 15:28 | | 107 | USD | 17.55 |
| 11/04/2009 17:31 | Cooper, Melissa | 17:31 | | 1 | USD | 0.18 |
| 11/10/2009 16:21 | Kennedy, Joanna | 16:21 | | 7 | USD | 1.26 |
| 11/12/2009 10:15 | Cooper, Melissa | 10:15 | | 12 | USD | 2.16 |
| 11/12/2009 15:09 | Kennedy, Joanna | 15:09 | | 33 | USD | 5.94 |
| 11/18/2009 14:15 | Kennedy, Joanna | 14:15 | | 79 | USD | 13.35 |
| 11/18/2009 14:27 | Kennedy, Joanna | 14:27 | | 1 | USD | 0.18 |
| 11/18/2009 14:30 | Kennedy, Joanna | 14:30 | | 25 | USD | 4.50 |
| 11/18/2009 15:39 | Kennedy, Joanna | 15:39 | | 13 | USD | 2.34 |
| 11/18/2009 15:44 | Kennedy, Joanna | 15:44 | | 63 | USD | 10.95 |
| 11/19/2009 15:49 | Kennedy, Joanna | 15:49 | | 91 | USD | 15.15 |
| 11/20/2009 09:43 | Kennedy, Joanna | 09:43 | | 4 | USD | 0.72 |
| 11/20/2009 13:25 | Kennedy, Joanna | 13:25 | | 3 | USD | 0.54 |
| 11/23/2009 11:30 | Hunter, Nikki | 11:30 | | 145 | USD | 23.25 |
| 11/24/2009 11:24 | Cooper, Melissa | 11:24 | | 44 | USD | 7.92 |
| 11/24/2009 11:35 | Cooper, Melissa | 11:35 | | 28 | USD | 5.04 |
| 11/24/2009 11:54 | Cooper, Melissa | 11:54 | | 6 | USD | 1.08 |
| 11/24/2009 12:49 | Cooper, Melissa | 12:49 | | 28 | USD | 5.04 |
| 11/24/2009 16:36 | Cooper, Melissa | 16:36 | | 58 | USD | 10.20 |
| 11/24/2009 17:31 | Tucker, Sherri | 17:31 | | 33 | USD | 5.94 |
| 11/24/2009 17:38 | Tucker, Sherri | 17:38 | | 77 | USD | 13.05 |
| 11/24/2009 17:53 | Tucker, Sherri | 17:53 | | 22 | USD | 3.96 |
| 11/30/2009 12:15 | Hunter, Nikki | 12:15 | | 259 | USD | 40.35 |
| | | | Subtotal | 1,189 | USD | 199.65 |

Total Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.) USD 199.65

Grand Totals: USD 199.65

Ice Miller

# Transaction Detail by Account

(Transaction data, 11/3/09 to 11/30/09, Client Matter Number equals '28959.0001' and Disbursement equals 'Photocopy: Color')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.) | | | | | | |
| Disbursement: Photocopy: Color | | | | | | |
| 11/18/2009 14:12 | Kennedy, Joanna | 14:12 | | 1 | USD | 1.25 |
| | | | Subtotal | 1 | USD | 1.25 |
| Total Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.) | | | | | USD | 1.25 |
| | | | Grand Totals: | | USD | 1.25 |