# ICE MILLER LLP

10/09

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

Invoice 708412 Page 1
December 9, 2009

FOR SERVICES RENDERED THROUGH October 31, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/01/09 | Photocopies 12:12, | 1 | $ 0.10 | $ 0.10 |
| 10/01/09 | Photocopies 13:13, | 21 | $ 0.10 | $ 2.10 |
| 10/02/09 | Photocopies 14:56, | 363 | $ 0.10 | $ 36.30 |
| 10/02/09 | Photocopies 14:25, | 27 | $ 0.10 | $ 2.70 |
| 10/02/09 | Photocopies 13:17, | 21 | $ 0.10 | $ 2.10 |
| 10/05/09 | Photocopies 11:20, | 1 | $ 0.10 | $ 0.10 |
| 10/05/09 | Photocopies , | 64 | $ 0.07 | $ 4.48 |
| 10/05/09 | Photocopies 16:28, | 1 | $ 0.10 | $ 0.10 |
| 10/05/09 | Photocopies , | 91 | $ 0.07 | $ 6.37 |
| 10/05/09 | Photocopies , | 64 | $ 0.07 | $ 4.48 |
| 10/06/09 | Photocopies 10:34, | 34 | $ 0.10 | $ 3.40 |
| 10/06/09 | Photocopies , | 568 | $ 0.07 | $ 39.76 |
| 10/07/09 | Photocopies 14:37, | 1 | $ 0.10 | $ 0.10 |
| 10/09/09 | Photocopies 12:43, | 229 | $ 0.10 | $ 22.90 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/20/09 | Photocopies 13:13, | 2 | $ 0.10 | $ 0.20 |
| 10/23/09 | Deposition Transcripts - - Vendor: Stewart Richardson & Associates Stewart Richardson & Associates-Deposition of James Gentry | 1 | $ 104.38 | $ 104.38 |
| 10/26/09 | Photocopies , | 178 | $ 0.07 | $ 12.46 |
| 10/26/09 | Photocopies 18:25, | 116 | $ 0.10 | $ 11.60 |
| 10/28/09 | Photocopies 10:32, | 4 | $ 0.10 | $ 0.40 |
| 10/28/09 | Photocopies 16:32, | 441 | $ 0.10 | $ 44.10 |
| 10/28/09 | Photocopies 16:04, | 6 | $ 0.10 | $ 0.60 |
| 10/29/09 | Miscellaneous - - Vendor: Perry County Jail Criminal history check and copy records : Bunner | 1 | $ 35.00 | $ 35.00 |
| 10/29/09 | Miscellaneous - - Vendor: Town of Bourbon Copy & Postage fee for Employment records : McIntyre | 1 | $ 27.15 | $ 27.15 |
| 10/29/09 | Photocopies , | 273 | $ 0.07 | $ 19.11 |
| 10/29/09 | Photocopies 18:14, | 4 | $ 0.10 | $ 0.40 |
| 10/29/09 | Photocopies , | 52 | $ 0.10 | $ 5.20 |
| 10/29/09 | Photocopies 18:22, | 74 | $ 0.10 | $ 7.40 |
| 10/29/09 | Photocopies , | 48 | $ 0.07 | $ 3.36 |

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                          December 9, 2009



| BANK: | AGENCY/TRUST ☐ | OPERATING ☐ | EXPENSE VOUCHER |
|---|---|---|---|

**Charge To:**

☐ Client  McManaway v. KBR
           Name/Matter Title

           28959.0001
           Client/Matter Number

☐ Firm  _____

(For Accounting Use Only)

**Accounting Instructions:**

☐ Cash  ☒ Check    2161   Donald Snemis    Date _____
Check Payable To: _____

☒ Deliver To: N. Hunter
   Floor: 33

☐ Mail with Attached Envelope
Cash Received By: _____
                        Signature

**Purpose of Expenditure:**
Date: _____
Place: _____
Re: _____

Traveled to Williams, IN
for Gentry deposition

_____signature_____
Partner Approval
(Managing Partner approval required
for client disbursements in excess of $500)

**Expenses:**
*Travel expenses over $75.00 must be accompanied by receipts.*

Personal Travel Expenses:
- Airfare .................................... $ _____
- Mileage/Ground Transportation ... 208 miles @ $ 114.40
  .55/mile
- Lodging .................................... $ _____
- Meals ...................................... $ _____

Other Expenses: _____ $ _____
                _____ $ _____
                _____ $ _____

Check Number _____          Total  $ 114.40



**Stewart Richardson**
DEPOSITION SERVICES

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111101 | 10/15/2009 | 49106 |
| Job Date | Case No. | |
| 10/5/2009 | 3:08-CV-0186-RLY-WGH | |
| Case Name | | |
| Mark McManaway, et al. v. KBR, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Donald M. Snemis
ICE MILLER, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

1 CERTIFIED COPY OF TRANSCRIPT OF:
   James C. Gentry, Volume II

                                                                              104.38

                                **TOTAL DUE >>>**      **$104.38**
                                AFTER 11/4/2009 PAY     $109.60

Thank you. Your business is appreciated.

Call us to handle all of your deposition needs - state and nationwide!
Coast-2-Coast scheduling - coverage throughout the United States.

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Donald M. Snemis
ICE MILLER, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

Job No.    : 49106        BU ID     : SRA
Case No.  : 3:08-CV-0186-RLY-WGH
Case Name : Mark McManaway, et al. v. KBR, Inc., et al.

Invoice No. : 111101       Invoice Date : 10/15/2009
**Total Due** : **$ 104.38**
AFTER 11/4/2009 PAY $109.60

Remit To: **Stewart Richardson & Associates, Inc.**
           One Indiana Square, Suite 2425
           211 N. Pennsylvania
           Indianapolis, IN 46204

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# TOWN OF
# *Bourbon*

104 EAST PARK AVENUE • BOURBON, INDIANA 46504

October 5, 2009

Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

RE: Copying & Postage for Employment Records for Benjamin McIntyre

|  |  |
|---|---|
| 114 pages @ 0.15 | 17.10 |
| Certified Mail @10.05 | 10.05 |
| TOTAL DUE | $27.15 |

Please remit to:   Town of Bourbon
                   104 E. Park Avenue
                   Bourbon, IN  46504

*Drug-Free Workplace • Equal Opportunity Employer*

KIMBERLY A. BERGER • CLERK-TREASURER • 574.342.4755 • FAX 574.342.3205
POLICE 574.342.3105 • STREET 574.342.0079 • WATER AND SEWER 574.342.0223

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** October 12, 2009 - October 19, 2009
**Report Format:** Detail-Account by Client by User by Day with City **NEW** (Targeted)

| Account by Client by User by Day with City | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| **Account: 1000783778 INDIANAPOLIS** | | | | | | | |
| Client 28959.0001.02612.EX PARTE INTERV | | | | | | | |
| User Name CALHOON,VICTORIA R (7139679) | | | | | | | |
| Day 10/19/2009 | | | | | | | |
| Included | | | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | $25.00 | $1.76 | $26.76 |
| Totals for Included | | 2 | | | $25.00 | $1.76 | $26.76 |
| Totals for Day 10/19/2009 | | 2 | | | $25.00 | $1.76 | $26.76 |
| Totals for User Name CALHOON,VICTORIA R (7139679) | | 2 | | | $25.00 | $1.76 | $26.76 |
| Totals for Client 28959.0001.02612.EX PARTE INTERV | | 2 | | | $25.00 | $1.76 | $26.76 |
| Client 28959.0001.02612.GAG ORDER RESEA | | | | | | | |
| User Name CALHOON,VICTORIA R (7139679) | | | | | | | |
| Day 10/12/2009 | | | | | | | |
| Included | | | | | | | |
| WESTLAW DOCUMENTS | | | 1 | | $15.00 | $1.05 | $16.05 |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | $12.50 | $0.88 | $13.38 |
| Totals for Included | | 1 | 1 | | $27.50 | $1.93 | $29.43 |
| Totals for Day 10/12/2009 | | 1 | 1 | | $27.50 | $1.93 | $29.43 |
| Day 10/14/2009 | | | | | | | |
| Included | | | | | | | |
| WESTLAW DOCUMENTS | | | 5 | | $75.00 | $5.25 | $80.25 |
| KEYCITE | | 4 | | | $25.00 | $1.75 | $26.75 |
| TRANSACTIONAL ONLINE FINDS | | 6 | | | $75.00 | $5.25 | $80.25 |
| Totals for Included | | 10 | 5 | | $175.00 | $12.25 | $187.25 |
| Totals for Day 10/14/2009 | | 10 | 5 | | $175.00 | $12.25 | $187.25 |
| Day 10/15/2009 | | | | | | | |
| Included | | | | | | | |
| WESTLAW DOCUMENTS | | | 1 | | $15.00 | $1.05 | $16.05 |
| KEYCITE | | 1 | | | $6.25 | $0.44 | $6.69 |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | $25.00 | $1.76 | $26.76 |
| Totals for Included | | 3 | 1 | | $46.25 | $3.25 | $49.50 |
| Totals for Day 10/15/2009 | | 3 | 1 | | $46.25 | $3.25 | $49.50 |
| Day 10/16/2009 | | | | | | | |
| Included | | | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | $98.00 | $6.86 | $104.86 |
| Totals for Included | | 2 | | | $98.00 | $6.86 | $104.86 |
| Totals for Day 10/16/2009 | | 2 | | | $98.00 | $6.86 | $104.86 |
| Totals for User Name CALHOON,VICTORIA R (7139679) | | 16 | 7 | | $346.75 | $24.30 | $371.05 |
| Totals for Client 28959.0001.02612.GAG ORDER RESEA | | 16 | 7 | | $346.75 | $24.30 | $371.05 |
| Client 28959.0001.09375. EPIDEMIOLOGIST | | | | | | | |
| User Name SNEMIS,DONALD M (211354) | | | | | | | |
| Day 10/12/2009 | | | | | | | |
| Included | | | | | | | |
| TRANSACTIONAL SEARCHES | | 4 | | | $480.00 | $33.60 | $513.60 |
| Totals for Included | | 4 | | | $480.00 | $33.60 | $513.60 |
| Totals for Day 10/12/2009 | | 4 | | | $480.00 | $33.60 | $513.60 |
| Totals for User Name SNEMIS,DONALD M (211354) | | 4 | | | $480.00 | $33.60 | $513.60 |
| Totals for Client 28959.0001.09375. EPIDEMIOLOGIST | | 4 | | | $480.00 | $33.60 | $513.60 |
| Client 28959.0001.09375.PRE-TRIAL PUBLI | | | | | | | |
| User Name SNEMIS,DONALD M (211354) | | | | | | | |
| Day 10/13/2009 | | | | | | | |
| Included | | | | | | | |
| KEYCITE | | 4 | | | $25.00 | $1.75 | $26.75 |
| RESULTSPLUS FINDS | | 1 | | | $60.00 | $4.20 | $64.20 |
| TRANSACTIONAL ONLINE FINDS | | 25 | | | $346.00 | $24.22 | $370.22 |
| TRANSACTIONAL SEARCHES | | 1 | | | $61.00 | $4.27 | $65.27 |
| Totals for Included | | 31 | | | $492.00 | $34.44 | $526.44 |
| Excluded | | | | | | | |
| PREMIER RESERVE RESULTSPLUS FINDS | | 1 | | | $0.00 | $0.00 | $0.00 |
| Totals for Excluded | | 1 | | | $0.00 | $0.00 | $0.00 |
| Totals for Day 10/13/2009 | | 32 | | | $492.00 | $34.44 | $526.44 |
| Totals for User Name SNEMIS,DONALD M (211354) | | 32 | | | $492.00 | $34.44 | $526.44 |
| Totals for Client 28959.0001.09375.PRE-TRIAL PUBLI | | 32 | | | $492.00 | $34.44 | $526.44 |
| Client 28959.0001.09375.SPEAKING WITH P | | | | | | | |
| User Name SNEMIS,DONALD M (211354) | | | | | | | |
| Day 10/12/2009 | | | | | | | |
| Included | | | | | | | |
| WESTLAW DOCUMENTS | | | 4 | | $60.00 | $4.20 | $64.20 |
| KEYCITE | | 4 | | | $25.00 | $1.75 | $26.75 |
| TRANSACTIONAL ONLINE FINDS | | 4 | | | $50.00 | $3.51 | $53.51 |
| TRANSACTIONAL SEARCHES | | 2 | | | $189.00 | $13.23 | $202.23 |
| Totals for Included | | 10 | 4 | | $324.00 | $22.69 | $346.69 |
| Totals for Day 10/12/2009 | | 10 | 4 | | $324.00 | $22.69 | $346.69 |
| Totals for User Name SNEMIS,DONALD M (211354) | | 10 | 4 | | $324.00 | $22.69 | $346.69 |
| Totals for Client 28959.0001.09375.SPEAKING WITH P | | 10 | 4 | | $324.00 | $22.69 | $346.69 |
| Totals for Account: 1000783778 INDIANAPOLIS | | 64 | 11 | | $1,667.75 | $116.79 | $1,784.54 |
| Report Totals - Included | | 63 | 11 | | $1,667.75 | $116.79 | $1,784.54 |
| Report Totals - Excluded | | 1 | | | $0.00 | $0.00 | $0.00 |
| Report Totals | | 64 | 11 | | $1,667.75 | $116.79 | $1,784.54 |