# ICE MILLER LLP

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

FOR SERVICES RENDERED THROUGH September 30, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.



| 09/30/09 | Attention to our Motion to Dismiss Plaintiffs' Third Amended Complaint. | | | | |
| | P. R. Scaletta | .20 hrs. | 470.00/hr | $ | 94.00 |



ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/02/09 | Photocopies 12:43, | 69 | $ 0.10 | $ 6.90 |
| 09/02/09 | Photocopies , | 156 | $ 0.07 | $ 10.92 |
| 09/02/09 | Photocopies 12:22, | 5 | $ 0.10 | $ 0.50 |
| 09/03/09 | Medical Records - - Vendor: HealthPort Copy fee for medical records - Tommy Ebert | 1 | $ 58.80 | $ 58.80 |
| 09/03/09 | Medical Records - - Vendor: Troy Clinic Fee for Medical Records - William Bickell | 1 | $ 21.50 | $ 21.50 |
| 09/03/09 | Photocopies , | 177 | $ 0.07 | $ 12.39 |
| 09/04/09 | Photocopies , | 262 | $ 0.07 | $ 18.34 |
| 09/08/09 | Photocopies , | 467 | $ 0.07 | $ 32.69 |
| 09/09/09 | LitSup-OCR/page , OCR 262 pages.  00001 TOUHY-QARMAT ALI (D) - 00262 TOUHY-QARMAT ALI (D) | 1 | $ 9.83 | $ 9.83 |
| 09/17/09 | Photocopies 11:41, | 2 | $ 0.10 | $ 0.20 |
| 09/22/09 | Photocopies , | 38 | $ 0.07 | $ 2.66 |
| 09/23/09 | Photocopies 15:26, | 2 | $ 0.10 | $ 0.20 |
| 09/25/09 | Medical Records - - Vendor: Perry County Jail Copy fee for medical records | 1 | $ 35.00 | $ 35.00 |
| 09/25/09 | Miscellaneous - - Vendor: Branchville Correctional Facility Employment records | 1 | $ 9.00 | $ 9.00 |
| 09/25/09 | Photocopies 16:16, | 71 | $ 0.10 | $ 7.10 |
| 09/28/09 | Photocopies 16:18, | 2 | $ 0.10 | $ 0.20 |
| 09/28/09 | Photocopies 16:32, mcmanaway - kbr | 90 | $ 0.10 | $ 9.00 |
| 09/28/09 | Photocopies 15:29, Partlow/KBR | 193 | $ 0.10 | $ 19.30 |

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|------|-------------|-----|---|------|---|--------|
| 09/30/09 | Photocopies 16:08, | 1 | $ | 0.10 | $ | 0.10 |
| 09/30/09 | LitSup-Blowbacks B/W (Printing) , Printed 9 documents for attorney review.  568 pages. | 1 | $ | 21.30 | $ | 21.30 |

REMITTANCE PAGE



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# ❖ HealthPort.
## INVOICE

Invoice #: 0059998515
Date: 8/21/2009
Customer #: 1312514

Ship to:

MELISSA
ICE MILER
ONE AMERICAN SQUARE STE 2900
INDIANAPOLIS, IN 46282-

Bill to:

MELISSA
ICE MILER
ONE AMERICAN SQUARE STE 2900
INDIANAPOLIS, IN 46282-

Records from:

JOHNSON MEMORIAL HOSPITAL
1125 W JEFFERSON
FRANKLIN, IN 46131

**Requested By:** ICE MILLER
**Patient Name:** EBERT TOMMY J

SSN: *****6674
DOB: 101868

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 50 | 0.50 | 25.00 |
| Per Page Copy (Paper) 1 | 20 | 0.25 | 5.00 |
| Shipping/Handling | | | 4.95 |
| Subtotal | | | 54.95 |
| Sales Tax | | | 3.85 |
| Invoice Total | | | 58.80 |
| Balance Due | | | 58.80 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

**Please remit this amount : $ 58.80 (USD)**

✄ ----------------------------------------

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0059998515**

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.



# TROY CLINIC

LISA M. MILLER, FNP-C          ANASTACIA LAGUNZAD, D.O.

Date: August 25, 2009
Patient: William Bickell
Date of Birth: 9-27-65

To: Ice Miller LLP

In order for us to release medical records on the above named patient, we must receive a payment of $21.50 -Troy Clinic Tax ID is 42-1671927.

Please submit payment to:
    Troy Clinic
    P.O. Box 279
    315 Main St.
    Troy, IN 47588

Your prompt attention will be greatly appreciated. If you have any questions, feel free to contact me at (812) 547-9552.

Sincerely,

Medical Records

**Kennedy, Joanna**

From:    Cooper, Melissa
Sent:    Thursday, September 24, 2009 11:18 AM
To:      Kennedy, Joanna
Subject: Perry county Jail

Perry County Jail
119 S. 7th Street
Cannelton, Indiana 47520

$35.00
Cost for Bunner Employment records

Melissa L. Cooper
Paralegal, Business Litigation
ICE MILLER LLP
Legal Counsel
One American Square
Suite 3100
Indianapolis, IN 46282-0200
Direct Dial: 317-222-2949
Direct Fax: 317-592-5457
melissa.cooper@icemiller.com

*"No weapon in the arsenals of the world, is so formidable as the will and moral courage of free men and women."*
*-- Ronald Reagan*

9-24-2009



Mitchell E. Daniels, Jr.
Governor

Ed. G. Buss
Commissioner

**BRANCHVILLE CORRECTIONAL FACILITY**
21390 Old State Road 37 – Branchville, Indiana 47514
Phone: (812) 843-5921 – Fax: (812) 843-4262

Gil Peters
Superintendent

August 19, 2009

Melissa A. Cooper
Paralegal to Seth M. Thomas
IceMiller LLP
Fax (317) 592-5457

Regarding:
**William Earl Bickell**
**DOB: 09/27/65**

This Facility received your request for the employment records of Mr. Bickell.  Please be advised there is a prepayment copying charge of 10 cents per copy, and this former employee had 90 pages in his personnel file.

The $9.00 charge can be made payable to <u>Branchville Correctional Facility</u>, and sent to my attention.  The copied file will be mailed upon receipt.

If you have any questions or need additional information, please call me at (812) 843-5921.

Sincerely,

Tony Goffinet, PHR
Human Resource Generalist
Branchville Correctional Facility

# Transaction Summary by Account/Disbursement

(Transaction data, 9/1/09 to 9/30/09, Client Matter Number equals '28959.0001' and Disbursement equals 'LitSup-OCR/page')

| Disbursement Code | Transactions | Duration | Quantity | Billable Quantity | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001  (KBR, Inc./Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | | |
| LitSup-OCR/page (LITSP3) | 1 | | 1 | 1 | USD | 9.83 |
| **Client Matter Totals: 28959.0001** | 1 | | | | USD | **9.83** |

Ice Miller

# Transaction Summary by Account/Disbursement

(Transaction data, 9/1/09 to 9/30/09, Client Matter Number equals '28959.0001' and Disbursement equals 'LitSup-Blowbacks B/W (Printing)'))

| Disbursement Code | Transactions | Duration | Quantity | Billable Quantity | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001 (KBR, Inc./Mark McManaway, et al. v. KBR, Inc., et al.)** | 1 | | | | | |
| LitSup-Blowbacks B/W (Printing) (LITSP5) | | | 1 | 1 | USD | 21.30 |
| **Client Matter Totals: 28959.0001** | 1 | | | | USD | 21.30 |