# ICE MILLER LLP

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

FOR SERVICES RENDERED THROUGH August 31, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.



| Date | Description | Attorney | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 08/21/09 | Exchanged e-mails with co-counsel regarding the filing of an answer versus a motion to dismiss in response to the Second Amended Complaint. | | | | | |
| | | D. Snemis | .40 hrs. | 395.00/hr | $ | 158.00 |
| 08/24/09 | Attention to correspondence; filed Surreply in Support of Motion to Dismiss; attention to Court scheduling order. | | | | | |
| | | S. Thomas | 90 hrs. | 245.00/hr | $ | 220.50 |
| 08/24/09 | Reviewed e-mails and time requirements for motion to dismiss/answer after amended complaint; reviewed case law regarding tolling of time to answer if motion to dismiss; reviewed amendments to Fed. R. Civ. P. 15 regarding same; reviewed judge's order regarding status of briefing on motion to dismiss; drafted second motion to dismiss. | | | | | |
| | | T. Mixdorf | 2.40 hrs. | 365.00/hr | $ | 876.00 |
| 08/25/09 | Reviewed draft of new Motion to Dismiss; forwarded draft to client and co-counsel for consideration; received e-mails from co-counsel regarding motion to dismiss and discovery issues; received fax from plaintiffs' counsel. | | | | | |
| | | D. Snemis | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 08/25/09 | Conferred regarding motion to dismiss and filing deadline. | | | | | |
| | | T. Mixdorf | .20 hrs. | 365.00/hr | $ | 73.00 |

| 08/31/09 | Attention to Motion to Dismiss Second Amended Complaint for lack of personal jurisdiction. | | | | |
| | P. R. Scaletta | .20 hrs. | 470.00/hr | $ | 94.00 |
| 08/31/09 | Teleconference from Branchville Correctional regarding request for Bickell employment records; attention to all records received and organized with witness file for review; communications with Healthport regarding Ebert medical records; communications with Phelps regarding Ebert records and poor quality of same; coordinated duplication efforts to reverse copy Ebert records; analyzed medical records received from Troy Clinic regarding Bickell; identified supplemental medical providers; prepared clinic records for PDF conversion; prepared correspondence to Phelps enclosing Bickell medical records; prepared fax correspondence and records to Troy Clinic requesting completed certification of medical records; analyzed medical records received from VA-Louisville regarding Bunner; identified supplemental providers; prepared records for PDF conversion; prepared expense requests regarding medical records; prepared updated medical acquisition charts for Ebert, Bickell and Bunner; prepared updated medical acquisition chart; prepared updated plaintiff file status chart; prepared updated document production status; attention to document production received from plaintiffs and corresponded with Thomass regarding same. | | | | |
| | M. Cooper | 5.50 hrs. | 205.00/hr | $ | 1,127.50 |

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|------|-------------|-----|------|---|--------|
| 08/05/09 | Photocopies 08:36, | 10 | $ 0.10 | $ | 1.00 |
| 08/06/09 | Medical Records - - Vendor: Gene E. Ress, MD., PSC Expense for copy fee for medical records - McManaway | 1 | $ 50.00 | $ | 50.00 |
| 08/06/09 | Medical Records - - Vendor: Daniel C. Eby, DO PC Expense for copy fee for medical records - Whistle | 1 | $ 46.45 | $ | 46.45 |
| 08/06/09 | Medical Records - - Vendor: Perry County Family Practice Copy fees for medical records - Board | 1 | $ 11.50 | $ | 11.50 |
| 08/06/09 | Medical Records - - Vendor: ProRehab, P.C. Copy fees for medical records - Delashmutt | 1 | $ 20.00 | $ | 20.00 |
| 08/06/09 | Medical Records - - Vendor: Department of Veteran Affairs Copy fees for medical records - Partlow | 1 | $ 14.70 | $ | 14.70 |

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|------|-------------|-----|------|---|--------|
| 08/06/09 | Photocopies 16:58, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 17:25, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 17:24, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 17:33, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 17:11, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 17:18, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 18:16, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 18:23, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 18:28, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 18:40, | 3 | $ | 0.10 $ | 0.30 |
| 08/06/09 | Photocopies 17:39, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 18:53, | 6 | $ | 0.10 $ | 0.60 |
| 08/06/09 | Photocopies 16:18, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 16:07, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 16:19, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 15:22, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 14:50, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 18:58, | 1 | $ | 0.10 $ | 0.10 |
| 08/06/09 | Photocopies 19:45, | 2 | $ | 0.10 $ | 0.20 |
| 08/07/09 | Photocopies 16:33, | 1 | $ | 0.10 $ | 0.10 |
| 08/07/09 | Photocopies 16:40, | 1 | $ | 0.10 $ | 0.10 |
| 08/07/09 | Photocopies 14:32, | 1 | $ | 0.10 $ | 0.10 |
| 08/07/09 | Photocopies 14:56, | 1 | $ | 0.10 $ | 0.10 |
| 08/07/09 | Photocopies 14:40, | 1 | $ | 0.10 $ | 0.10 |
| 08/07/09 | Photocopies 14:47, | 1 | $ | 0.10 $ | 0.10 |
| 08/07/09 | Photocopies 15:02, | 2 | $ | 0.10 $ | 0.20 |
| 08/07/09 | Photocopies 11:36, | 6 | $ | 0.10 $ | 0.60 |
| 08/07/09 | Photocopies 16:54, | 135 | $ | 0.10 $ | 13.50 |
| 08/07/09 | Photocopies 15:17, | 18 | $ | 0.10 $ | 1.80 |
| 08/07/09 | Postage Expense , , , POS, , , , , 16 , | 1 | $ | 94.97 $ | 94.97 |
| 08/10/09 | Photocopies 11:37, | 5 | $ | 0.10 $ | 0.50 |
| 08/10/09 | Photocopies 11:11, | 5 | $ | 0.10 $ | 0.50 |
| 08/10/09 | Photocopies 10:58, | 1 | $ | 0.10 $ | 0.10 |
| 08/10/09 | Photocopies 10:52, | 1 | $ | 0.10 $ | 0.10 |
| 08/10/09 | Photocopies 11:04, | 1 | $ | 0.10 $ | 0.10 |
| 08/10/09 | Photocopies 14:58, | 46 | $ | 0.10 $ | 4.60 |
| 08/11/09 | Photocopies 09:32, | 1 | $ | 0.10 $ | 0.10 |
| 08/11/09 | Photocopies 11:08, | 1 | $ | 0.10 $ | 0.10 |
| 08/11/09 | Photocopies 10:46, | 1 | $ | 0.10 $ | 0.10 |
| 08/11/09 | Photocopies 10:14, | 1 | $ | 0.10 $ | 0.10 |
| 08/11/09 | Photocopies 10:24, | 1 | $ | 0.10 $ | 0.10 |
| 08/11/09 | Photocopies 11:02, | 1 | $ | 0.10 $ | 0.10 |
| 08/11/09 | Photocopies 10:57, | 1 | $ | 0.10 $ | 0.10 |
| 08/11/09 | Photocopies 10:52, | 1 | $ | 0.10 $ | 0.10 |
| 08/11/09 | Photocopies 16:27, | 68 | $ | 0.10 $ | 6.80 |
| 08/12/09 | Photocopies 16:17, | 1 | $ | 0.10 $ | 0.10 |
| 08/12/09 | Photocopies 16:50, | 1 | $ | 0.10 $ | 0.10 |
| 08/12/09 | Photocopies 15:53, | 1 | $ | 0.10 $ | 0.10 |
| 08/13/09 | Photocopies 11:24, | 1 | $ | 0.10 $ | 0.10 |
| 08/13/09 | Photocopies 14:06, | 1 | $ | 0.10 $ | 0.10 |
| 08/13/09 | Photocopies 14:09, | 1 | $ | 0.10 $ | 0.10 |
| 08/13/09 | Photocopies 15:55, | 1 | $ | 0.10 $ | 0.10 |
| 08/13/09 | Photocopies 15:48, | 1 | $ | 0.10 $ | 0.10 |

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|------|-------------|-----|---|------|---|--------|
| 08/13/09 | Photocopies 15:28, | 1 | $ | 0.10 | $ | 0.10 |
| 08/13/09 | Photocopies 15:34, | 1 | $ | 0.10 | $ | 0.10 |
| 08/13/09 | Photocopies 14:28, | 1 | $ | 0.10 | $ | 0.10 |
| 08/13/09 | Photocopies 14:39, | 1 | $ | 0.10 | $ | 0.10 |
| 08/13/09 | Photocopies 14:49, | 1 | $ | 0.10 | $ | 0.10 |
| 08/13/09 | Photocopies 15:18, | 1 | $ | 0.10 | $ | 0.10 |
| 08/13/09 | Photocopies , | 203 | $ | 0.10 | $ | 20.30 |
| 08/13/09 | Photocopies 16:59, | 12 | $ | 0.10 | $ | 1.20 |
| 08/13/09 | Photocopies 16:13, | 10 | $ | 0.10 | $ | 1.00 |
| 08/14/09 | Photocopies 15:28, | 14 | $ | 0.10 | $ | 1.40 |
| 08/14/09 | Photocopies 14:15, | 421 | $ | 0.10 | $ | 42.10 |
| 08/14/09 | Photocopies 14:54, | 3 | $ | 0.10 | $ | 0.30 |
| 08/14/09 | Photocopies 15:02, | 44 | $ | 0.10 | $ | 4.40 |
| 08/21/09 | Photocopies 10:11, | 2 | $ | 0.10 | $ | 0.20 |
| 08/24/09 | Legal Research Expense - WESTLAW MCMANAWAY V. KBR, | 1 | $ | 216.15 | $ | 216.15 |
| 08/25/09 | Legal Research Expense - WESTLAW MCMANAWAY V. KBR, | 1 | $ | 449.40 | $ | 449.40 |







16 LTRS

# Mail Services Postage Request Form



**ICE MILL**
LEGAL & BUSINES

| Personal Charges | | | | | |
|---|---|---|---|---|---|
| ☐ Certified Mail | ☐ Insured Mail | ☐ Priority Mail | ☐ Return Receipt | ☐ 1st Class Mail | ☐ E: |
| Name: | | | Employee Signature: | | |
| Personal Account #: | 90008. | | Date: | 8/7/09 | |

| Client Charges | | | | | |
|---|---|---|---|---|---|
| ☐ Certified Mail | ☐ Insured Mail | ☐ Priority Mail | ☒ Return Receipt | ☐ 1st Class Mail | ☐ Ex |
| Client / Matter #: | 28959. 0001 | | Attorney Initials: | M. Cooper | |

| For Mail Services Use Only | |
|---|---|
| Cost: | Signature: BW |

94.97

- Your signature acknowledges that these services have been requested by or provided to you.
- Within 24 hours you will receive a copy of charges from Mail Services for your records.

- - - - - - - - - - - - - - - - - - - - - - -  Cut here and retain for your records if desired  - - - - - - - - - - - -

# Transaction Detail by Account

(Transaction data, 8/1/09 to 8/31/09, Client Matter Number equals '28959.0001' and Disbursement equals 'Postage')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|-----------|------|---------|----------|-----|----------|--------|

**Client Matter: 28959.0001  (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)**
**Disbursement: Postage**

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|-----------|------|---------|----------|-----|----------|--------|
| 08/07/2009 00:00 | Cooper, Melissa | . ., POS, . , . , 16 | | 1 | USD | 94.97 |
| | | | Subtotal | 1 | USD | 94.97 |

**Total Client Matter: 28959.0001  (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** USD | | | | | | 94.97

Grand Totals:  USD   94.97

# Marriott

**EVANSVILLE AIRPORT**

**GUEST FOLIO**

7101 Highway 41 North, Evansville, IN 47725 • 812.867.7999 • Marriott.com/EVVAP

| 537 Room | SNEMIS/DONALD Name | 139.95 Rate | 08/17/09 Depart | 11:00 Time | 16473 ACCT# |
|----------|---------------------|-------------|------------------|------------|--------------|
| KING Type | | | 08/16/09 Arrive | 20:30 Time | |
| 34 | | | | | |

VSXXXXXXXXXXXXX5259

**MR#: XXXXX7607**

| Room Clerk | Address | Payment | | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 08/16 | ROOM           537, 1 | 139.95 | | |
| 08/16 | ROOM TAX       537, 1 | 9.80 | | |
| 08/16 | CITY TAX       537, 1 | 11.20 | | |
| 08/16 | MOVIES | | | |
|       | 1 0      14.97 | 14.97 | | |
| 08/17 | VS CARD | | $175.92 | |

**TO BE SETTLED TO:     VISA          CURRENT BALANCE   .00**

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------ EXP. REPORT SUMMARY ------------------
| 08/16 | MOVIES | 14.97 |
| | ROOM&TAX | 160.95 | *correct amount* |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Enjoy a sneak peek at Marriott Rewards announcements, early access to
exciting specials and expert tips from fellow members and concierges
all in the new lobby of your online community - the Insiders.
Join the conversation today at www.MarriottRewardsInsiders.com.

Register by October 31 to earn up to 25,000 MegaBonus points!
Earn bonus points for stays between Sep 15, 2009 and Jan 15, 2010
paid with your Visa Card. MegaBonus...It's Mega-Rewarding.
Register now at MarriottRewards.com/MegaBonus or 888-MARRIOTT.

Marriott Rewards Account # XXXXX7607
Date 08/16/09-08/17/09 Est. Eligible Revenue     $154.92
Est. base Points Earned: 1549
For activity: 801-468-4000 or www.Marriott.com

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

® Contains 30% post consumer fibers          To secure your next stay, go to Marriott.com

**STATEMENT**

**GENE E. RESS, M.D., P.S.C.**
2127 TELL STREET
TELL CITY, INDIANA 47586

TELEPHONE
(812) 547-6449

Ice Milles LLP
One American Square
Suites 2900
Indianapolis, I 46282

CHARGES OR
PAYMENTS MADE
AFTER LAST DATE
SHOWN WILL APPEAR
ON YOUR NEXT
STATEMENT

| DATE FAMILY MEMBER | DESCRIPTION | TOTAL FEE | CREDITS | | BALANCE FORWARD |
|---|---|---|---|---|---|
| | | | PAYMENTS | ADJ. | BALANCE |
| 7/8/09 | Mark McManaury — Medical record copies | 50 00 | | | 50 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SAFEGUARD Form No. LSM11WD 1/06
L98LS001606M 1/06

PLEASE PAY LAST AMOUNT IN BALANCE COLUMN

OV    – Office Visit
CPE   – Complete History & Physical
HOSP  – Hospital Care
EMR   – Emergency Treatment
WB    – Well Baby Check

IMM   – Immunizations
INJ   – Injection
PAP   – Pap Smear
PEL   – Pelvic Exam
CONS  – Consultation
PHONE – Consult & Rx

HC    – House Call
INS   – Insurance
TC    – Throat Culture
PE    – Pregnancy Exam
OTHER – _____

# DANIEL C. EBY, D.O.
Orthopedic Surgeon
Medical Arts Building, 721 W. 13ᵗʰ Street, Suite 121, Jasper IN 47546
(812) 482 – 7441 *** (Fax) 482 – 7444
Arthroscopy * Sports Medicine
Total Joint Replacement * Fracture Care * Hand Surgery

## FACSIMILE TRANSMITTAL SHEET

Date: 7-31-2009

To: Melissa Cooper

Sender: Alicia,

Company: Ice Miller LLP

Fax Number: 317-592-5457

Total Number of pages including cover:

Phone Number (optional): 317-221-2949

RE: Lucas Whistle

☐ Urgent          ☐ For Review          ☒ Please Reply

Notes/Comments:

- Medical Records Have Been Copied on:

   Lucas Whistle

- Date of Birth: 4-21-1978

- Claim # / ID #:

- Please Submit $46.45 for the copies of the

   requested medical records.

- When the payment for the records is received,

   the requested records will then be mailed out.

- Our Tax ID #: 20-1147631

                                   Thanks,
                                   AJ

The document accompanying this telecopy transmission contains confidential information. The information is intended only for the use of the individual(s) or entity noted above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is not permissible. If you have received this telecopy in error, please immediately notify us by telephone at the above number.

# PERRY COUNTY FAMILY PRACTICE

## Phone: (812)843-3038   Fax: (812)843-3084

Date: 7/25/05

Patient: Matthew Board

Date of Birth: 3-28-79

To: Ice Miller LLP
One American Square Suite 2900
Indianapolis, IN 46282-0200

In order for us to release medical records on the above named patient, we must
receive a payment of $ 11.50 . Perry Co. Family Practice Tax ID is 42-1671929.

Please submit payment to:

Perry County Family Practice
18485 St Rd 37
Leopold, IN 47551

Your prompt attention will be greatly appreciated. If you have any questions, feel
free to contact me at (812) 843-3038.

Sincerely,

Kimberli Helm
Medical Records

JUL 29 · 5:25

PROREHAB, P.C.

5011 WASHINGTON AVENUE, STE 1
EVANSVILLE, IN 47715
812-476-0409

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2009 | 071508 |

| Bill To |
|---------|
| ICE MILLER LLP<br>ONE AMERICAN SQUARE<br>SUITE 2900<br>INDIANAPOLIS, IN 46282-0200 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due Upon Receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Medical Records- maximum of 10 pages | 15.00 | 15.00 |
|  | Itemized Bill | 5.00 | 5.00 |
|  | WILLIAM DELASHMUTT |  |  |
|  | **Total** |  | $20.00 |

# DEPARTMENT OF
# VETERANS AFFAIRS

## Explanation of Fees For Release Of Information Request

*ICE MILLER LEGAL COUNSEL*
*ONE AMERICAL SQUARE, SUITE 2900*
*INDIANAPOLIS, INDIANA 46282-0200*

Patient Name: PARTLOW, MICAH DANIEL
Requestor Name: ICE MILLER LEGAL COUNSEL
Request received on: JUN 26, 2009

The following fees are based on the information being provided to you per your request.

For a detailed list of the information provided please contact the Release of Information unit at this VA facility at 828-298-7911.

### Breakdown of Charges for this request

| Item Description | Number | Billed For | Unit Cost | Total |
|---|---|---|---|---|
| Printed Pages | 177 | 77 | $0.15 | $11.55 |
| Copied Pages | 1 | 1 | $0.15 | $0.15 |
| Attestation | 1 | n/a | $3.00 | $3.00 |
| | | | **Balance Due:** | **$14.70** |

Please remit payment to the following address.

Charles George VA Medical Center
1100 Tunnel Road (136D)
Asheville, NC  28805

Please make your check payable to the "Department of Veterans Affairs".  Do not send cash.  Send payment to *Attn: Release of Information Unit* at the above VA address with either a copy of this letter, or annotate on the check the veteran's full name to which these funds apply.

For any questions or concerns, please contact the Release of Information Department at 828-298-7911.

Barbara J. Freeby, RHIA, CCS
Chief, Health Information Management Section

| BANK: AGENCY/TRUST ☐ OPERATING ☐ | EXPENSE VOUCHER |

**Charge To:**

☐ Client

Mc Monagar v. KBR
*Name/Matter Title*

28959.0001
*Client/Matter Number*

☐ Firm

_____
_____
_____

*(For Accounting Use Only)*

**Accounting Instructions:**

☐ Cash  ☑ Check    2161    Date  2/5/11
DA375
30

Check Payable To:

Donald Snemis

☑ Deliver To:    N. Hunter

Floor:    33

☐ Mail with Attached Envelope

Cash Received By:

_____
*Signature*

**Purpose of Expenditure:**

Date:    8/17/09

Place:    _____

Re:

Travel re: Settlement Conference
in Evansville
_____
_____
_____

*Partner Approval*
*(Managing Partner approval required*
*for client disbursements in excess of $500)*

**Expenses:**

*Travel expenses over $75.00 must be accompanied by receipts.*

Personal Travel Expenses:

Airfare ............................................  $ _____

Mileage/Ground Transportation ... 404 miles@  $  222.20

Lodging .............................. .55/mile  $ _____

Meals ..........................  **MILES**  $ _____

Other Expenses: _____  $ _____

_____  $ _____

_____  $ _____

Total  $  222.20

Check Number  _____

Ice Miller

# Transaction Detail by Account

(Transaction data, 8/1/09 to 8/31/09, Client Matter Number equals '28959.0001' and Disbursement equals 'Westlaw')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001** (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.) | | | | | | |
| **Disbursement: Westlaw** | | | | | | |
| 08/24/2009 00:00 | Mixdorf, Thomas | MCMANAWAY V. KBR | 0:00:00 | 1 | USD | 216.15 |
| 08/25/2009 00:00 | Mixdorf, Thomas | MCMANAWAY V. KBR | 0:00:00 | 1 | USD | 449.40 |
| | | Subtotal | 0:00:00 | 2 | USD | 665.55 |
| | | **Total Client Matter: 28959.0001** (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.) | | | USD | 665.55 |
| | | | | **Grand Totals:** | USD | 665.55 |

# Transaction Detail by Account

(Copier data , 8/1/09 to 8/31/09, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001  (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | | |
| **Disbursement: Photocopying: Black & White** | | | | | | |
| 08/05/2009 08:36 | Kennedy, Joanna | 08:36 | | 10 | USD | 1.80 |
| 08/06/2009 18:40 | Haseman, Karen | 18:40 | | 3 | USD | 0.54 |
| 08/06/2009 18:53 | Haseman, Karen | 18:53 | | 6 | USD | 1.08 |
| 08/06/2009 19:45 | Haseman, Karen | 19:45 | | 2 | USD | 0.36 |
| 08/07/2009 11:36 | Cooper, Melissa | 11:36 | | 6 | USD | 1.08 |
| 08/07/2009 15:02 | Haseman, Karen | 15:02 | | 2 | USD | 0.36 |
| 08/07/2009 15:17 | Haseman, Karen | 15:17 | | 18 | USD | 3.24 |
| 08/07/2009 16:54 | Haseman, Karen | 16:54 | | 135 | USD | 21.75 |
| 08/10/2009 11:11 | Haseman, Karen | 11:11 | | 5 | USD | 0.90 |
| 08/10/2009 11:37 | Haseman, Karen | 11:37 | | 5 | USD | 0.90 |
| 08/10/2009 14:58 | Haseman, Karen | 14:58 | | 46 | USD | 8.28 |
| 08/11/2009 16:27 | Haseman, Karen | 16:27 | | 68 | USD | 11.70 |
| 08/13/2009 16:13 | Haseman, Karen | 16:13 | | 10 | USD | 1.80 |
| 08/13/2009 16:59 | Haseman, Karen | 16:59 | | 12 | USD | 2.16 |
| 08/14/2009 14:15 | Haseman, Karen | 14:15 | | 421 | USD | 64.65 |
| 08/14/2009 15:02 | Haseman, Karen | 15:02 | | 44 | USD | 7.92 |
| 08/21/2009 10:11 | Hunter, Nikki | 10:11 | | 2 | USD | 0.36 |
| | | | **Subtotal** | 795 | USD | 128.88 |
| | | | | | | |
| **Total Client Matter: 28959.0001  (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | USD | 128.88 |
| | | | | | | |
| | | | **Grand Totals:** | | USD | 128.88 |

Created 9/24/2009 at 3:15:42PM