# ICE MILLER LLP

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

FOR SERVICES RENDERED THROUGH July 31, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.          2008-4+6-304120

| Date | Description | | | | |
|------|-------------|--|--|--|--|
| 07/06/09 | Attention to our Opposition to Plaintiffs' Motion to file Surreply and our Surreply (in the alternative). | | | | |
| | P. R. Scaletta | .40 hrs. | 470.00/hr | $ | 188.00 |
| 07/06/09 | Finalized and filed objection to surreply and proposed response to surreply; conferred with Mixdorf and clients regarding same; received new medical and employment authorizations for handling by Cooper. | | | | |
| | D. Snemis | 1.30 hrs. | 395.00/hr | $ | 513.50 |
| 07/06/09 | Finalized surreply and motion to file same. | | | | |
| | T. Mixdorf | 1.50 hrs. | 365.00/hr | $ | 547.50 |

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/06/09 | Photocopies 11:25, | 6 | $ 0.10 | $ 0.60 |
| 07/07/09 | Medical Records - - Vendor: Michiana Gastroenterology, Inc. Copy Fees for Medical Records of McIntyre | 1 | $ 15.00 | $ 15.00 |
| 07/07/09 | Medical Records - - Vendor: McDonald Physical Therapy Copy fees for medical records of Rancourt | 1 | $ 19.04 | $ 19.04 |
| 07/07/09 | Medical Records - - Vendor: HealthPort Copy fees for medical records : Rancout | 1 | $ 31.41 | $ 31.41 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 07/24/09 | Photocopies 15:40, | 4 | $ 0.10 | $ 0.40 |
| 07/24/09 | Photocopies 16:27, | 130 | $ 0.10 | $ 13.00 |
| 07/25/09 | Legal Research Expense - WESTLAW FIRM, | 1 | $ 143.92 | $ 143.92 |







# Michiana
# Gastroenterology
# Inc.

100 Navarre Place, Suite 4460
South Bend, Indiana 46601
Phone: 574-234-0049
Fax: 574-234-0053

Patrick J. O'Dea, MD, FACG, FACP
John G.Mathis, MD
David G.Mark, MD
Oliver D. Gilliam, MD, FACG
Michael A. Manbeck, MD
Pankaj A. Patel, MD

Date: 6·30·09

To: ICe miller

317-592-5457

RE: Benjamin McIntyre

SSN: 317·98·0858

DOB: 7·18·77

We are in receipt of your request for medical records on the above individual. Please note that in order to comply we must request the following checked items:

_____    signed patient authorization

  X        check in the amount of $ 15.00

_____    _____

Upon receipt, we will send you the records requested.

Best regards,

*Amanda*

Medical Records



## McDonald

*Physical Therapy & Sports Rehabilitation Center*

"Stronger Every Day"

6 / 24 / 09

To whom it may concern:

The records you requested for David Rancourt (55358)
are enclosed.

The fee for these records is $ 19.04 .

Thank you for your prompt payment.    21 pages

*Barb Rogers*

**Barb Rogers**
**McDonald Physical Therapy records**

Tax ID:    35-1822546

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



# HealthPort.
## INVOICE

Invoice #: **0057971857**
Date: **6/24/2009**
Customer #: 1460646

| Ship to: |
|---|
| MELISSA A COOPER<br>ICEMILLER LLP<br>200 W MADISON ST STE 3500<br>CHICAGO, IL 60606 |

| Bill to: |
|---|
| MELISSA A COOPER<br>ICEMILLER LLP<br>200 W MADISON ST STE 3500<br>CHICAGO, IL 60606 |

| Records from: |
|---|
| GRANGER FAMILY MEDICINE<br>52500 FIR RD<br>SOUTH BEND, IN 46530 |

**Requested By:** ICEMILLER LLP
**Patient Name:** RANCOURT DAVID WILLIAM

**DOB:** 011679

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 18 | 0.50 | 9.00 |
| Per Page Copy (Paper) 2 | 10 | 0.00 | 0.00 |
| Shipping/Handling | | | 2.41 |
| Subtotal | | | 31.41 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 31.41 |
| Balance Due | | | 31.41 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

**Please remit this amount : $ 31.41 (USD)**

---

✂

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: **0057971857** |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** July 01, 2009 - July 31, 2009
**Report Format:** Detail-Account by Client by User by Day **(Targeted)**

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: **1000783778** | | | | | | | |
| Client FIRM | | | | | | | |
| User Name MIXDORF,THOMAS E (753876) | | | | | | | |
| Day 07/25/2009 | | | | | | | |
| Included | | | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | $12.50 | $0.88 | $13.38 |
| TRANSACTIONAL SEARCHES | | 2 | | | $122.00 | $8.54 | $130.54 |
| Totals for Included | | 3 | | | $134.50 | $9.42 | $143.92 |
| Totals for Day 07/25/2009 | | 3 | | | $134.50 | $9.42 | $143.92 |
| Totals for User Name MIXDORF,THOMAS E (753876) | | 3 | | | $134.50 | $9.42 | $143.92 |
| Totals for Client FIRM | | 3 | | | $134.50 | $9.42 | $143.92 |
| Totals for Account: **1000783778** | | 3 | | | $134.50 | $9.42 | $143.92 |
| Report Totals - Included | | 3 | | | $134.50 | $9.42 | $143.92 |
| Report Totals | | 3 | | | $134.50 | $9.42 | $143.92 |

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** July 01, 2009 - July 31, 2009
**Report Format:** Detail-Account by Client by User by Day **(Targeted)**

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: **1000783778** | | | | | | | |
| Client FIRM | | | | | | | |
| User Name MIXDORF,THOMAS E (753876) | | | | | | | |
| Day 07/25/2009 | | | | | | | |
| Included | | | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | $12.50 | $0.88 | $13.38 |
| TRANSACTIONAL SEARCHES | | 2 | | | $122.00 | $8.54 | $130.54 |
| Totals for Included | | 3 | | | $134.50 | $9.42 | $143.92 |
| Totals for Day 07/25/2009 | | 3 | | | $134.50 | $9.42 | $143.92 |
| Totals for User Name MIXDORF,THOMAS E (753876) | | 3 | | | $134.50 | $9.42 | $143.92 |
| Totals for Client FIRM | | 3 | | | $134.50 | $9.42 | $143.92 |
| Totals for Account: **1000783778** | | 3 | | | $134.50 | $9.42 | $143.92 |
| Report Totals - Included | | 3 | | | $134.50 | $9.42 | $143.92 |
| Report Totals | | 3 | | | $134.50 | $9.42 | $143.92 |

# Transaction Detail by Account

(Finalized transactions, 7/1/09 to 7/31/09, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | | |
| **Disbursement: Photocopying: Black & White** | | | | | | |
| 07/06/2009 11:25 | Kennedy, Joanna | 11:25 | | 6 | USD | 1.08 |
| 07/24/2009 15:40 | Cooper, Melissa | 15:40 | | 4 | USD | 0.72 |
| 07/24/2009 16:27 | Kennedy, Joanna | 16:27 | | 130 | USD | 21.00 |
| | | Subtotal | 0:21:21 | 4 USD | | 2.30 |
| **Disbursement: Westlaw** | | | | | | |
| 07/25/2009 00:00 | Mixdorf, Thomas | FIRM | 0:00:00 | 1 | USD | 143.92 |
| | | Subtotal | 0:00:00 | 1 USD | | 143.92 |
| Total Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.) | | | | USD | | 211.02 |

Ice Miller

# Transaction Detail by Account

(Finalized transactions, 7/1/09 to 7/31/09, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|-----------|------|---------|----------|-----|----------|--------|