# ICE MILLER LLP

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

Invoice 693630   Page 1
July 25, 2009

FOR SERVICES RENDERED THROUGH June 30, 2009
Federal ID #35-0874357

2008-LITG-304120

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06/01/09 | Reviewed final draft of motion to amend complaint; researched plaintiffs' response to motion to dismiss, in particular plaintiffs' argument that effects test applies; began outlining argument in response. | | | | |
| | T. Mixdorf | 5.20 hrs. | 365.00/hr | $ | 1,898.00 |
| 06/02/09 | Continued research for reply in support of motion to dismiss for lack of personal jurisdiction. | | | | |
| | T. Mixdorf | 3.20 hrs. | 365.00/hr | $ | 1,168.00 |
| 06/02/09 | Worked on reply brief in support of motion to dismiss for lack of personal jurisdiction; exchanged e-mails with opposing counsel and attorney Jones regarding deposition procedures. | | | | |
| | D. Snemis | 2.50 hrs. | 395.00/hr | $ | 987.50 |

| | | | | | |
|---|---|---|---|---|---|
| 06/03/09 | Additional research regarding effects test; reviewed pleadings and evidence regarding same. | | | | |
| | T. Mixdorf | 3.50 hrs. | 365.00/hr | $ | 1,277.50 |

| | | | | | |
|---|---|---|---|---|---|
| 06/04/09 | Worked on reply in support of motion to dismiss for lack of personal jurisdiction, specifically the application of the "effects test." | | | | |
| | T. Mixdorf | 6.20 hrs. | 365.00/hr | $ | 2,263.00 |
| 06/04/09 | Worked on Reply Brief in support of motion to dismiss for lack of personal jurisdiction; exchanged e-mails with opposing counsel and attorney Jones regarding deposition procedures; lengthy proposal to Hawkins regarding deposition procedures. | | | | |
| | D. Snemis | 2.30 hrs. | 395.00/hr | $ | 908.50 |

| | | | | | |
|---|---|---|---|---|---|
| 06/05/09 | Continued work on reply in support of motion to dismiss for lack of jurisdiction. | | | | |
| | T. Mixdorf | 6.60 hrs. | 365.00/hr | $ | 2,409.00 |
| 06/05/09 | Reviewed deposition of Lowes; lengthy e-mail to Hawkins proposing deposition procedures. | | | | |
| | D. Snemis | 1.70 hrs. | 395.00/hr | $ | 671.50 |

| 06/09/09 | Considered reply in support of motion to dismiss; attention to article regarding Oregon lawsuit. | | | | |
| | T. Mixdorf | .70 hrs. | 365.00/hr | $ | 255.50 |

| 06/10/09 | Reviewed draft of reply in support of motion to dismiss; comments regarding same; conferred regarding same and objection to file second amended complaint. | | | | |
| | T. Mixdorf | 3.20 hrs. | 365.00/hr | $ | 1,168.00 |
| 06/10/09 | Worked on, researched, finalized and filed Reply Brief in support of motion to dismiss for lack of personal jurisdiction;  received call from Graves to discuss drafts; revised request for leave to amend Response to Request for Admission; revised SEII's Response to Request for Admission; exchanged e-mails with DeLaGarza regarding the corrections to the Lowes deposition; e-mailed opposing counsel regarding revisions to SEII's Response to Request for Admission. | | | | |
| | D. Snemis | 7.30 hrs. | 395.00/hr | $ | 2,883.50 |
| 06/10/09 | Attention to our Response to Second Motion to Amend Complaint; worked on our Reply in Support of Motion to Dismiss. | | | | |
| | P. R. Scaletta | .70 hrs. | 470.00/hr | $ | 329.00 |



06/18/09          Reviewed Plaintiffs' surreply in opposition to motion to dismiss for lack of personal jurisdiction;
                  conferred regarding same; began work on objection and surreply.

| | | T. Mixdorf | | 2.60 hrs. | | 365.00/hr | $ | 949.00 |
|---|---|---|---|---|---|---|---|---|

| 06/19/09 | Worked on surreply. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | T. Mixdorf | | 2.50 hrs. | | 365.00/hr | $ | 912.50 |
| 06/19/09 | Exchanged e-mails with Jones regarding several pending issues, including a response to Plaintiffs' Surreply on jurisdictional issues and Plaintiffs' request for access to Langford documents; received new medical authorizations and forwarded same to Cooper; finalized and filed response for motion for protection as to discovery issues. | | | | | | | |
| | D. Snemis | | 1.60 hrs. | | 395.00/hr | $ | 632.00 |

| 06/22/09 | Continued work on surreply in support of motion to dismiss for lack of personal jurisdiction. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | T. Mixdorf | | 2.10 hrs. | | 365.00/hr | $ | 766.50 |

| 06/24/09 | Worked on objection to plaintiffs' surreply and defendants' surreply. | | | | |
|---|---|---|---|---|---|
| | T. Mixdorf | 3.50 hrs. | 365.00/hr | $ | 1,277.50 |

| 06/25/09 | Research for surreply in support of motion to dismiss; worked on surreply; researched lex loci for intentional infliction of emotional distress. | | | | |
|---|---|---|---|---|---|
| | T. Mixdorf | 3.50 hrs. | 365.00/hr | $ | 1,277.50 |

| 06/26/09 | Continued workon objection to Plaintiffs' request to file a surreply and Defendants' surreply; research for same. | | | | |
|---|---|---|---|---|---|
| | T. Mixdorf | 4.80 hrs. | 365.00/hr | $ | 1,752.00 |
| 06/29/09 | Worked on surreply in support of motion to dismiss. | | | | |
| | T. Mixdorf | 5.00 hrs. | 365.00/hr | $ | 1,825.00 |
| 06/29/09 | Worked on objection and response to Plaintiffs' Surreply on Jurisdictional Issues. | | | | |
| | D. Snemis | .80 hrs. | 395.00/hr | $ | 316.00 |
| 06/30/09 | Continued work on surreply in support of motion to dismiss; reviewed West Virginia lawsuit for inclusion in same. | | | | |
| | T. Mixdorf | 1.50 hrs. | 365.00/hr | $ | 547.50 |

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 06/01/09 | Legal Research Expense - WESTLAW MCMANAWAY V. KBR, | 1 | $ | 310.31 | $ | 310.31 |
| 06/02/09 | Photocopies 14:54, | 8 | $ | 0.10 | $ | 0.80 |
| 06/02/09 | Legal Research Expense - WESTLAW 28959.0001.01102.PERSONAL JURISD, | 1 | $ | 45.48 | $ | 45.48 |
| 06/03/09 | Photocopies , | 72 | $ | 0.07 | $ | 5.04 |
| 06/03/09 | Photocopies , | 200 | $ | 0.07 | $ | 14.00 |
| 06/03/09 | Photocopies 14:17, | 8 | $ | 0.10 | $ | 0.80 |
| 06/03/09 | Photocopies 16:12, | 41 | $ | 0.10 | $ | 4.10 |
| 06/04/09 | Photocopies 16:52, | 12 | $ | 0.10 | $ | 1.20 |
| 06/08/09 | Photocopies , | 102 | $ | 0.07 | $ | 7.14 |
| 06/09/09 | Medical Records - - Vendor: Orthopaedic Associates Copy fee for medical records - DeLashmutt | 1 | $ | 44.28 | $ | 44.28 |
| 06/09/09 | Medical Records - - Vendor: HealthPort Copy fee for medical records - DeLashmutt | 1 | $ | 50.00 | $ | 50.00 |
| 06/09/09 | Medical Records - - Vendor: St. Mary's Warrick Hospital Copy fee for medical records - DeLashmutt | 1 | $ | 34.50 | $ | 34.50 |
| 06/09/09 | Medical Records - - Vendor: Department of Veterans Affairs Copy fee for Medical Records - Ebert | 1 | $ | 10.00 | $ | 10.00 |
| 06/09/09 | Medical Records - - Vendor: Gene E. Ress, MD., PSC Copy fee for medical records - Bunner | 1 | $ | 25.00 | $ | 25.00 |
| 06/09/09 | Medical Records - - Vendor: Memorial Hospital and Health Care Center Copy fee for medical records - Ebert | 1 | $ | 39.75 | $ | 39.75 |
| 06/09/09 | Photocopies , | 63 | $ | 0.07 | $ | 4.41 |
| 06/09/09 | Photocopies , | 53 | $ | 0.07 | $ | 3.71 |
| 06/09/09 | Photocopies , | 26 | $ | 0.07 | $ | 1.82 |
| 06/09/09 | Photocopies 17:49, | 2 | $ | 0.10 | $ | 0.20 |
| 06/09/09 | Photocopies 17:54, | 2 | $ | 0.10 | $ | 0.20 |
| 06/09/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD, | 1 | $ | 2,023.64 | $ | 2,023.64 |
| 06/10/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD, | 1 | $ | 375.84 | $ | 375.84 |
| 06/11/09 | Legal Research Expense - WESTLAW 28959.0001.09375.DEPOSITION PROC, | 1 | $ | 1,204.83 | $ | 1,204.83 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 06/12/09 | Photocopies 12:02, | 8 | $ 0.10 | $ 0.80 |
| 06/12/09 | Photocopies 12:05, | 8 | $ 0.10 | $ 0.80 |
| 06/12/09 | Photocopies 14:32, | 146 | $ 0.10 | $ 14.60 |
| 06/15/09 | Legal Research Expense - WESTLAW 28959.0001.09375.DEPOSITION PROC, | 1 | $ 597.88 | $ 597.88 |
| 06/16/09 | Photocopies 15:15, | 6 | $ 0.10 | $ 0.60 |
| 06/16/09 | Photocopies 16:30, | 4 | $ 0.10 | $ 0.40 |
| 06/16/09 | Legal Research Expense - WESTLAW 28959.0001.05232.RE. KBR - MCMAN, | 1 | $ 235.95 | $ 235.95 |
| 06/17/09 | Medical Records - - Vendor: HealthPort Medical records fee - Rancourt | 1 | $ 45.48 | $ 45.48 |
| 06/17/09 | Medical Records - - Vendor: OSMC Medical records fee - Aistrop | 1 | $ 55.25 | $ 55.25 |
| 06/17/09 | Photocopies 16:37, | 12 | $ 0.10 | $ 1.20 |
| 06/17/09 | Photocopies , | 15 | $ 0.07 | $ 1.05 |
| 06/17/09 | Legal Research Expense - WESTLAW 28959.0001.05232.RE. KBR - MCMAN, | 1 | $ 192.88 | $ 192.88 |
| 06/18/09 | Photocopies , | 26 | $ 0.10 | $ 2.60 |
| 06/18/09 | Legal Research Expense - WESTLAW 28959.0001.09375.DEPOSITION PROC, | 1 | $ 886.23 | $ 886.23 |
| 06/19/09 | Photocopies 14:57, | 10 | $ 0.10 | $ 1.00 |
| 06/19/09 | Photocopies 16:35, | 34 | $ 0.10 | $ 3.40 |
| 06/22/09 | Photocopies 15:35, | 44 | $ 0.10 | $ 4.40 |
| 06/23/09 | Medical Records - - Vendor: HealthPort Copy fee for medical records - Rancourt | 1 | $ 31.57 | $ 31.57 |
| 06/23/09 | Photocopies 16:18, | 62 | $ 0.10 | $ 6.20 |
| 06/23/09 | Photocopies 09:59, mcmanaway - m cooper | 10 | $ 0.10 | $ 1.00 |
| 06/23/09 | Legal Research Expense - WESTLAW MCMANAWAY, | 1 | $ 259.48 | $ 259.48 |
| 06/24/09 | Photocopies 17:10, | 11 | $ 0.10 | $ 1.10 |
| 06/24/09 | Photocopies 13:19, | 111 | $ 0.10 | $ 11.10 |
| 06/25/09 | Photocopies 16:38, | 2 | $ 0.10 | $ 0.20 |
| 06/25/09 | Legal Research Expense - WESTLAW 28959.0001.01102.PERSONAL JURISD, | 1 | $ 62.87 | $ 62.87 |
| 06/30/09 | Photocopies 13:38, | 31 | $ 0.10 | $ 3.10 |







**ORTHOPAEDIC ASSOCIATES**

www.maorpnsville.com

533 West Columbia Street
Evansville, IN 47710
(812) 424-9291 Fax: (812) 421-2722

10455 Orthopaedic Drive
Newburgh, IN 47630
(812) 424-9291

James A. Rang, M.D., M.B.A.
Alan H. Johnson, M.D.
Gary R. Moore, M.D.
Russ E. Warburger, M.D.
James E. Joris, M.D.

Paul D. Alley, M.D., F.A.C.S.
Dennis J. Beck, M.D
Douglas J. Lowery, M.D.
David H. King, M.D.
Robert T Vruney, M.D.

Deena Beck, P.A.-C.
Linda Mitchell, P.A.-C
Jennifer Sims, N.P.
Samantha Hodges, A.C.N.P-B.C.
Jennifer Steinkamp, F.N.P.-C
Angela Schenker, ACNP-BC

Administrator
Jerry Blanton, M B A

**May 14, 2009**

Ice Miller, LLP
Attn: Melissa Cooper
Fax: 317-236-2219

Re: William DeLashmutt
Doctor: King

Dear Sirs,

We received a request for medical records regarding the above-named patient. Please forward a check in the amount of **$44.28** which is our customary fee for the services that have been requested, then we will promptly forward the medical records. If you have any questions, please do not hesitate to contact our office.

Orthopaedic Associates, INC                    **Tax ID # 35-1159676**
Nicholas M/Medical Records Custodian

| | | |
|---|---|---|
| 99080 | Report to Attorney | |
| 99080 | Attorney/Insurance Labor Fee incl. pgs. 1-10 $20.00 | 20.00 |
| Copies of Records to: | Copy Charge Per Page ($.50 after first 10 pages) | 3.50 |
| | Postage | .78 |
| 99075 | Deposition | |
| 99075 | Conference with Attorney | |
| 99075 | Court Testimony | |
| 99080 | Report to Insurance Company (Narrative) | |
| 99080 | Report to Disability Determination Bureau | |
| 99080 | Report to Social Security | |
| 99358 | Physician Record Review (1st Hour) with Narrative report | |
| 99359 | Physician Records Review (each additional 30 minutes) | |
| 99080 | Physician Report for Functional capacity assessment | |
| 132 | X-Rays | |
| 150 | Disability Form | |
| 99080 | Certifying Records | 20.00 |
| 99090 | Copies Requested in Two Business Days | |
| | Total: | $ 44.28 |



## INVOICE

**Invoice #: 0056514055**
**Date:** 5/7/2009
**Customer #:** 1312514

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MELISSA A COOPER | MELISSA A COOPER | GASTROENTEROLOGY ASSOCIATES |
| ICE MILER | ICE MILER | 801 ST MARY'S DRIVE |
| ONE AMERICAN SQUARE STE 2900 | ONE AMERICAN SQUARE STE 2900 | EVANSVILLE, IN 47714 |
| INDIANAPOLIS, IN 46282- | INDIANAPOLIS, IN 46282- | |

**Requested By:** ICE MILLER
**Patient Name:** DELASHMUTT WILLIAM

**SSN:** *****6025
**DOB:** 030261

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Authorization Via: Phone | | Date: | 5/7/2009 |
| Pre-Authorization By: | | Amount: | |
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 15 | 0.50 | 7.50 |
| Per Page Copy (Paper) 2 | 10 | 0.00 | 0.00 |
| Shipping/Handling | | | 1.85 |
| Invoice Adj Max Fee Exceeded | | -2.80 | -2.80 |
| Subtotal | | | 26.55 |
| Sales Tax | | | 3.45 |
| Certification Fee | | | 20.00 |
| Invoice Total | | | 50.00 |
| Balance Due | | | 50.00 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

**Please remit this amount : $ 50.00 (USD)**

---- ✂ ----

**Invoice #: 0056514055**

Check # _____

Payment Amount $_____

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to <u>www.HealthPortPay.com</u> or call (770) 754 6000.



# ST.MARY'S

*Medical Records*

May 8, 2009

ICE MILLER LLP
ONE AMERICA SQUARE
SUITE 2900
INDIANAPOLIS, IN 46282-0200

Dear Melissa A. Cooper

Please see attached copies of the records you requested in your letter of April 27, 2009. In accordance with the Indiana Final Rule for Medical Records Processing fee a standard labor fee of $20.00 for the first ten (10) pages, with an additional fifty cents ($.50) for pages eleven (11) through fifty (50) and twenty-five cents ($.25) per page for pages fifty-one (51) and higher. Postage will be charged per item. All certified copies will have an additional twenty dollar ($20) charge.

Patient's Name:  William De Lashmutt

Records: 32
Statements: 7
Total pages copied: 41
Postage:

Total amount due:  $ 34.50

---

Please make check payable to **St. Mary's Warrick Medical Records Department,** complete this portion of the form and return.

Date_____

Patient's Name_____

Payment from_____

Amount_____

---

# DEPARTMENT OF
# VETERANS AFFAIRS

## Explanation of Fees For Release Of Information Request

*ICE MILLER*
*1 AMERICAN SQUARE*
*POB 82001*
*INDIANAPOLIS, INDIANA 46282*

Patient Name  EBERT, TOMMY J
Requestor Name: ICE MILLER
Request received on: MAY 08, 2009

The following fees are based on the information being provided to you per your request.

For a detailed list of the information provided please contact the Release of Information unit at this VA facility at 1-618-997-5311 EXT 54297.

**Breakdown of Charges for this request**

| Item Description | Number | Billed For | Unit Cost | Total |
|---|---|---|---|---|
| Other | 1 | n/a | $10.00 | $10.00 |
| | | | **Balance Due: $10.00** | |

Please remit payment to the following address.

VA MEDICAL CENTER
ATTN: RELEASE OF INFORMATION-136B1
2401 W. MAIN STREET
MARION, ILLINOIS 62959

TAX ID # 43-0687806

Please make your check payable to the "Department of Veterans Affairs".  Do not send cash.  Send payment to *Attn: Release of Information Unit* at the above VA address with either a copy of this letter, or annotate on the check the veteran's full name to which these funds apply.

For any questions or concerns, please contact the Release of Information Department at 1-618-997-5311 EXT 54297.

Ralph Robertson
Supervisor

# STATEMENT

**GENE E. RESS, M.D., P.S.C.**
2127 TELL STREET
TELL CITY, INDIANA 47586

TELEPHONE
(812) 547-6449

*Joe Miller Esq*
*One American Sq.*
*Suite 2900*
*Indianapolis, In 46282-0200*

CHARGES OR
PAYMENTS MADE
AFTER LAST DATE
SHOWN WILL APPEAR
ON YOUR NEXT
STATEMENT

BALANCE
FORWARD

| DATE / FAMILY MEMBER | DESCRIPTION | TOTAL FEE | CREDITS | | BALANCE |
|---|---|---|---|---|---|
| | | | PAYMENTS | ADJ. | |
| 5/15/91 | Copy of Larry Bunn's Medical Records | 25 00 | | | 25 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SAFEGUARD Form No. LSM11WD
L98LS0016QIV 1.06

PLEASE PAY LAST AMOUNT IN BALANCE COLUMN

| | | | | | | |
|---|---|---|---|---|---|---|
| OV | – Office Visit | IMM | – Immunizations | HC | – House Call | |
| CPE | – Complete History & Physical | INJ | – Injection | INS | – Insurance | |
| HOSP | – Hospital Care | PAP | – Pap Smear | TC | – Throat Culture | |
| EMR | – Emergency Treatment | PEL | – Pelvic Exam | PE | – Pregnancy Exam | |
| WB | – Well Baby Check | CONS | – Consultation | OTHER | – _____ | |
| | | PHONE | – Consult & Rx | | | |

REQUEST NUM 3093

                                              STATUS: COMPLETE  TYPE: ATT

Med Rec Num MM00158487
            EBERT,TOMMY J

ID VERIFIED      COMMENTS                DATE NEEDED:
REQUESTOR                                LOGGED ON:                05/08/09
    . NAME:  ICEMILLER                   LAST LETTER:
   ADDRESS:  ONE AMERICAN SQUARE         COMPLETED BY: LTULEY      05/08/09
             STE.2900
             INDIANAPOLIS  IN  46282-0200
    PHONE:

                         PAGES        FEE       PAID?        TOTAL
                           1         15.00                   15.00
AMENDMENT ON FILE          99         0.25                   24.75

                                                        $39.75

HIPAA REQUIREMENT FOR INFORMING PATIENT?  N

REQUESTED INFO
            CR            COMPLETE RECORD

PHYSICIAN APPROVAL        PHYSICIAN MNEMONIC

ACTIVITY    DATE      TYPE           USER        LETTER
            05/08/09  STATUS COMPLETE LTULEY

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# ✥ HealthPort.
## INVOICE
### Electronic Delivery Service

Invoice #: 0057458089
Date: 6/8/2009
Customer #: 1351527

## HealthPortConnect

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MELISSA A COOPER | MELISSA A COOPER | GRANGER FAMILY MEDICINE |
| ICE MILLER LLP | ICE MILLER LLP | 52500 FIR RD |
| 1 AMERICAN SQUARE STE 2900 | 1 AMERICAN SQUARE STE 2900 | SOUTH BEND, IN 46530 |
| INDIANAPOLIS, IN 46282-0200 | INDIANAPOLIS, IN 46282-0200 | |

**Requested By:** ICE MILLER LLP      **DOB:** 011679
**Patient Name:** RANCOURT DAVID     **SSN:** * * * * *2173

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 2 | 0.25 | 0.50 |
| Per Page Copy (Paper) 2 | 40 | 0.50 | 20.00 |
| Per Page Copy (Paper) 3 | 10 | 0.00 | 0.00 |
| QuickView Delivery Fee | | | 2.00 |
| Subtotal | | | 42.50 |
| Sales Tax | | | 2.98 |
| Invoice Total | | | 45.48 |
| Balance Due | | | 45.48 |

**Please Note:** Your medical record request has been delivered electronically to your HealthPortConnect account.

**Pay your invoice online at www.HealthPortPay.com**

**Terms:** Net 30 days     **Please remit this amount : $ 45.48 (USD)**

------------------------------✂------------------------------

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: 0057458089 |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to http://www.HealthPortPay.com or call (770) 754 6000.

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

 **HealthPort.**
## INVOICE
Electronic Delivery Service

**Invoice #:** 0057928801
**Date:** 6/20/2009
**Customer #:** 1351527

**HealthPortConnect**

Ship to:

MELISSA A COOPER
ICE MILLER LLP
1 AMERICAN SQUARE STE 2900
INDIANAPOLIS, IN 46282-0200

Bill to:

MELISSA A COOPER
ICE MILLER LLP
1 AMERICAN SQUARE STE 2900
INDIANAPOLIS, IN 46282-0200

Records from:

ST JOSEPH HEALTH CARE
215 W 4TH STREET #24
MISHAWAKA, IN 46544

**Requested By:** ICE MILLER LLP
**Patient Name:** RANCOURT DAVID WILLIAM

**DOB:** 011679
**SSN:** *****2173

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | | | 7.50 |
| Per Page Copy (Paper) 2 | 15 | 0.50 | 0.00 |
| QuickView Delivery Fee | 10 | 0.00 | 2.00 |
| Subtotal | | | 29.50 |
| Sales Tax | | | 2.07 |
| Invoice Total | | | 31.57 |
| Balance Due | | | 31.57 |

**Please Note:** Your medical record request has been
delivered electronically to your HealthPortConnect
account.

Pay your invoice online at www.HealthPortPay.com

**Terms:** Net 30 days

### Please remit this amount : $ 31.57 (USD)

--- ✂ ---

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #: 0057928801**

Check # _____

Payment Amount $ _____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to http://www.HealthPortPay.com or call (770) 754 6000.

# Transaction Detail by Account

(Finalized transactions, 6/1/09 to 6/30/09, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| ██████████ | █████████████████ | ████████████ | | ██████████ | | |
| | | | | | | 39.00 |

**Disbursement: Manually Entered Printing: B&W**

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| 06/18/2009 14:54 | Kennedy, Joanna | | | 26 | USD | 4.68 |
| | | Subtotal | | 26 | USD | 4.68 |

**Disbursement: Photocopying: Black & White**

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| 06/02/2009 14:54 | Cooper, Melissa | 14:54 | | 8 | USD | 1.44 |
| 06/03/2009 14:17 | Cooper, Melissa | 14:17 | | 8 | USD | 1.44 |
| 06/03/2009 16:12 | Kennedy, Joanna | 16:12 | | 41 | USD | 7.38 |
| 06/04/2009 16:52 | Kennedy, Joanna | 16:52 | | 12 | USD | 2.16 |
| 06/09/2009 17:49 | Cooper, Melissa | 17:49 | | 2 | USD | 0.36 |
| 06/09/2009 17:54 | Cooper, Melissa | 17:54 | | 2 | USD | 0.36 |
| 06/12/2009 12:02 | Cooper, Melissa | 12:02 | | 8 | USD | 1.44 |
| 06/12/2009 12:05 | Cooper, Melissa | 12:05 | | 8 | USD | 1.44 |
| 06/12/2009 14:32 | Redman, Leslie | 14:32 | | 146 | USD | 23.40 |
| 06/16/2009 15:15 | Cooper, Melissa | 15:15 | | 6 | USD | 1.08 |
| 06/16/2009 16:30 | Kennedy, Joanna | 16:30 | | 4 | USD | 0.72 |
| 06/17/2009 16:37 | Kennedy, Joanna | 16:37 | | 12 | USD | 2.16 |
| 06/19/2009 14:57 | Cooper, Melissa | 14:57 | | 10 | USD | 1.80 |
| 06/19/2009 16:35 | Kennedy, Joanna | 16:35 | | 34 | USD | 6.12 |
| 06/22/2009 15:35 | Kennedy, Joanna | 15:35 | | 44 | USD | 7.92 |
| 06/23/2009 09:59 | Tucker, Sherri | 09:59 mcmanaway - m cooper | | 10 | USD | 1.80 |
| 06/23/2009 16:18 | Kennedy, Joanna | 16:18 | | 62 | USD | 10.80 |
| 06/24/2009 13:19 | Kennedy, Joanna | 13:19 | | 111 | USD | 18.15 |
| 06/24/2009 17:10 | Kennedy, Joanna | 17:10 | | 11 | USD | 1.98 |
| 06/25/2009 16:38 | Kennedy, Joanna | 16:38 | | 2 | USD | 0.36 |
| 06/30/2009 13:38 | Dugan, Mary Ellen | 13:38 | | 31 | USD | 5.58 |

# Transaction Detail by Account

(Finalized transactions, 6/1/09 to 6/30/09, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|-----------|------|---------|----------|-----|----------|--------|

Ice Miller

# Transaction Detail by Account

(Finalized transactions, 6/1/09 to 6/30/09, Client Matter Number equals '28959.0001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Disbursement: Westlaw** | | | | | | |
| 05/28/2009 00:00 | Mixdorf, Thomas | MCMANAWAY V. KBR | 0:00:00 | 1 | USD | 118.24 |
| 05/29/2009 00:00 | Mixdorf, Thomas | MCANAWAY | 0:00:00 | 1 | USD | 339.73 |
| 05/29/2009 00:00 | Snemis, Donald | 28959.0001.09375.PERSONAL JURISD | 0:00:00 | 1 | USD | 839.44 |
| 06/01/2009 00:00 | Mixdorf, Thomas | MCMANAWAY V. KBR | 0:00:00 | 1 | USD | 310.31 |
| 06/02/2009 00:00 | Mixdorf, Thomas | 28959.0001.01102.PERSONAL JURISD | 0:00:00 | 1 | USD | 45.48 |
| 06/09/2009 00:00 | Snemis, Donald | 28959.0001.09375.PERSONAL JURISD | 0:00:00 | 1 | USD | 2,023.64 |
| 06/10/2009 00:00 | Snemis, Donald | 28959.0001.09375.PERSONAL JURISD | 0:00:00 | 1 | USD | 375.84 |
| 06/11/2009 00:00 | Snemis, Donald | 28959.0001.09375.DEPOSITION PROC | 0:00:00 | 1 | USD | 1,204.83 |
| 06/15/2009 00:00 | Snemis, Donald | 28959.0001.09375.DEPOSITION PROC | 0:00:00 | 1 | USD | 597.88 |
| 06/16/2009 00:00 | Wang, Wan-Chun | 28959.0001.05232.RE. KBR - MCMAN | 0:00:00 | 1 | USD | 235.95 |
| 06/17/2009 00:00 | Wang, Wan-Chun | 28959.0001.05232.RE. KBR - MCMAN | 0:00:00 | 1 | USD | 192.88 |
| 06/18/2009 00:00 | Snemis, Donald | 28959.0001.09375.DEPOSITION PROC | 0:00:00 | 1 | USD | 886.23 |
| 06/23/2009 00:00 | Mixdorf, Thomas | MCMANAWAY | 0:00:00 | 1 | USD | 259.48 |
| 06/25/2009 00:00 | Mixdorf, Thomas | 28959.0001.01102.PERSONAL JURISD | 0:00:00 | 1 | USD | 62.87 |

Created 7/22/2009 at 7:56:37AM

Page 3 of 4