# ICE MILLER LLP

KBR, Inc.
Attn: Dean Graves
601 Jefferson Street
Houston, TX 77002

Invoice 689746   Page 1
June 18, 2009

FOR SERVICES RENDERED THROUGH May 31, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.

**RECEIVED**

JUN 2 4 2009

Dean Graves
Law Department

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 05/06/09 | Reviewed plaintiffs' proposed First Amended Complaint; e-mailed Jones with comments for objection to First Amended Complaint; received e-mail from Lowes seeking information regarding the status of our jurisdictional arguments and previous demands for a dismissal; replied to same; received e-mail from DeLaGarza with new vendor list; forwarded same to Thomas for possible production; received e-mail from Balli requesting previous jurisdictional findings; replied to same; read court's order allowing the filing of supplemental memorandum of law and amended affidavit. | | | | | |
| | D. Snemis | 2.20 hrs. | 395.00/hr | $ | 869.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/08/09 | Prepared for and participated in telephone conference with Lowes and Johnson to assist with preparations for Lowes' deposition next week. | | | |
| | D. Snemis | 1.20 hrs. | 395.00/hr | $ 474.00 |
| 05/12/09 | Received call from Jones regarding today's deposition of Lowes; exchanged e-mails with Jones and Lowes regarding issues that arose at the deposition. | | | |
| | D. Snemis | .70 hrs. | 395.00/hr | $ 276.50 |
| 05/13/09 | Exchanged numerous e-mails with client and attorney Jones regarding Lowes' deposition and possible supplements to information provided. | | | |
| | D. Snemis | .70 hrs. | 395.00/hr | $ 276.50 |
| 05/13/09 | Corresponded with R. Jones regarding supplemental production; attention to documents produced to Plaintiffs. | | | |
| | S. Thomas | .70 hrs. | 245.00/hr | $ 171.50 |
| 05/14/09 | Exchanged e-mails with opposing counsel regarding a meet and confer telephone conference and plaintiffs' requests for additional information as a result of Lowes' deposition; read Lowes deposition transcript; received call from Jones; exchanged e-mails with clients and Jones regarding supplemental information. | | | |
| | D. Snemis | 2.90 hrs. | 395.00/hr | $ 1,145.50 |
| 05/14/09 | Attention to correspondence with R. Jones regarding supplemental production; attention to amended case management order. | | | |
| | S. Thomas | .70 hrs. | 245.00/hr | $ 171.50 |

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

| 05/20/09 | Read Plaintiffs' Memorandum of Law in response to motion to dismiss for lack of personal jurisdiction; began researching and drafting reply. | | | |
|---|---|---|---|---|
| | D. Snemis | 2.30 hrs. | 395.00/hr | $ 908.50 |

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

| 05/21/09 | Reviewed Plaintiffs' Response in Opposition to our Motion to Dismiss for Lack of Jurisdiction and supporting exhibits; considered further handling. | | | |
|---|---|---|---|---|
| | P. R. Scaletta | 1.10 hrs. | 470.00/hr | $ 517.00 |

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

| 05/26/09 | Participated in conference call with Jones and Balli to discuss revised response to Request for Admission; worked on SEII's Amended Response to Request for Admission; revised, finalized and sent e-mail to opposing counsel with requested information that was not provided at the deposition of Lowes; received e-mail from DeLaGarza regarding SEII employees' withdrawal from the companies. | | | |
|---|---|---|---|---|
| | D. Snemis | 2.30 hrs. | 395.00/hr | $ 908.50 |

██████████████████████████████████████████████████████████████

| 05/28/09 | Met with Mixdorf; received call from Jones to discuss response to motion to amend complaint; worked on response to plaintiffs' motion to amend complaint; exchanged e-mails with Jones regarding response to motion to amend;  continued working on reply in support of motion to dismiss. | | | |
|---|---|---|---|---|
| | D. Snemis | 1.80 hrs. | 395.00/hr | $ 711.00 |

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT | |
|------|-------------|-----|------|--|--------|--|
| 03/17/09 | Legal Research Expense - WESTLAW | 1 | $ | 119.60 | $ | 119.60 |
| 03/20/09 | Photocopies | 243 | $ | 0.07 | $ | 17.01 |
| 05/06/09 | Photocopies , | 131 | $ | 0.07 | $ | 9.17 |
| 05/08/09 | Photocopies , | 76 | $ | 0.10 | $ | 7.60 |
| 05/12/09 | Photocopies , | 80 | $ | 0.07 | $ | 5.60 |
| 05/13/09 | Photocopies 16:25, | 29 | $ | 0.10 | $ | 2.90 |
| 05/14/09 | Photocopies 16:46, | 9 | $ | 0.10 | $ | 0.90 |
| 05/15/09 | Photocopies 11:54, | 1 | $ | 0.10 | $ | 0.10 |
| 05/19/09 | Medical Records - - Vendor: Guthrie's Pharmacy Medical records copy fees for DeLashmutt | 1 | $ | 50.00 | $ | 50.00 |
| 05/19/09 | Medical Records - - Vendor: Tri-State Orthopaedic Surgeons, Inc. Medical records copy fees for DeLashmutt | 1 | $ | 37.50 | $ | 37.50 |
| 05/19/09 | Medical Records - - Vendor: Memorial Hospital & Health Care Ctr Medical records copy fees for Fromme | 1 | $ | 17.15 | $ | 17.15 |
| 05/19/09 | Medical Records - - Vendor: HealthPort Medical records copy fees for McIntyre | 1 | $ | 46.01 | $ | 46.01 |
| 05/19/09 | Medical Records - - Vendor: Elkhart General Hospital Medical records copy fees for Aistrop | 1 | $ | 59.42 | $ | 59.42 |
| 05/19/09 | Medical Records - - Vendor: Family Practice Associates Medical records copy fees for Aistrop | 1 | $ | 36.52 | $ | 36.52 |
| 05/19/09 | Medical Records - - Vendor: Elkhart General Hospital Medical records copy fees for Aistrop | 1 | $ | 35.94 | $ | 35.94 |
| 05/20/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD, | 1 | $ | 307.64 | $ | 307.64 |
| 05/26/09 | Legal Research Expense - WESTLAW | 1 | $ | 18.40 | $ | 18.40 |
| 05/26/09 | Photocopies 13:50, | 69 | $ | 0.10 | $ | 6.90 |
| 05/28/09 | Legal Research Expense - WESTLAW MCMANAWAY V. KBR, | 1 | $ | 118.24 | $ | 118.24 |



# GUTHRIE'S
## PHARMACY

520 W. LINCOLN
CHANDLER, IN 47610
812-925-3347
JOHN GUTHRIE, RPh

Customer's No._____ Date _4___ 20__

Name _____

Address _____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET'D | PAID OUT | DESCRIPTION | AMOUNT |
|---------|------|--------|--------|----------|------------|----------|-------------|--------|
| | | | | | | | | |
| | | | | | | | | 50 00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | 46282 | |

DOCTOR _____

№ 137076

TAX

TOTAL      50 00

Rec'd by _____

*Thank You!* Please Keep This Copy For Reference.



# TRI-STATE
## ORTHOPAEDICS
www.tsosdocs.com

225 Crosslake Drive • Evansville, Indiana 47715 • 812-477-1558 • Fax: 812-476-6867
Orthopaedic Urgent Care • 812-474-OUCH

RE     William R. DeLashmutt  116543

TO:    Ice Miller, LLP
       One American Square
       Suite 2900
       Indianapolis, IN 46282-0200

*Please return top portion with check*

------------------------------------------------------------------------

| Date | Service | Charges | Credits | Balance |
|------|---------|---------|---------|---------|
| 05/01/2009 | Certified Medical Records | $37.50 | | $37.50 |
| | | | | |
| | ($20 certification fee included in charge) | | | |
| | | | | |
| | William R. DeLashmutt  116543 | | | |
| | | | | |
| | | | | |

TSOS

Tri-State Orthopaedic Surgeons, Inc.

TAX NO 35-128-48-98

# *The Huntingburg Clinic*
# *Of*
# *Memorial Hospital and Health Care Center*

Jon G. Ellison, M.D.

Mary L. Burgeson, M.D.

Leroy E. Schaefer, M.D.

407 E 22nd Street
Huntingburg, IN 47542
(812) 683-3612

Date: *4-27-09*

To: *Ia Muloe*

We have received your request for medical records on _*Jeffrey Fromme*_
Payment for this service must be received prior to our release of records.
The charge for the processing of this request is as follows:

| | | |
|---|---|---|
| First 10 pages | $ 15.00 ( *15* pages) | |
| Each additional page at $.25 | $ *1.25* | |
| Postage | $ *.90* | |
| TOTAL AMOUNT DUE | $ *17.15* | |

## After November 1, 2007 Please note these changes:

*Make checks to*: Memorial Hospital and Health Care Center

*Tax ID*: 35-0985964

*Mail checks to*: Memorial Hospital and Health Care Center
The Huntingburg Clinic
PO Box 327
Huntingburg, IN 47542

Upon receipt of your check for the above amount, these records will be forwarded to you.

Sincerely,
Memorial Hospital and Health Care Center
The Huntingburg Clinic

*Belinda*

Medical Records Department

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



## HealthPort.

# INVOICE

### Electronic Delivery Service

**Invoice #: 0056164110**
**Date:** 4/27/2009
**Customer #: 1351527**

## HealthPortConnect

| Ship to: | Bill to: | Records from: |
|---|---|---|
| MELISSA A COOPER<br>ICE MILLER LLP<br>1 AMERICAN SQUARE STE 2900<br>INDIANAPOLIS, IN 46282-0200 | MELISSA A COOPER<br>ICE MILLER LLP<br>1 AMERICAN SQUARE STE 2900<br>INDIANAPOLIS, IN 46282-0200 | SOUTH BEND ORTHO SURGERY<br>53880 CARMICHALE DRIVE<br>SOUTH BEND, IN 46635 |

**Requested By:** ICE MILLER LLP          **DOB:**          071877
**Patient Name:** MCINTYRE BENJAMIN

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 2 | 0.50 | 1.00 |
| Per Page Copy (Paper) 2 | 10 | 0.00 | 0.00 |
| QuickView Delivery Fee | | | 2.00 |
| Subtotal | | | 23.00 |
| Sales Tax | | | 3.01 |
| Certification Fee | | | 20.00 |
| Invoice Total | | | 46.01 |
| Balance Due | | | 46.01 |

<u>Please Note:</u> Your medical record request has been
delivered electronically to your HealthPortConnect
account.

**Pay your invoice online at www.HealthPortPay.com**

<u>Terms:</u> Net 30 days

### Please remit this amount : $ 46.01 (USD)

- - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - -

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #:  **0056164110** |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to http://www.HealthPortPay.com or call (770) 754 6000.

ICE MILLER LLP

One American Square
Suite 2900
Indianapolis, Indiana 46282-0200

Monday, May 04, 2009

## RELEASE OF INFORMATION INVOICE

**For Producing Copies Of Medical Records For :**

    Patient Name :  AISTROP, JODY L

        MRN :  162130

**Request Date :**  5/1/2009      **Invoice Date :**  5/4/2009      **Invoice Number :**  2009-50305

| | | | |
|---|---|---|---|
| Number of Pages Produced : | 30 | | |
| Base Charges : | $20.00 | | |
| Research Fee : | $0.00 | Hardcopy Fee : | $0.00 |
| Preparation Fee : | $0.00 | Microfilm Fee : | $0.00 |
| Postage Fee : | $0.00 | Certification Fee : | $0.00 |
| Taxes : | $0.00 | | |
| Subtotal Charges : | $20.00 | | |
| Adjustment Amount : | $39.42 | | |
| Adjustment Reason : | 48 Micro/$20Cert/Postage | | |
| Adjusted Total Charges : | $59.42 | | |
| Payment Posted : | $0.00 | | |
| Balance Due : | $59.42 | | |

TAX ID NUMBER
350877574

———— *PLEASE RETURN LOWER PORTION WITH PAYMENT* ————

Elkhart General Hospital
600 East Blvd. (HIM DEPT)
Elkhart, In 46514
Phone Number : 5745233197

PAYMENT DUE
UPON RECEIPT

| | |
|---|---|
| **Requester :** | ICE MILLER LLP |
| **Patient Name :** | AISTROP, JODY L |
| **MRN :** | 162130 |
| **Invoice Number :** | 2009-50305 |
| **Invoice Date :** | 5/4/2009 |
| **Balance Due :** | $ 59.42 |

# Family Practice Associates



A Member of Elkhart General Healthcare Systems

For Professional Services
Medical Evidence Fee:

Date: _May 4, 2009_

Re: _Jody Aistrop_

Patient of: _Bethany Vanderwarp, M.D._

Account#: _49241_

$20.00 Retrieval fee for first 10 pages ( _10_ pages) = _20.00_

$0.50 per page for pages 11-50 ( _29_ pages) = _14.50_

$0.25 per page for pages 51 and up ( _____ pages) = _____

Actual Postage: _2.02_

Total: _$36.52_

**PLEASE SEND PAYMENT PROMPTLY TO AVOID BEING REQUIRED TO PRE-PAY
IN OUR FUTURE BUSINESS DEALINGS WITH YOU.**

Please make check payable to Family Practice Associates and mail to the following address:

Family Practice Associates
Medical Records
3301 C.R. 6 East
Elkhart, IN 46514

Tax I.D. #35-0877574

Sincerely,

Lindsay Leyva
Medical Records



## Osceola Clinic

Phone: (574) 256-9032
Fax: (574) 256-9049
Toll Free: (866) 256-9032

For Professional Services
Medical Evidence Fee:

Date: 4-21-09

Patient Name: Jody Airstrop BD 10-26-69

Patient of: Osceola Clinic

Account # 35050

To Whom It May Concern:

It is the policy of Osceola Clinic to impose the following fees for the copying of medical records.

Retrieval fee = **$20.00**          $20.00

Pages 11-50 $.50 per page 29 pages x $.50= $14.50

Pages 51 and up $.25 per page ∅ pages x $.25= $

Postage                            $1.44

**Amount Due**                     $35.94 Total

Please return payment promptly along with a copy of this invoice. Make your check payable to the Osceola Clinic (Tax ID# 35-0877574) and mail to the following address:

Osceola Clinic
Medical Records
5314 Lincoln Way East
Mishawaka, IN 46544

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** May 20, 2009 - May 20, 2009
**Report Format:** Detail-Account by User by Client by Day **(Targeted)**

| Account by User by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: **1000783778** | | | | | | | |
| User Name SNEMIS,DONALD M (211354) | | | | | | | |
| Client 28959.0001.09375.PERSONAL JURISD | | | | | | | |
| Day 05/20/2009 | | | | | | | |
| Included | | | | | | | |
| WESTLAW DOCUMENTS | | | 10 | | $150.00 | $10.50 | $160.50 |
| TRANSACTIONAL ONLINE FINDS | | 11 | | | $137.50 | $9.64 | $147.14 |
| Totals for Included | | 11 | 10 | | $287.50 | $20.14 | $307.64 |
| Totals for Day 05/20/2009 | | 11 | 10 | | $287.50 | $20.14 | $307.64 |
| Totals for Client 28959.0001.09375.PERSONAL JURISD | | 11 | 10 | | $287.50 | $20.14 | $307.64 |
| Totals for User Name SNEMIS,DONALD M (211354) | | 11 | 10 | | $287.50 | $20.14 | $307.64 |
| Totals for Account: **1000783778** | | 11 | 10 | | $287.50 | $20.14 | $307.64 |
| Report Totals - Included | | 11 | 10 | | $287.50 | $20.14 | $307.64 |
| Report Totals | | 11 | 10 | | $287.50 | $20.14 | $307.64 |

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** May 28, 2009 - May 28, 2009
**Report Format:** Detail-Account by User by Client by Day **(Targeted)**

| Account by User by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: **1000783778** | | | | | | | |
| User Name MIXDORF,THOMAS E (753876) | | | | | | | |
| Client MCMANAWAY V. KBR | | | | | | | |
| Day 05/28/2009 | | | | | | | |
| Included | | | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | $37.50 | $2.63 | $40.13 |
| TRANSACTIONAL SEARCHES | | 1 | | | $73.00 | $5.11 | $78.11 |
| Totals for Included | | 4 | | | $110.50 | $7.74 | $118.24 |
| Totals for Day 05/28/2009 | | 4 | | | $110.50 | $7.74 | $118.24 |
| Totals for Client MCMANAWAY V. KBR | | 4 | | | $110.50 | $7.74 | $118.24 |
| Totals for User Name MIXDORF,THOMAS E (753876) | | 4 | | | $110.50 | $7.74 | $118.24 |
| Totals for Account: **1000783778** | | 4 | | | $110.50 | $7.74 | $118.24 |
| Report Totals - Included | | 4 | | | $110.50 | $7.74 | $118.24 |
| Report Totals | | 4 | | | $110.50 | $7.74 | $118.24 |

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** May 29, 2009 - May 29, 2009
**Report Format:** Detail-Account by User by Client by Day **(Targeted)**

| Account by User by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: **1000783778** | | | | | | | |
| User Name SNEMIS,DONALD M (211354) | | | | | | | |
| Client 28959.0001.09375.PERSONAL JURISD | | | | | | | |
| Day 05/29/2009 | | | | | | | |
| Included | | | | | | | |
| WESTLAW DOCUMENTS | | | 8 | | $120.00 | $8.40 | $128.40 |
| KEYCITE | | 2 | | | $12.50 | $0.88 | $13.38 |
| TRANSACTIONAL ONLINE FINDS | | 22 | | | $290.00 | $20.32 | $310.32 |
| TRANSACTIONAL SEARCHES | | 4 | | | $362.00 | $25.34 | $387.34 |
| Totals for Included | | 28 | 8 | | $784.50 | $54.94 | $839.44 |
| Totals for Day 05/29/2009 | | 28 | 8 | | $784.50 | $54.94 | $839.44 |
| Totals for Client 28959.0001.09375.PERSONAL JURISD | | 28 | 8 | | $784.50 | $54.94 | $839.44 |
| Totals for User Name SNEMIS,DONALD M (211354) | | 28 | 8 | | $784.50 | $54.94 | $839.44 |
| Totals for Account: **1000783778** | | 28 | 8 | | $784.50 | $54.94 | $839.44 |
| Report Totals - Included | | 28 | 8 | | $784.50 | $54.94 | $839.44 |
| Report Totals | | 28 | 8 | | $784.50 | $54.94 | $839.44 |

**Account:** ICE MILLER, INDIANAPOLIS IN (1000783778)
**Date Range:** May 29, 2009 - May 29, 2009
**Report Format:** Detail-Account by User by Client by Day **(Targeted)**

| Account by User by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: **1000783778** | | | | | | | |
| User Name MIXDORF,THOMAS E (753876) | | | | | | | |
| Client MCANAWAY | | | | | | | |
| Day 05/29/2009 | | | | | | | |
| Included | | | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | $37.50 | $2.63 | $40.13 |
| TRANSACTIONAL SEARCHES | | 2 | | | | | |
| Totals for Included | | 5 | | | $280.00 | $19.60 | $299.60 |
| Totals for Day 05/29/2009 | | 5 | | | $317.50 | $22.23 | $339.73 |
| Totals for Client MCANAWAY | | 5 | | | $317.50 | $22.23 | $339.73 |
| Totals for User Name MIXDORF,THOMAS E (753876) | | 5 | | | $317.50 | $22.23 | $339.73 |
| Totals for Account: **1000783778** | | 5 | | | $317.50 | $22.23 | $339.73 |
| Report Totals - Included | | 5 | | | $317.50 | $22.23 | $339.73 |
| Report Totals | | 5 | | | $317.50 | $22.23 | $339.73 |