# ICE MILLER LLP

KBR, Inc.
Attn: Mark E. Lowes
601 Jefferson Street
Houston, TX 77002

Invoice 686148   Page 1
June 2, 2009

FOR SERVICES RENDERED THROUGH April 30, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 04/01/09 | Updated litigation support database with new stamped documents; loaded additional document into said database; ran document production with updated images. | | | | |
| | C. Long | 1.00 hrs. | 235.00/hr | $ | 235.00 |
| 04/01/09 | Prepared documents for supplemental production; attention to Balli e-mails; attention to supplemental documents; reviewed documents for privilege, relevance; telephone call with C. Balli; continued review of documents. | | | | |
| | S. Thomas | 7.80 hrs. | 245.00/hr | $ | 1,911.00 |
| 04/01/09 | Analyzed review database e-number series and e-files Bates number for electronic load; assisted in developing strategy for preparing privilege log; attention to communications from Military Counsel regarding medical record requests. | | | | |
| | M. Cooper | 2.00 hrs. | 205.00/hr | $ | 410.00 |

04/02/09  Assisted in developing strategy to determine logical

████████████████████████████████████████████████

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 04/02/09 | Attention to documents for supplemental production; Prepared discovery binders | | | | |
| | S. Thomas | 2.10 hrs. | 245.00/hr | $ | 514.50 |
| 04/03/09 | Attention to supplemental production of documents; drafted letter to Plaintiffs' counsel regarding productions; e-mailed Balli regarding supplemental production; attention to Balli e-mails; produced documents to Plaintiffs; prepared discovery binders. | | | | |
| | S. Thomas | 5.30 hrs. | 245.00/hr | $ | 1,298.50 |
| 04/03/09 | Discussion with Thomas regarding privileged documents in production and privilege log; finalized production (Extraction/creation of KBR GROUP000797 - KBR GROUP002866, Bates labeling, and created 4 production disks). | | | | |
| | T. Dowden | 1.80 hrs. | 165.00/hr | $ | 297.00 |

████████████████████████████████████████████████

6/18/09 - [handwritten, illegible]



04/04/09     Reviewed e-mail exchanges between Thomas and clients
             regarding pending discovery issues.
             D. Snemis                       .20 hrs.      395.00/hr   $        79.00

04/06/09     Prepared discovery binders.
             S. Thomas                      6.50 hrs.      245.00/hr   $     1,592.50

04/07/09     Identified privileged bates numbers and supplemented
             internal privilege log and production privilege log;
             assisted in developing strategy to finalize deposition
             binders; supplemented document production status chart;
             attention to Phelps communication with Bates for medical
             records; attention to plaintiff's 2/9/2009 responses to
             interrogatories and request for productions; prepared
             plaintiff's 2/16/2009 production for vendor PDF load
             files; analyzed plaintiff witness and exhibit list for
             supplemental physician requests; prepared deposition
             binders for joint counsel review.
             M. Cooper                      6.50 hrs.      205.00/hr   $     1,332.50

04/07/09     Revised and finalized discovery binders; delivered same to
             M. Lowes, R. Jones.
             S. Thomas                      5.90 hrs.      245.00/hr   $     1,445.50

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 04/08/09 | Attention to draft discovery responses; attention to e-mails of C. Balli, R. Jones and D. Snemis. | S. Thomas | .80 hrs. | 245.00/hr | $ 196.00 |
| 04/09/09 | Attention to exhibits to Interrogatory Answers; attention to invoices and travel receipts. | S. Thomas | 2.70 hrs. | 245.00/hr | $ 661.50 |
| 04/09/09 | Finalized document production (converted documents to pdf format, Bates label, prepared production CD; email to Thomas regarding the same. | T. Dowden | 2.10 hrs. | 165.00/hr | $ 346.50 |
| 04/09/09 | Reviewed clients' e-mails regarding discovery of new information concerning recruiting at Purdue; worked on amended interrogatory answers and amended Affidavit in light of client's discovery of new information; sent revised versions to client for approval and signature; received comments from client, revised drafts accordingly and resubmitted them to client. | D. Snemis | 1.40 hrs. | 395.00/hr | $ 553.00 |



| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 04/10/09 | Attention to Lloyd expense report; prepared for production; attention to correspondence regarding discovery; e-mailed Hawkins regarding jurisdictional deposition. | S. Thomas | 1.10 hrs. | 245.00/hr | $ 269.50 |





| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 04/14/09 | Created FTP site for uploading of document. | G. J. Barberio | .10 hrs. | 235.00/hr | $ 23.50 |

| 04/14/09 | Exchanged e-mails with clients regarding amended answers to interrogatories and amended affidavit of Lowes; exchanged e-mails with opposing counsel and attorney Jones regarding change to deadline for jurisdiction-related discovery. | | | | |
| | D. Snemis | 1.10 hrs. | 395.00/hr | $ | 434.50 |
| 04/14/09 | Received documents regarding travel receipts and expense reports; reviewed same; attention to correspondence regarding discovery. | | | | |
| | S. Thomas | 3.30 hrs. | 245.00/hr | $ | 808.50 |
| 04/15/09 | Drafted, finalized and filed supplemental brief in support of Motion to Dismiss and motion for leave to file supplemental memo with amended affidavit of Lowes; reviewed plaintiffs' motion to extend discovery deadline; worked on objection to plaintiffs' motion to extend discovery deadline; exchanged e-mails with clients and attorney Jones regarding amended affidavit and amended interrogatory answers; received call from Hawkins regarding proposed extension of the jurisdictional discovery deadline; e-mailed clients and attorney Jones regarding same; exchanged e-mails with Cooper regarding responses to medical subpoenas to date. | | | | |
| | D. Snemis | 3.20 hrs. | 395.00/hr | $ | 1,264.00 |
| 04/15/09 | Reviewed Plaintiffs' Motion to enlarge time to complete personal jurisdiction discovery. | | | | |
| | P. R. Scaletta | .20 hrs. | 470.00/hr | $ | 94.00 |



| 04/15/09 | Reviewed travel receipts; corresponded with co-counsel regarding production of documents; attention to document production. | | | | |
| | S. Thomas | 6.70 hrs. | 245.00/hr | $ | 1,641.50 |



04/16/09     Attention to correspondence from Lucie DeLaGarza regarding
             discovery; attention to discovery binders; attention to
             production of documents.
             S. Thomas                    2.30 hrs.      245.00/hr  $      563.50
04/16/09     Loaded scanned documents into litigation support database.
             C. Long                       .40 hrs.      235.00/hr  $       94.00

04/20/09     Called and exchanged e-mails with attorney Jones and
             opposing counsel regarding upcoming deposition of Lowes,
             requests for admissions, deposition notices and pending

changes to case management order; received e-mail from
Wilcox regarding his proposal to provide private
investigation services; reviewed draft Amended Case
Management Order from attorney Jones and commented on
same.

|  | D. Snemis | 2.40 hrs. | 395.00/hr | $ | 948.00 |
|---|---|---|---|---|---|

04/20/09    Telephone call from DeLaGarza; attention to discovery.

|  | S. Thomas | .80 hrs. | 245.00/hr | $ | 196.00 |
|---|---|---|---|---|---|

04/21/09    Telephone call with L. DeLaGarza; attention to discovery
            summaries; produced documents (travel receipts); attention
            to retention of investigator.

|  | S. Thomas | 1.20 hrs. | 245.00/hr | $ | 294.00 |
|---|---|---|---|---|---|

04/27/09    Received call from attorney Jones; worked on Defendants'
            Responses to Requests for Admission; reviewed several e-
            mails from Jones with information necessary for responses
            to Requests for Admission; exchanged numerous e-mails with
            attorney Jones and Lowes regarding status of our
            admissions responses and the scope and location of the
            upcoming deposition of Lowes; called opposing counsel to
            work out the scope of the 30(b)(6) deposition; exchanged
            e-mails with opposing counsel attempting to negotiate the
            scope of the deposition; received and reviewed the revised
            30(b)(6) deposition notice and forwarded same to client
            and attorney Jones.
            D. Snemis                      2.60 hrs.      395.00/hr  $    1,027.00



04/29/09    Corresponded with Garza regarding affidavit of Mark Lowes.
            S. Thomas                    .30 hrs.      245.00/hr  $      73.50

04/30/09    Reviewed Plaintiffs' supplemental interrogatory answers;
            exchanged e-mail with attorney Jones regarding his
            contacts with available OAS employees, OAS' answers to
            Request for Admission and recent supplemental
            interrogatory answers from Plaintiffs; revised OAS'
            answers to Request for Admission; exchanged e-mails with
            client and attorney Jones regarding list of employees at
            Qarmat Ali for Lowes deposition; reviewed spreadsheets
            from client, commented on same and forwarded same to
            Thomas for possible production to Plaintiffs; read court's
            order approving Amended Case Management Plan.
            D. Snemis                    .90 hrs.      395.00/hr  $     355.50
04/30/09    Attention to Snemis e-mail regarding discovery.
            S. Thomas                    .30 hrs.      245.00/hr  $      73.50
04/30/09    Reviewed Order establishing deadline for dispositive
            motions and resetting case for jury trial; attention to

ITEMIZED CHARGES:

| DATE | DESCRIPTION | TIMEKEEPER | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01/09 | Photocopies | J. Kennedy | 45 $ | 0.10 $ | 4.50 |
| 04/01/09 | Photocopies | J. Kennedy | 26 $ | 0.10 $ | 2.60 |
| 04/01/09 | LitSup-CD/DVD-ROM Media for Production/Media | C. Long | 1 $ | 60.00 $ | 60.00 |
| 04/01/09 | LitSup-Blowbacks B/W (Printing) | C. Long | 1 $ | 1.65 $ | 1.65 |
| 04/03/09 | Photocopies 16:15 | K. Haseman | 5 $ | 0.10 $ | 0.50 |
| 04/03/09 | Photocopies 16:13 | K. Haseman | 5 $ | 0.10 $ | 0.50 |
| 04/03/09 | Photocopies 16:15 | K. Haseman | 3 $ | 0.10 $ | 0.30 |
| 04/03/09 | Photocopies 16:47 | J. Kennedy | 36 $ | 0.10 $ | 3.60 |
| 04/03/09 | LitSup-Electronic Productions / TIFF or PDF | T. Dowden | 1 $ | 93.11 $ | 93.11 |
| 04/03/09 | LitSup-Bates Numbering/page | T. Dowden | 1 $ | 31.03 $ | 31.03 |
| 04/03/09 | LitSup-CD/DVD-ROM Media for Production/Media | T. Dowden | 1 $ | 60.00 $ | 60.00 |
| 04/07/09 | Photocopies 15:00 | J. Kennedy | 898 $ | 0.10 $ | 89.80 |
| 04/07/09 | Photocopies 15:54 | J. Kennedy | 39 $ | 0.10 $ | 3.90 |
| 04/07/09 | Photocopies 16:19 | J. Kennedy | 3 $ | 0.10 $ | 0.30 |
| 04/07/09 | Photocopies 16:24 | J. Kennedy | 3 $ | 0.10 $ | 0.30 |
| 04/07/09 | Photocopies 16:57 | J. Kennedy | 8 $ | 0.10 $ | 0.80 |
| 04/07/09 | Photocopies 16:48 | M. Cooper | 2 $ | 0.10 $ | 0.20 |

| DATE | DESCRIPTION | TIMEKEEPER | QTY | RATE | AMOUNT |
|------|-------------|------------|-----|------|--------|
| 04/08/09 | Medical Records - - Vendor: Medical of Dubois Copy charges for medical records in regard to Jeffrey S. Henke | P. R. Scaletta | 1 $ | 29.52 $ | 29.52 |
| 04/08/09 | Medical Records - - Vendor: IMED Memorial Hospital Industrial Medicine Copy charges for medical records in regard to Lucas White | P. R. Scaletta | 1 $ | 23.00 $ | 23.00 |
| 04/08/09 | Photocopies | J. Kennedy | 131 $ | 0.10 $ | 13.10 |
| 04/08/09 | Photocopies 16:46 | J. Kennedy | 2 $ | 0.10 $ | 0.20 |
| 04/09/09 | Medical Records - - Vendor: Memorial Hospital Copy fees for medical records - Jeffrey Henke | P. R. Scaletta | 1 $ | 15.00 $ | 15.00 |
| 04/09/09 | Photocopies 10:37 | N. Hunter | 198 $ | 0.10 $ | 19.80 |
| 04/09/09 | Photocopies 13:54 | K. Haseman | 1 $ | 0.10 $ | 0.10 |
| 04/09/09 | Photocopies 13:22 | K. Haseman | 1 $ | 0.10 $ | 0.10 |
| 04/09/09 | Photocopies 13:19 | K. Haseman | 1 $ | 0.10 $ | 0.10 |
| 04/09/09 | Photocopies 14:26 | K. Haseman | 198 $ | 0.10 $ | 19.80 |
| 04/09/09 | LitSup-Bates Numbering/page , Bates labeling for document production (2069 pages) | T. Dowden | 1 $ | 31.04 $ | 31.04 |
| 04/09/09 | LitSup-Electronic Productions / TIFF or PDF , Conversion of documents to pdf format for document production (2069 pages) | T. Dowden | 1 $ | 77.58 $ | 77.58 |
| 04/09/09 | LitSup-CD/DVD-ROM Media for Production/Media , Production CD (x2) | T. Dowden | 1 $ | 30.00 $ | 30.00 |
| 04/14/09 | Photocopies | M. Cooper | 12 $ | 0.10 $ | 1.20 |
| 04/15/09 | Photocopies 11:44 | M. Cooper | 2 $ | 0.10 $ | 0.20 |
| 04/15/09 | Photocopies 15:34 | N. Hunter | 11 $ | 0.10 $ | 1.10 |
| 04/15/09 | Photocopies 18:28 | J. Kennedy | 173 $ | 0.10 $ | 17.30 |
| 04/15/09 | Photocopies 18:13 | J. Kennedy | 151 $ | 0.10 $ | 15.10 |

| DATE | DESCRIPTION | TIMEKEEPER | QTY | RATE | AMOUNT |
|------|-------------|------------|-----|------|--------|
| 04/16/09 | Medical Records - - Vendor: Perry County Memorial Hospital Copy fee for medical records - Bunner | P. R. Scaletta | 1 | $ 41.00 | $ 41.00 |
| 04/16/09 | Medical Records - - Vendor: Perry County Memorial Hospital Copy fee for medical records - Whistle | P. R. Scaletta | 1 | $ 42.00 | $ 42.00 |
| 04/16/09 | Medical Records - - Vendor: Goshen General Hospital Payment for copy fees for medical records - Partlow | P. R. Scaletta | 1 | $ 28.75 | $ 28.75 |
| 04/16/09 | Legal Research Expense - WESTLAW | D. Snemis | 1 | $ 342.40 | $ 342.40 |
| 04/17/09 | Photocopies 10:10 | M. Cooper | 18 | $ 0.10 | $ 1.80 |
| 04/17/09 | Photocopies | J. Kennedy | 228 | $ 0.10 | $ 22.80 |
| 04/17/09 | Photocopies | M. Cooper | 12 | $ 0.10 | $ 1.20 |
| 04/20/09 | Photocopies | J. Kennedy | 63 | $ 0.10 | $ 6.30 |
| 04/20/09 | Photocopies | J. Kennedy | 1 | $ 0.10 | $ 0.10 |
| 04/20/09 | Legal Research Expense - WESTLAW | D. Snemis | 1 | $ 149.80 | $ 149.80 |
| 04/20/09 | LitSup-CD/DVD-ROM Media for Production/Media , Copy of production CD (x2) | T. Dowden | 1 | $ 30.00 | $ 30.00 |
| 04/21/09 | Medical Records - - Vendor: Memorial Hospital & Health Care Ctr Copy fee for medical records-Ebert | P. R. Scaletta | 1 | $ 27.75 | $ 27.75 |
| 04/21/09 | LitSup-Bates Numbering/page , Bates label production documents. KBR GROUP002876 - KBR GROUP003588 | C. Long | 1 | $ 21.53 | $ 21.53 |
| 04/21/09 | LitSup-Electronic Productions / TIFF or PDF , Document production.  KBR GROUP002876 - KBR GROUP003588 | C. Long | 1 | $ 64.58 | $ 64.58 |
| 04/21/09 | LitSup-CD/DVD-ROM Media for Production/Media , Document production.  KBR GROUP002876 - KBR GROUP003588 | C. Long | 1 | $ 75.00 | $ 75.00 |
| 04/22/09 | Photocopies | J. Kennedy | 6 | $ 0.10 | $ 0.60 |
| 04/27/09 | Photocopies | J. Kennedy | 137 | $ 0.10 | $ 13.70 |

| DATE | DESCRIPTION | TIMEKEEPER | QTY | RATE | AMOUNT |
|------|-------------|------------|-----|------|--------|
| 04/27/09 | Photocopies | J. Kennedy | 4 | $ 0.10 | $ 0.40 |
| 04/27/09 | Photocopies | M. Cooper | 51 | $ 0.10 | $ 5.10 |
| 04/28/09 | Photocopies | M. Cooper | 6 | $ 0.10 | $ 0.60 |
| 04/28/09 | Photocopies | J. Kennedy | 103 | $ 0.10 | $ 10.30 |
| 04/28/09 | Photocopies | J. Kennedy | 1 | $ 0.10 | $ 0.10 |
| 04/28/09 | Photocopies | J. Kennedy | 55 | $ 0.10 | $ 5.50 |
| 04/29/09 | Photocopies | M. Cooper | 6 | $ 0.10 | $ 0.60 |
| 04/29/09 | Photocopies | J. Kennedy | 36 | $ 0.10 | $ 3.60 |
| 04/30/09 | Photocopies 17:06, | M. Cooper | 1 | $ 0.10 | $ 0.10 |
| 04/30/09 | Medical Records - - Vendor: Daniel C. Eby, DO PC Copy fee for medical records - Ebert | P. R. Scaletta | 1 | $ 47.95 | $ 47.95 |
| 04/30/09 | Medical Records - - Vendor: Vivien Tucker, M.D. Copy fee for medical records- William | P. R. Scaletta | 1 | $ 50.00 | $ 50.00 |



ACCOUNTS ARE DUE UPON RECEIPT

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/01/2009 | 01517 | Christopher Long | LITSUP5 | 1.00 | 1.65 | 1.65 | LitSup Blowbacks B/W (Printing) | 3981753 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 1.65 | 1.65 | | |
| | | BILLED TOTALS: | WORK: | | | 1.65 | 1 records | |
| | | BILLED TOTALS: | BILL: | | | 1.65 | | |
| | | GRAND TOTAL: | WORK: | | | 1.65 | 1 records | |
| | | GRAND TOTAL: | BILL: | | | 1.65 | | |

Billed Recap Of Cost Detail - Invoice: 686148 Date: 06/ 02/ 2009

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/03/2009 | 01484 | Tianna Dowden | LITSUP8 | 1.00 | 93.11 | 93.11 | LitSup-Electronic Productions / TIFF or PDF | 3984205 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 93.11 | 93.11 | | |
| 04/09/2009 | 01484 | Tianna Dowden | LITSUP8 | 1.00 | 77.58 | 77.58 | LitSup-Electronic Productions / TIFF or PDF . | 4003907 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 77.58 | 77.58 | Conversion of documents to pdf format for document production (2069 pages) | |
| 04/21/2009 | 01517 | Christopher Long | LITSUP8 | 1.00 | 64.58 | 64.58 | LitSup-Electronic Productions / TIFF or PDF | 4003268 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 64.58 | 64.58 | Document production. KBR_GROUP002876 - KBR_GROUP003588 | |
| | | BILLED TOTALS: WORK: | | | | 235.27 | 3 records | |
| | | BILLED TOTALS: BILL: | | | | 235.27 | | |
| | | GRAND TOTAL: WORK: | | | | 235.27 | 3 records | |
| | | GRAND TOTAL: BILL: | | | | 235.27 | | |

Billed Recap Of Cost Detail - (Invoice: 686148 Date: 06/ 02/ 2009)
Client: ·

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/16/2009 | 09375 | Donald Snemis | LR1 | 1.00 | 342.40 | 342.40 | Legal Research Expense - WESTLAW | 3993160 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 342.40 | 342.40 | | |
| 04/20/2009 | 09375 | Donald Snemis | LR1 | 1.00 | 149.80 | 149.80 | Legal Research Expense - WESTLAW | 3999004 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 149.80 | 149.80 | | |
| | | BILLED TOTALS: | WORK: | | | 492.20 | 2 records | |
| | | BILLED TOTALS: | BILL: | | | 492.20 | | |
| | | GRAND TOTAL: | WORK: | | | 492.20 | 2 records | |
| | | GRAND TOTAL: | BILL: | | | 492.20 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/08/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 29.52 | 29.52 | Medical Records - - Vendor: Medical of Dubois | 3985644 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 29.52 | 29.52 | Copy charges for medical records in regard to | |
| | | | | | | | Jeffrey S. Henke | |
| | | Voucher=280955 Paid | | | | | Vendor=Medical of Dubois  Balance= .00  Amount= 29.52 | |
| | | | | | | | Check #356783  04/08/2009 | |
| 04/08/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 23.00 | 23.00 | Medical Records - - Vendor: IMED Memorial | 3985645 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 23.00 | 23.00 | Hospital Industrial Medicine Copy charges for | |
| | | | | | | | medical records in regard to Lucas White | |
| | | Voucher=280956 Paid | | | | | Vendor=IMED Memorial Hospital Industrial Medici  Balance= | |
| | | | | | | | .00  Amount= 23.00 | |
| | | | | | | | Check #356746  04/08/2009 | |
| 04/09/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 15.00 | 15.00 | Medical Records - - Vendor: Memorial Hospital | 3986588 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 15.00 | 15.00 | Copy fees for medical records | |
| | | Voucher=281057 Paid | | | | | Vendor=Memorial Hospital  Balance= .00  Amount= 15.00 | |
| | | | | | | | Check #356848  04/09/2009 | |
| 04/16/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 41.00 | 41.00 | Medical Records - - Vendor: Perry County | 3991023 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 41.00 | 41.00 | Memorial Hospital Copy fee for medical records | |
| | | | | | | | - Bunner | |
| | | Voucher=281555 Paid | | | | | Vendor=Perry County Memorial Hospital  Balance= .00  Amount= | |
| | | | | | | | 41.00 | |
| | | | | | | | Check #357073  04/16/2009 | |
| 04/16/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 42.00 | 42.00 | Medical Records - - Vendor: Perry County | 3991024 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 42.00 | 42.00 | Memorial Hospital Copy fee for medical records | |
| | | | | | | | - Whistle | |
| | | Voucher=281557 Paid | | | | | Vendor=Perry County Memorial Hospital  Balance= .00  Amount= | |
| | | | | | | | 42.00 | |
| | | | | | | | Check #357073  04/16/2009 | |
| 04/16/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 28.75 | 28.75 | Medical Records - - Vendor: Goshen General | 3991025 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 28.75 | 28.75 | Hospital Payment for copy fees for medical | |
| | | | | | | | records - Partlow | |
| | | Voucher=281559 Paid | | | | | Vendor=Goshen General Hospital  Balance= .00  Amount= 28.75 | |
| | | | | | | | Check #357065  04/16/2009 | |
| 04/21/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 27.75 | 27.75 | Medical Records - - Vendor: Memorial Hospital & | 3994057 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 27.75 | 27.75 | Health Care Ctr Copy fee for medical | |
| | | | | | | | records-Ebert | |
| | | Voucher=281908 Paid | | | | | Vendor=Memorial Hospital & Health Care Ctr  Balance= .00 | |
| | | | | | | | Amount= 27.75 | |
| | | | | | | | Check #357109  04/21/2009 | |
| 04/30/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 47.95 | 47.95 | Medical Records - - Vendor: Daniel C. Eby, DO | 4002970 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 47.95 | 47.95 | PC Copy fee for medical records - Ebert | |
| | | Voucher=283434 Paid | | | | | Vendor=Daniel C. Eby, DO PC  Balance= .00  Amount= 47.95 | |
| | | | | | | | Check #357449  05/01/2009 | |
| 04/30/2009 | 09347 | Phillip Scaletta | MR | 1.00 | 50.00 | 50.00 | Medical Records - - Vendor: Vivien Tucker, M.D. | 4002973 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 50.00 | 50.00 | Copy fee for medical records-William | |
| | | Voucher=283435 Paid | | | | | Vendor=Vivien Tucker, M.D.  Balance= .00  Amount= 50.00 | |
| | | | | | | | Check #357461  05/01/2009 | |
| | | BILLED TOTALS:  WORK: | | | | 304.97 | 9 records | |
| | | BILLED TOTALS:  BILL: | | | | 304.97 | | |
| | | GRAND TOTAL:  WORK: | | | | 304.97 | 9 records | |
| | | GRAND TOTAL:  BILL: | | | | 304.97 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|



| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/10/2009 | 02284 | Nikki Hunter | FEDEX | 1.00 | 36.57 | 36.57 | Courier Expense Houston, TX, , CL1, , Randall | 3988431 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 36.57 | 36.57 | Jones, Serpe, Jones, 796498607349-bw, 1 | |
| 04/10/2009 | 02284 | Nikki Hunter | FEDEX | 1.00 | 48.95 | 48.95 | Courier Expense Houston, TX, , CL1, , Mark | 3988432 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 48.95 | 48.95 | Lowes, KBR, Inc., 796498633894-bw, 1 | |
| 04/27/2009 | 02373 | Joanna Kennedy | FEDEX | 1.00 | 12.96 | 12.96 | Courier Expense | 4000826 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 12.96 | 12.96 | | |
| 04/27/2009 | 02373 | Joanna Kennedy | FEDEX | 1.00 | 12.96 | 12.96 | Courier Expense | 4001396 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 12.96 | 12.96 | | |
| 04/27/2009 | 02373 | Joanna Kennedy | FEDEX | 1.00 | 12.96 | 12.96 | Courier Expense | 4001397 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 12.96 | 12.96 | | |
| 04/28/2009 | 02373 | Joanna Kennedy | FEDEX | 1.00 | 11.63 | 11.63 | Courier Expense | 4000824 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 11.63 | 11.63 | | |
| | | BILLED TOTALS: | WORK: | | | 197.44 | 9 records | |
| | | BILLED TOTALS: | BILL: | | | 197.44 | | |
| | | GRAND TOTAL: | WORK: | | | 197.44 | 9 records | |
| | | GRAND TOTAL: | BILL: | | | 197.44 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|



Billed Recap Of Cost Detail - (Invoice: 686148 Date: 06/ 02/ 2009)
Client: ·

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/01/2009 06/02/2009 | 01517 | Christopher Long Invoice=686148 | LITSUP2 | 1.00 1.00 | 60.00 60.00 | 60.00 60.00 | LitSup-CD/DVD-ROM Media for Production/Media | 3981752 |
| 04/03/2009 06/02/2009 | 01484 | Tianna Dowden Invoice=686148 | LITSUP2 | 1.00 1.00 | 60.00 60.00 | 60.00 60.00 | LitSup-CD/DVD-ROM Media for Production/Media | 3984207 |
| 04/09/2009 06/02/2009 | 01484 | Tianna Dowden Invoice=686148 | LITSUP2 | 1.00 1.00 | 30.00 30.00 | 30.00 30.00 | LitSup-CD/DVD-ROM Media for Production/Media , Production CD (x2) | 4003908 |
| 04/20/2009 06/02/2009 | 01484 | Tianna Dowden Invoice=686148 | LITSUP2 | 1.00 1.00 | 30.00 30.00 | 30.00 30.00 | LitSup-CD/DVD-ROM Media for Production/Media , Copy of production CD (x2) | 4003633 |
| 04/21/2009 06/02/2009 | 01517 | Christopher Long Invoice=686148 | LITSUP2 | 1.00 1.00 | 75.00 75.00 | 75.00 75.00 | LitSup-CD/DVD-ROM Media for Production/Medi Document production.  KBR_GROUP002876 - KBR_GROUP003588 | 4003269 |

BILLED TOTALS:    WORK:            255.00 5 records
BILLED TOTALS:    BILL:            255.00

GRAND TOTAL:    WORK:            255.00 5 records
GRAND TOTAL:    BILL:            255.00

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/03/2009 | 01484 | Tianna Dowden | LITSUP4 | 1.00 | 31.03 | 31.03 | LitSup-Bates Numbering/page | 3984206 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 31.03 | 31.03 | | |
| 04/09/2009 | 01484 | Tianna Dowden | LITSUP4 | 1.00 | 31.04 | 31.04 | LitSup-Bates Numbering/page , Bates labeling | 4003906 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 31.04 | 31.04 | for document production (2069 pages) | |
| 04/21/2009 | 01517 | Christopher Long | LITSUP4 | 1.00 | 21.53 | 21.53 | LitSup-Bates Numbering/page , Bates label | 4003267 |
| 06/02/2009 | | Invoice=686148 | | 1.00 | 21.53 | 21.53 | production documents. KBR_GROUP002876 - KBR_GROUP003588 | |

|  |  |  |  |  |  |  |  |  |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | BILLED TOTALS: | WORK: | | | 83.60 | 3 records | |
| | | BILLED TOTALS: | BILL: | | | 83.60 | | |
| | | GRAND TOTAL: | WORK: | | | 83.60 | 3 records | |
| | | GRAND TOTAL: | BILL: | | | 83.60 | | |