# ICE MILLER LLP

KBR, Inc.  
Attn: Mark E. Lowes  
601 Jefferson Street  
Houston, TX 77002

Invoice 681072   Page 1  
May 27, 2009

FOR SERVICES RENDERED THROUGH March 31, 2009  
Federal ID #35-0874357

OUR MATTER # 28959.0001  
Mark McManaway, et al. v. KBR, Inc., et al.

| Date | Description | | | | |
|---|---|---|---|---|---|
| 03/01/09 | Reviewed documents; updated summary of responsive documents. | | | | |
| | S. Thomas | 3.20 hrs. | 245.00/hr | $ | 784.00 |
| 03/02/09 | Continued review and summary of documents. | | | | |
| | S. Thomas | 2.50 hrs. | 245.00/hr | $ | 612.50 |
| 03/02/09 | Drafted KBR Case Management Plan and Budget and sent same to Balli; exchanged e-mails with Jones and Balli regarding initial disclosures and enlargement of time for discovery responses; exchanged e-mails with Balli regarding contract provision prohibiting disclosure of information; received e-mail from Balli with prior protective order. | | | | |
| | D. Snemis | 1.80 hrs. | 395.00/hr | $ | 711.00 |
| 03/03/09 | Reviewed documents in preparation of production. | | | | |
| | S. Thomas | 3.30 hrs. | 245.00/hr | $ | 808.50 |
| 03/04/09 | Exchanged e-mails with Balli and Jones regarding internal fact investigation for discovery responses and affidavit in support of motion to dismiss; reviewed draft discovery requests to plaintiffs and provided comments to Jones. | | | | |
| | D. Snemis | .70 hrs. | 395.00/hr | $ | 276.50 |
| 03/05/09 | Drafted objection to plaintiffs' request for protective order and alternative protective order. | | | | |
| | D. Snemis | 2.40 hrs. | 395.00/hr | $ | 948.00 |
| 03/06/09 | Worked on objection to plaintiffs' motion for protective order and our proposed protective order; received e-mails from Jones and Balli regarding same; made final revisions and filed objection and alternative motion; exchanged e-mails with Jones as to whether client possessed classified information. | | | | |
| | D. Snemis | 2.70 hrs. | 395.00/hr | $ | 1,066.50 |
| [REDACTED] | | | | | |
| 03/10/09 | Attention to interrogatory and document responses; revised affidavit for Motion to Dismiss. | | | | |
| | S. Thomas | 2.00 hrs. | 245.00/hr | $ | 490.00 |
| 03/11/09 | Received e-mail from Jones regarding plaintiffs' medical records; conferred with paralegals regarding same; received e-mail from Balli regarding discovery responses. | | | | |
| | D. Snemis | .30 hrs. | 395.00/hr | $ | 118.50 |
| 03/11/09 | Reviewed discovery responses; revised same; attention to documents to be produced to Plaintiffs. | | | | |
| | S. Thomas | 3.80 hrs. | 245.00/hr | $ | 931.00 |
| 03/12/09 | Continued review of client documents regarding personal jurisdiction; revised affidavit in support of Motion to Dismiss. | | | | |
| | S. Thomas | 2.50 hrs. | 245.00/hr | $ | 612.50 |
| 03/12/09 | Worked on discovery responses and affidavit; forwarded current draft to Balli and Jones. | | | | |

| Date | Attorney / Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/13/09 | D. Snemis — Attention to revised affidavit; received e-mails from Jones regarding discovery issues. | 2.30 hrs. | 395.00/hr | $ 908.50 |
| 03/13/09 | D. Snemis — Reviewed Reply and Exhibits with respect to disputed Motion for Protective Order filed by Plaintiffs' counsel. | .30 hrs. | 395.00/hr | $ 118.50 |
| 03/16/09 | P. R. Scaletta — Attention to documents obtained in internal investigation; prepared documents for production; revised affidavit and discovery responses; revised Brief in Support of Motion to Dismiss. | .20 hrs. | 470.00/hr | $ 94.00 |
|  | S. Thomas | 6.20 hrs. | 245.00/hr | $ 1,519.00 |
| 03/17/09 | Searched Doxpop and pulled docket for case involving Nading Mechanical and JL Construction. V. A. Jacobs | .10 hrs. | 185.00/hr | $ 18.50 |
| 03/17/09 | Participated in teleconference with Balli, DeLaGarza and Thomas to discuss discovery responses and affidavit; worked on responses to requests for production; worked on interrogatory answers; sent revised versions to clients; exchanged e-mails with Jones regarding same; reviewed numerous e-mails from Balli, DeLaGarza, Jones and Thomas regarding discovery and jurisdictional issues. D. Snemis | 5.60 hrs. | 395.00/hr | $ 2,212.00 |
| 03/17/09 | Incorporated Balli's edits into our responses to Interrogatories and Requests for Production; prepared for conference call regarding document production; participated in conference call; further revised interrogatories and requests for production; prepared additional documents for production; researched Indiana litigation; revised affidavit in support of Motion to Dismiss; attention to e-mails from Balli. S. Thomas | 7.40 hrs. | 245.00/hr | $ 1,813.00 |
| 03/18/09 | Read plaintiffs' response to alternative motion for protective order; read plaintiffs' reply in support of their motion for protective order; drafted our reply in support of alternative motion; sent same to client and attorney Jones for input; received reply from attorney Jones; received and reviewed plaintiffs' supplemental submission in response to our alternative motion for protective order; revised reply and re-submitted reply to client and attorney Jones for input; researched Nading Mechanical lawsuit to determine if it is responsive to interrogatories; called office of attorney that represented client's subsidiary; received and reviewed numerous e-mails from clients, attorney Jones and attorney Thomas regarding discovery and jurisdictional issues. D. Snemis | 5.80 hrs. | 395.00/hr | $ 2,291.00 |
| 03/18/09 | Reviewed responses to Interrogatories; attention to court docket from Bartholomew County case. S. Thomas | 2.80 hrs. | 245.00/hr | $ 686.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/09 | Worked on Affidavit in support of motion to dismiss; worked on brief in support of motion to dismiss; worked on subpoenas for medical records; exchanged e-mails with Thomas regarding status of his efforts; sent status report regarding our subpoenas for plaintiffs' medical records and exchanged e-mails with Jones regarding same; received and reviewed multiple e-mails from clients with new information for affidavit and discovery responses and revisions to same. | D. Snemis | 6.60 hrs. | 395.00/hr | $ 2,607.00 |
| 03/19/09 | Attention to Balli e-mails regarding Interrogatory responses; revised Interrogatory responses; prepared documents for production; created five separate responses to Interrogatories; revised same. | S. Thomas | 7.60 hrs. | 245.00/hr | $ 1,862.00 |
| 03/20/09 | Revised Interrogatory Responses; forwarded same to C. Balli; revised Affidavit of M. Lowes; attention to Balli e-mails regarding document production; telephone call with C. Balli; revised Brief in Support of Motion to Dismiss; attention to document production of March 23, 2009. | S. Thomas | 7.30 hrs. | 245.00/hr | $ 1,788.50 |
| 03/20/09 | Worked on brief in support of motion to dismiss; sent status report to Balli and Jones; received numerous e-mails from client regarding affidavit and discovery responses and changes proposed by clients to both; reviewed draft responses to discovery requests and approved same; sent draft memorandum of law in support of motion to dismiss to client for comment; received clients' comments. | D. Snemis | 7.50 hrs. | 395.00/hr | $ 2,962.50 |
| 03/22/09 | Reviewed numerous e-mails from clients and attorney Thomas regarding discovery and jurisdictional issues; worked on memorandum of law in support of motion to dismiss; forwarded same to client for input; reviewed article concerning new legislation related to this matter; forwarded same to client; exchanged e-mails with Thomas and client regarding discovery responses. | D. Snemis | 2.80 hrs. | 395.00/hr | $ 1,106.00 |
| 03/22/09 | Prepared summary of document production; attention to discovery responses. | S. Thomas | 2.10 hrs. | 245.00/hr | $ 514.50 |
| 03/23/09 | Processed Excel documents and loaded in review database; finalized documents for production - Bates label, converted to PDF, burned to production disk (4 copies). | T. Dowden | 1.30 hrs. | 165.00/hr | $ 214.50 |

[Note: Several entries on this page are redacted with black bars.]

| Date | Description | | | |
|---|---|---|---|---|
| 03/23/09 | Attention to our Motion to Dismiss for Lack of Personal Jurisdiction and Memorandum in support. | | | |
| | P. R. Scaletta | .30 hrs. | 470.00/hr | $ 141.00 |
| 03/24/09 | Attention to file maintenance for medical records and request for production communication… | | | |
| 03/30/09 | Reviewed documents for supplemental production; telephone call to Plaintiff's counsel regarding protective order documents; reviewed and identified documents needing labeled as "subject to the protective order." | | | |
| | S. Thomas | 5.40 hrs. | 245.00/hr | $ 1,323.00 |
| 03/31/09 | Considered local private investigators; continued review of documents for supplemental production. | | | |

| | | | |
|---|---|---|---|
| S. Thomas | 4.20 hrs. | 245.00/hr | $ 1,029.00 |

■■■ [redacted block] ■■■

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| ■■■ | ■■■ | ■ | ■ | ■ |
| 03/18/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PROTECTIVE ORDE | 1 | $ 854.13 | $ 854.13 |
| 03/19/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 1 | $ 1,115.49 | $ 1,115.49 |
| 03/20/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 1 | $ 1,254.59 | $ 1,254.59 |
| 03/23/09 | LitSup-Electronic Productions / TIFF or PDF | 1 | $ 35.82 | $ 35.82 |
| 03/23/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 1 | $ 181.90 | $ 181.90 |
| 03/25/09 | LitSup-Bates Numbering/page | 1 | $ 29.85 | $ 29.85 |
| 03/25/09 | LitSup-CD/DVD-ROM Media for Production/Media | 1 | $ 75.00 | $ 75.00 |





ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/05/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PROTECTIVE ORDE | 1 | $ 260.55 | $ 260.55 |
| 03/16/09 | Photocopies 12:00 | 96 | $ 0.10 | $ 9.60 |
| 03/18/09 | Photocopies 15:24 | 19 | $ 0.10 | $ 1.90 |
| 03/18/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PROTECTIVE ORDE | 1 | $ 854.13 | $ 854.13 |
| 03/19/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 1 | $ 1,115.49 | $ 1,115.49 |
| 03/20/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 1 | $ 1,254.59 | $ 1,254.59 |
| 03/23/09 | Photocopies 14:19 | 17 | $ 0.10 | $ 1.70 |
| 03/23/09 | Photocopies 13:20 | 425 | $ 0.10 | $ 42.50 |
| 03/23/09 | Photocopies 17:02 | 3 | $ 0.10 | $ 0.30 |
| 03/23/09 | Photocopies 16:40 | 3 | $ 0.10 | $ 0.30 |
| 03/23/09 | Photocopies 16:41 | 1 | $ 0.10 | $ 0.10 |
| 03/23/09 | LitSup-Electronic Productions / TIFF or PDF | 1 | $ 35.82 | $ 35.82 |
| 03/23/09 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 1 | $ 181.90 | $ 181.90 |
| 03/24/09 | Photocopies 12:05 | 2 | $ 0.10 | $ 0.20 |
| 03/24/09 | Photocopies 11:48 | 1 | $ 0.10 | $ 0.10 |
| 03/24/09 | Postage Expense , , , POS , , , , , 1 | 1 | $ 0.42 | $ 0.42 |
| 03/25/09 | LitSup-Bates Numbering/page | 1 | $ 29.85 | $ 29.85 |
| 03/25/09 | LitSup-CD/DVD-ROM Media for Production/Media | 1 | $ 75.00 | $ 75.00 |



| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/05/2009 04/10/2009 | 09375 | Donald Snemis Invoice=681072 | LR1 | 1.00 1.00 | 260.55 260.55 | 260.55 260.55 | Legal Research Expense - WESTLAW 28959.0001.09375.PROTECTIVE ORDE | 3963115 |
| 03/16/2009 04/10/2009 | 02373 | Joanna Kennedy Invoice=681072 | COPY | 96.00 96.00 | 0.18 0.18 | 9.60 / 15.98 9.60 / 15.90 | Photocopies 12:00 | 3967148 |
| 03/18/2009 04/10/2009 | 01801 | Sherri Tucker Invoice=681072 | PRINT | 19.00 19.00 | 0.18 0.18 | 1.40 / 3.42 1.40 / 3.42 | Photocopies 15:24 | 3969277 |
| 03/18/2009 04/10/2009 | 09375 | Donald Snemis Invoice=681072 | LR1 | 1.00 1.00 | 854.13 854.13 | 854.13 854.13 | Legal Research Expense - WESTLAW 28959.0001.09375.PROTECTIVE ORDE | 3971922 |
| 03/19/2009 04/10/2009 | 09375 | Donald Snemis Invoice=681072 | LR1 | 1.00 1.00 | 1,115.49 1,115.49 | 1,115.49 1,115.49 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 3971920 |
| 03/20/2009 04/10/2009 | 09375 | Donald Snemis Invoice=681072 | LR1 | 1.00 1.00 | 1,254.59 1,254.59 | 1,254.59 1,254.59 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 3971921 |
| 03/23/2009 04/10/2009 | 02373 | Joanna Kennedy Invoice=681072 | COPY | 17.00 17.00 | 0.18 0.18 | 1.70 / 3.06 1.70 / 3.06 | Photocopies 14:19 | 3972443 |
| 03/23/2009 04/10/2009 | 02373 | Joanna Kennedy Invoice=681072 | COPY | 425.00 425.00 | 0.15 0.15 | 42.50 / 66.25 42.50 / 66.25 | Photocopies 13:20 | 3972444 |
| 03/23/2009 04/10/2009 | 01134 | Karen Haseman Invoice=681072 | PRINT | 3.00 3.00 | 0.18 0.18 | .30 / 0.54 .30 / 0.54 | Photocopies 17:02 | 3972445 |
| 03/23/2009 04/10/2009 | 01134 | Karen Haseman Invoice=681072 | PRINT | 3.00 3.00 | 0.18 0.18 | .30 / 0.54 .30 / 0.54 | Photocopies 16:40 | 3972446 |
| 03/23/2009 04/10/2009 | 01134 | Karen Haseman Invoice=681072 | PRINT | 1.00 1.00 | 0.18 0.18 | .10 / 0.18 .10 / 0.18 | Photocopies 16:41 | 3972447 |
| 03/23/2009 04/10/2009 | 01484 | Tianna Dowden Invoice=681072 | LITSUP8 | 1.00 1.00 | 35.82 35.82 | 35.82 35.82 | LitSup-Electronic Productions / TIFF or PDF | 3974284 |
| 03/23/2009 04/10/2009 | 09375 | Donald Snemis Invoice=681072 | LR1 | 1.00 1.00 | 181.90 181.90 | 181.90 181.90 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 3979163 |
| 03/24/2009 04/10/2009 | 01134 | Karen Haseman Invoice=681072 | PRINT | 2.00 2.00 | 0.18 0.18 | .20 / 0.36 .20 / 0.36 | Photocopies 12:05 | 3973178 |
| 03/24/2009 04/10/2009 | 01134 | Karen Haseman Invoice=681072 | PRINT | 1.00 1.00 | 0.18 0.18 | .10 / 0.18 .10 / 0.18 | Photocopies 11:48 | 3973179 |
| 03/24/2009 04/10/2009 | 01134 | Karen Haseman Invoice=681072 | POST | 1.00 1.00 | 0.42 0.42 | 0.42 0.42 | Postage Expense . . . POS . . . . . 1 | 3974285 |
| 03/25/2009 04/10/2009 | 01484 | Tianna Dowden Invoice=681072 | LITSUP4 | 1.00 1.00 | 29.85 29.85 | 29.85 29.85 | LitSup-Bates Numbering/page | 3974282 |
| 03/25/2009 04/10/2009 | 01484 | Tianna Dowden Invoice=681072 | LITSUP2 | 1.00 1.00 | 75.00 75.00 | 75.00 75.00 | LitSup-CD/DVD-ROM Media for Production/Media | 3974283 |