# ICE MILLER LLP

KBR, Inc.
Attn: Mark E. Lowes
601 Jefferson Street
Houston, TX 77002

Invoice 678693  Page 1
March 25, 2009

FOR SERVICES RENDERED THROUGH February 28, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.

RECEIVED
MAR 3 1 2009
Celia Balli
Law Department

| Date | Description | | | |
|---|---|---|---|---|
| 02/04/09 | Participated in conference call with Balli and Jones regarding Case Management Plan and upcoming deadlines; worked on draft responses to plaintiffs' discovery requests; forwarded discovery response drafts to Balli and Jones with copies of other filings, as requested. | | | |
| | D. Snemis | 2.60 hrs. | 395.00/hr | $ 1,027.00 |
| 02/05/09 | Reviewed materials filed in preparation for drafting Motion to Dismiss; researched personal jurisdiction and service of process applicable under Hague Convention for use in Motion to Dismiss/Quash. | | | |
| | S.E. Reynolds | 3.40 hrs. | 205.00/hr | $ 697.00 |
| 02/05/09 | Exchanged calls with Magistrate's assistant; sent status report to Balli and Jones; met with Reynolds and directed him to draft Motion to Dismiss. | | | |
| | D. Snemis | .70 hrs. | 395.00/hr | $ 276.50 |
| 02/06/09 | Continued research of service of process under Hague Convention for use in Motion to Dismiss; researched personal jurisdiction. | | | |
| | S.E. Reynolds | 3.50 hrs. | 205.00/hr | $ 717.50 |
| 02/06/09 | Considered motion to dismiss for lack of personal jurisdiction and directed further handling with respect to same; reviewed preliminary research results from Reynolds; received e-mails from Jones regarding various pending issues; received e-mails from Balli requesting preliminary research on personal jurisdiction issues and fear of cancer claims under Indiana law and providing initial draft of discovery responses; e-mailed replies to Jones and Balli on all issues raised, including copies of cases found by Reynolds on personal jurisdiction issues. | | | |
| | D. Snemis | 1.80 hrs. | 395.00/hr | $ 711.00 |
| 02/09/09 | Began drafting letter to plaintiffs' counsel demanding dismissal for lack of personal jurisdiction; received memo from Balli on service of process issues; exchanged e-mails with opposing counsel regarding service of pleadings; conferred with Reynolds regarding newly-found case law; sent status report to Jones and Balli. | | | |
| | D. Snemis | 1.30 hrs. | 395.00/hr | $ 513.50 |
| 02/09/09 | Reviewed personal jurisdiction research with attorneys; drafted Motion to Dismiss for lack of personal jurisdiction. | | | |
| | S.E. Reynolds | 3.50 hrs. | 205.00/hr | $ 717.50 |
| 02/09/09 | Reviewed Plaintiffs' Request for Production and additional Interrogatories; considered preparation of our Responses and Objections; directed handling. | | | |
| | P. R. Scaletta | .30 hrs. | 470.00/hr | $ 141.00 |
| 02/10/09 | Considered personal jurisdiction issues and further handling. | | | |
| | P. R. Scaletta | .20 hrs. | 470.00/hr | $ 94.00 |
| 02/10/09 | Received comments from Balli and Jones regarding letter to opposing counsel demanding dismissal based on personal jurisdiction defense; finalized and sent letter; reviewed new set of | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | discovery requests from opposing counsel; e-mailed Balli and Jones regarding status and new discovery requests; reviewed decision on personal jurisdiction by Judge Young found by Reynolds and forwarded same to Balli and Jones with comment; received e-mail from Balli with copies of process served on SEI and OAS and comments regarding service of process defense; exchanged e-mails with Balli and Jones regarding accounting operations interview and its effect on personal jurisdiction. |  |  |  |  |
|  | D. Snemis | 2.30 hrs. | 395.00/hr | $ | 908.50 |
| 02/10/09 | Drafted Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction. |  |  |  |  |
|  | S.E. Reynolds | 4.50 hrs. | 205.00/hr | $ | 922.50 |
| 02/11/09 | Revised Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction. |  |  |  |  |
|  | S.E. Reynolds | .90 hrs. | 205.00/hr | $ | 184.50 |
| 02/12/09 | Reviewed our draft Memorandum in Support of Motion to Dismiss and Research Memorandum received from client regarding service of process on SEII and OAS. |  |  |  |  |
|  | P. R. Scaletta | .40 hrs. | 470.00/hr | $ | 188.00 |
| 02/12/09 | Participated in conference call with attorney Jones; worked on Affidavit in support of motion to dismiss for lack of personal jurisdiction; worked on motion to dismiss for lack of personal jurisdiction; e-mailed first draft of motion to Balli and Jones; reviewed latest draft of memo on service of process from client. |  |  |  |  |
|  | D. Snemis | 2.60 hrs. | 395.00/hr | $ | 1,027.00 |
| 02/13/09 | Participated in teleconference with Barrett and Abercrombie to discuss information needed from the accounting department to answer discovery requests and support motion to dismiss for lack of personal jurisdiction; worked on interrogatory answers and draft affidavit; exchanged e-mails with Balli and Jones. |  |  |  |  |
|  | D. Snemis | 1.70 hrs. | 395.00/hr | $ | 671.50 |
| 02/16/09 | Participated in conference call with Balli and DeLaGarza; received numerous e-mails from Balli and Jones regarding facts pertaining to personal jurisdiction issues; worked on Affidavit and discovery responses based on new information from client; exchanged e-mails with opposing counsel regarding motion to extend pending deadlines. |  |  |  |  |
|  | D. Snemis | 3.10 hrs. | 395.00/hr | $ | 1,224.50 |
| 02/16/09 | Reviewed e-mail from client regarding research tasks; attention to file. |  |  |  |  |
|  | P. R. Scaletta | .20 hrs. | 470.00/hr | $ | 94.00 |
| 02/17/09 | Exchanged e-mails with Balli and Jones regarding status; numerous e-mails from client regarding facts pertaining to personal jurisdiction issues; worked on discovery responses and affidavit; drafted motion to extend deadlines. |  |  |  |  |
|  | D. Snemis | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 02/24/09 | Participated in conference call with Jones and Balli to discuss plaintiffs' request that we agree to a protective order; exchanged e-mails with opposing counsel regarding his request; reviewed all recent e-mails from client containing information pertinent to discovery requests and affidavit in support of motion to dismiss; conferred with Thomas and directed him to review all recently-received information and incorporate it into KBR's affidavit and discovery responses. |  |  |  |  |
|  | D. Snemis | 2.20 hrs. | 395.00/hr | $ | 869.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 02/24/09 | Reviewed documents and attachments for discovery responses. | | | |
| | S. Thomas | 3.80 hrs. | 245.00/hr | $ 931.00 |
| 02/25/09 | Reviewed documents identified by client regarding Plaintiffs' discovery and potential motion to dismiss on personal jurisdiction. | | | |
| | S. Thomas | 3.10 hrs. | 245.00/hr | $ 759.50 |
| 02/26/09 | Reviewed plaintiffs' request for protective order; sent same to Balli and Jones; received e-mails from Balli and Jones regarding same; received e-mails from client regarding discovery responses. | | | |
| | D. Snemis | .80 hrs. | 395.00/hr | $ 316.00 |
| 02/26/09 | Reviewed e-mails relating to First Request for Production and First Interrogatories. | | | |
| | S. Thomas | 4.50 hrs. | 245.00/hr | $ 1,102.50 |
| 02/26/09 | Reviewed Motion for Interim Protective Order, proposed Interim Protective Order and supporting Exhibits filed by Plaintiffs; considered our response; attention to e-mail from client regarding need for additional investigation. | | | |
| | P. R. Scaletta | .60 hrs. | 470.00/hr | $ 282.00 |
| 02/27/09 | Worked on alternate protective order; received e-mails from Balli regarding information for discovery responses. | | | |
| | D. Snemis | .70 hrs. | 395.00/hr | $ 276.50 |
| 02/27/09 | Continued review of documents; prepared summary of same. | | | |
| | S. Thomas | 6.20 hrs. | 245.00/hr | $ 1,519.00 |
| 02/27/09 | Reviewed follow-up e-mail from Balli; attention to file; directed further handling. | | | |
| | P. R. Scaletta | .20 hrs. | 470.00/hr | $ 94.00 |



ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/04/09 | Legal Research Expense - LEXIS/NEXIS 28959-0001-05182-KBR: LEGAL RES | 1 | $ 103.00 | $ 103.00 |
| 02/05/09 | Legal Research Expense - LEXIS/NEXIS 28959-0001-02443-HAGUE CONVENTIO | 1 | $ 527.25 | $ 527.25 |
| 02/06/09 | Legal Research Expense - WESTLAW 28959.0001.09375.FEAR OF CANCER | 1 | $ 52.17 | $ 52.17 |
| 02/06/09 | Legal Research Expense - LEXIS/NEXIS 28959-0001-02443-HAGUE CONVENTIO | 1 | $ 759.00 | $ 759.00 |
| 02/09/09 | Legal Research Expense - LEXIS/NEXIS 28959-0001-02443-HAGUE CONVENTIO | 1 | $ 507.50 | $ 507.50 |
| 02/10/09 | Photocopies 14:35 | 1 | $ 0.18 | $ 0.18 |
| 02/10/09 | Photocopies 12:57 | 6 | $ 0.18 | $ 1.08 |
| 02/10/09 | Postage Expense , , , POS, , , , , 2 | 1 | $ 3.02 | $ 3.02 |
| 02/10/09 | Legal Research Expense - LEXIS/NEXIS 28959-0001-02443-HAGUE CONVENTIO | 1 | $ 200.00 | $ 200.00 |
| 02/10/09 | Legal Research Expense - WESTLAW 28959.0001.09375.FINANCIAL DISCO | 1 | $ 542.76 | $ 542.76 |

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|---|---|---|---|---|---|---|
| 02/11/09 | Deposition Transcripts - - Vendor: Stewart Richardson & Associates Videographer fees for J. Gentry | 1 | $ | 217.00 | $ | 217.00 |
| 02/20/09 | Photocopies 09:34 | 1 | $ | 0.18 | $ | 0.18 |
| 02/27/09 | Photocopies 09:42 | 25 | $ | 0.18 | $ | 4.50 |



| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | |
|---|---|---|---|---|---|---|---|---|
| 02/04/2009 03/25/2009 | 05182 | Howard Anderson Invoice=678693 | LR2 | 1.00 1.00 | 103.00 103.00 | 103.00 103.00 | Legal Research Expense - LEXIS/NEXIS 28959-0001-05182-KBR: LEGAL RES | 3940311 |
| 02/05/2009 03/25/2009 | 02443 | Stephen Reynolds Invoice=678693 | LR2 | 1.00 1.00 | 527.25 527.25 | 527.25 527.25 | Legal Research Expense - LEXIS/NEXIS 28959-0001-02443-HAGUE CONVENTIO | 3940309 |
| 02/06/2009 03/25/2009 | 09375 | Donald Snemis Invoice=678693 | LR1 | 1.00 1.00 | 52.17 52.17 | 52.17 52.17 | Legal Research Expense - WESTLAW 28959.0001.09375.FEAR OF CANCER | 3940308 |
| 02/06/2009 03/25/2009 | 02443 | Stephen Reynolds Invoice=678693 | LR2 | 1.00 1.00 | 759.00 759.00 | 759.00 759.00 | Legal Research Expense - LEXIS/NEXIS 28959-0001-02443-HAGUE CONVENTIO | 3940310 |
| 02/09/2009 03/25/2009 | 02443 | Stephen Reynolds Invoice=678693 | LR2 | 1.00 1.00 | 507.50 507.50 | 507.50 507.50 | Legal Research Expense - LEXIS/NEXIS 28959-0001-02443-HAGUE CONVENTIO | 3945348 |
| 02/10/2009 03/25/2009 | 02284 | Nikki Hunter Invoice=678693 | COPY | 1.00 1.00 | 0.18 0.18 | 0.18 0.18 | Photocopies 14:35 | 3941455 |
| 02/10/2009 03/25/2009 | 02284 | Nikki Hunter Invoice=678693 | COPY | 6.00 6.00 | 0.18 0.18 | 1.08 1.08 | Photocopies 12:57 | 3941456 |
| 02/10/2009 03/25/2009 | 02284 | Nikki Hunter Invoice=678693 | POST | 1.00 1.00 | 3.02 3.02 | 3.02 3.02 | Postage Expense , , , POS, , , , , 2 | 3941916 |
| 02/10/2009 03/25/2009 | 02443 | Stephen Reynolds Invoice=678693 | LR2 | 1.00 1.00 | 200.00 200.00 | 200.00 200.00 | Legal Research Expense - LEXIS/NEXIS 28959-0001-02443-HAGUE CONVENTIO | 3945349 |
| 02/10/2009 03/25/2009 | 09375 | Donald Snemis Invoice=678693 | LR1 | 1.00 1.00 | 542.76 542.76 | 542.76 542.76 | Legal Research Expense - WESTLAW 28959.0001.09375.FINANCIAL DISCO | 3945350 |
| 02/11/2009 03/25/2009 | 09347 | Phillip Scaletta Invoice=678693 Voucher=275115 Paid | DEPO | 1.00 1.00 | 217.00 217.00 | 217.00 217.00 | Deposition Transcripts - - Vendor: Stewart Richardson & Associates Videographer fees for Vendor=Stewart Richardson & Associates  Balance= .00 | 3941249 |
| 02/20/2009 03/25/2009 | 01064 | Laura Williams Invoice=678693 | PRINT | 1.00 1.00 | 0.18 0.18 | 0.18 0.18 | Photocopies 09:34 | 3949306 |
| 02/27/2009 03/25/2009 | 02284 | Nikki Hunter Invoice=678693 | COPY | 25.00 25.00 | 0.18 0.18 | 4.50 4.50 | Photocopies 09:42 | 3956026 |
| | | BILLED TOTALS: WORK: BILLED TOTALS: BILL: | | | | 2,923.24 2,923.24 | 15 records | |
| | | GRAND TOTAL: WORK: GRAND TOTAL: BILL: | | | | 2,923.24 2,923.24 | 15 records | |

| BANK: AGENCY/TRUST ☐ OPERATING ☐ | EXPENSE VOUCHER |
|---|---|

**Charge To:**

☐ Client  McManaway v. KBR
  *Name/Matter Title*

  28959.0001
  *Client/Matter Number*

☐ Firm

*(For Accounting Use Only)*

**Accounting Instructions:**

☐ Cash  ☒ Check  Date _____

Check Payable To: Stewart Richardson

☒ Deliver To: N. Hunter
  Floor: 33

☐ Mail with Attached Envelope

Cash Received By: _____
  *Signature*

**Purpose of Expenditure:**

Date:
Place:
Re: Videographer fees for J. Gentry

*Partner Approval*
(Managing Partner approval required for client disbursements in excess of $500)

**Expenses:**

*Travel expenses over $75.00 must be accompanied by receipts.*

Personal Travel Expenses:

- Airfare ................................. $ _____
- Mileage/Ground Transportation ......... $ _____
- Lodging ............................... $ _____
- Meals ................................. $ _____

Other Expenses: _____ $ _____
  _____ $ _____
  _____ $ _____

Total $ 217.00

Check Number _____



**Stewart Richardson**
DEPOSITION SERVICES
*Uniting the Power of People and Technology*

One Indiana Square
Suite 2425
Indianapolis, IN 46204
317.237.3773
Fax: 317.237.3767

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106584 | 2/6/2009 | 45253 |
| Job Date | Case No. | |
| 12/23/2008 | 3:08-CV-0186-RLY-WGH | |
| Case Name | | |
| Mark McManaway, et al. v. KBR, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Donald M. Snemis
ICE MILLER, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

VIDEOGRAPHER FEES:
   James C. Gentry     217.00

TOTAL DUE >>>   $217.00
AFTER 2/26/2009 PAY   $227.85

Thank you. Your business is appreciated.

Great news! Stewart Richardson has opened its newest office in Evansville!

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Donald M. Snemis
ICE MILLER, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

Job No.   : 45253     BU ID    :SRA
Case No.   : 3:08-CV-0186-RLY-WGH
Case Name   : Mark McManaway, et al. v. KBR, Inc., et al.

Invoice No.   : 106584     Invoice Date : 2/6/2009
**Total Due   : $ 217.00**
AFTER 2/26/2009 PAY $227.85

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Stewart Richardson & Associates, Inc.**
           **One Indiana Square, Suite 2425**
           **211 N. Pennsylvania**
           **Indianapolis, IN 46204**