

**LEGAL COUNSEL**

KBR, Inc.
Attn: Mark E. Lowes
601 Jefferson Street
Houston, TX 77002

Invoice 674690  Page 1
February 20, 2009


RECEIVED
FEB 2 6 2009
By_____

FOR SERVICES RENDERED THROUGH January 31, 2009
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/09 | Received transcript of Gentry deposition; forwarded same to clients; exchanged e-mails with clients regarding upcoming FRCP 26(f) meeting with plaintiffs' counsel and affidavits to support motion to dismiss for lack of personal jurisdiction; began research for affidavits. | D. Snemis | 1.20 hrs. | 395.00/hr | $ 474.00 |
| 01/06/09 | Began drafting form Affidavit for use with Motion to Dismiss for Lack of Personal Jurisdiction; conducted research regarding recent Seventh Circuit cases on personal jurisdiction issues; sent draft Affidavit to Balli. | D. Snemis | 2.80 hrs. | 395.00/hr | $ 1,106.00 |
| 01/09/09 | Worked on draft Affidavit in support of motion to dismiss for lack of personal jurisdiction; exchanged e-mails with client and attorney Jones with additional information regarding client's investigation of contacts with the State of Indiana. | D. Snemis | .80 hrs. | 395.00/hr | $ 316.00 |
| 01/09/09 | Revised and filed amended answer; composed e-mails re: same; reviewed e-mails re: personal jurisdiction. | H. Anderson | .60 hrs. | 255.00/hr | $ 153.00 |
| 01/12/09 | Prepared for and participated in conference call with clients and attorney Jones to discuss upcoming 26(f) meeting with plaintiffs' counsel; worked on affidavit for motion to dismiss for lack of personal jurisdiction; sent revised version to client; received reply from client. | D Snemis | 1.60 hrs. | 395.00/hr | $ 632.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/15/09 | Revised and served first set of interrogatories and document requests on Plaintiffs; copied same to clients and attorney Jones.<br>D. Snemis | .30 hrs. | 395.00/hr | $ 118.50 |
| 01/15/09 | Attention to our First Set of Interrogatories to Plaintiffs and Request for Production of Documents.<br>P. R. Scaletta | .30 hrs. | 470.00/hr | $ 141.00 |
| 01/21/09 | Reviewed Interrogatories and Request for Production propounded by Plaintiffs; directed handling.<br>P. R. Scaletta | .30 hrs. | 470.00/hr | $ 141.00 |
| 01/23/09 | Finalized and filed Defendants' proposed case management plan; exchanged e-mails with attorney Hawkins; e-mailed clients with status report and proposed letter to plaintiff's counsel regarding personal jurisdiction defense; forwarded discovery requests to clients.<br>D. Snemis | 1.30 hrs. | 395.00/hr | $ 513.50 |
| 01/26/09 | Drafted letter to Doyle regarding his demand that we withdraw our personal jurisdiction defense; received e-mail from attorney Jones requesting file materials; instructed assistant to provide file materials to Attorney Jones; e-mailed attorney Jones with Gentry deposition transcript; exchanged e-mails with Lowes, Jones and Balli regarding letter to Doyle.<br>D. Snemis | 1.60 hrs. | 395.00/hr | $ 632.00 |
| 01/27/09 | Finalized and sent letter to Doyle.<br>D. Snemis | .20 hrs. | 395.00/hr | $ 79.00 |

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/06/09 | Legal Research Expense - WESTLAW<br>28959.0001.09375.PERSONAL JURISD | 1 | $ 132.15 | $ 132.15 |
| 01/23/09 | Legal Research Expense - WESTLAW<br>28959.0001.09375.MOTION TO DISMI | 1 | $ 30.77 | $ 30.77 |



Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances

Should you require additional copies of invoices or have additional billing Inquiries please contact
Carol Tretter @ 317 - 221 - 2996 or Carol.Tretter@icemiller.com

