

**ICE MILLER LLP**
LEGAL COUNSEL

KBR, Inc.
Attn: Mark E. Lowes
601 Jefferson Street
Houston, TX 77002

Invoice 670016  Page 1
January 14, 2009


2008-LITG-304120


JAN 2 1 2008

FOR SERVICES RENDERED THROUGH December 31, 2008
Federal ID #35-0874357

OUR MATTER # 28959.0001
Mark McManaway, et al. v. KBR, Inc., et al.

GCA♦UE-♦3nonLA♭z♦D

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/08 | Reviewed complaint; participated in office conference with P. Scaletta regarding brainstorming possible jurisdictional/venue objections to Plaintiffs' suit; obtained and reviewed docket sheet; performed cursory internet research regarding news accounts of lawsuit | H. Anderson | 1.00 hrs. | 225.00/hr | $ 225.00 |
| 12/11/08 | Obtained three copies of Secretary of States' information sheets regarding Kellog Brown and Root Services, KBR and KBR Technical Services for H. Anderson. | L. Ogilvie | .10 hrs. | 155.00/hr | $ 15.50 |
| 12/11/08 | Participated in conference call with Scaletta and Graves; conducted research related to personal jurisdiction; received e-mail from Anderson regarding clients' registration to do business in Indiana. | D. Snemis | 2.20 hrs. | 380.00/hr | $ 836.00 |
| 12/11/08 | Researched which Defendants appear to have obtained certificates of authority; reviewed cases and statutes regarding whether a certificate of authority constitutes consent to personal jurisdiction; reviewed complaint and associated materials | H. Anderson | 2.50 hrs. | 225.00/hr | $ 562.50 |
| 12/15/08 | Attention to personal jurisdiction issues and specific statutes and regulations applicable to deposition of a National Guardsman; prepared Appearance. | P. R. Scaletta | .30 hrs. | 450.00/hr | $ 135.00 |
| 12/15/08 | Researched personal jurisdiction; confirmed that an appearance does not waive personal jurisdiction under the federal rules of civil procedure; composed multiple e-mails to D. Snemis. | H. Anderson | 2.00 hrs. | 225.00/hr | $ 450.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 12/16/08 | Reviewed multiple e-mails regarding strategy; reviewed cases and materials regarding no personal jurisdiction waiver by answering and participating in deposition. | | | |
| | H. Anderson | 1.20 hrs. | 225.00/hr | $ 270.00 |

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/11/08 | Legal Research Expense - WESTLAW 28959.0001.09375.PERSONAL JURISD | 1 | $ 387.10 | $ 387.10 |
| 12/17/08 | Legal Research Expense - LEXIS/NEXIS 28959-0001-05182-KBR: LEGAL RES | 1 | $ 143.25 | $ 143.25 |



REMITTANCE PAGE



Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances

# Transaction Detail by Account

(Transaction data, 12/1/08 to 12/31/08, Client Matter Number equals '28959.0001' and Disbursement equals 'Westlaw')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | | |
| **Disbursement: Westlaw** | | | | | | |
| 12/11/2008 00:00 | Shemis, Donald | 28959.0001.09375.PERSONAL JURISD | 0:00:00 | 1 | USD | 387.10 |

Ice Miller

# Transaction Detail by Account

(Transaction data, 12/1/08 to 12/31/08, Client Matter Number equals '28959.0001' and Disbursement equals 'Lexis Nexis')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 28959.0001 (KBR, Inc. / Mark McManaway, et al. v. KBR, Inc., et al.)** | | | | | | |
| **Disbursement: Lexis Nexis** | | | | | | |
| 12/17/2008 00:00 | Anderson, Howard | 28959-0001-05182-KBR: LEGAL RES | 0:00:00 | 1 | USD | 143.25 |