```
Court Name: Southern District of Indiana
Division: 3
Receipt Number: EV001950
Cashier ID: sdon
Transaction Date: 03/18/2010
Payer Name: BIESER GREER LANDIS LLP
------------------------------------
PRO HAC VICE
 For: BIESER GREER LANDIS LLP
 Case/Party: D-INS-1-10-LR-000001-001
 Amount:         $30.00
------------------------------------
CHECK
 Remitter: BIESER GREER LANDIS LLP
 Check/Money Order Num: 75569
 Amt Tendered:  $30.00
------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

BIESER GREER LANDIS LLP

400 NATIONAL CITY CENTER

6 NORTH MAIN ST

DAYTON OH  45402
PHV - 3:08-CV-186

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```