UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARK McMANAWAY, *et al* | § |
| Plaintiffs, | § |
| v. | § Cause No. 3:08-cv-0186-RLY-WGH |
| KBR, INC., *et al*, | § |
| Defendants. | § |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, by counsel and in support of their opposition to Defendants' Bill of Costs and Motion for Attorney's Fees hereby submit supplemental authority and alert the Court to the United States District Court for the District of Oregon's April 12, 2010 Order in *Bixby, et al v. KBR, Inc., et al*, 09-632-PK. This Order denies KBR, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction in its entirety and demonstrates the impropriety of Defendants' Bill of Costs and Motion for Attorney's Fees, as *Bixby, et al v. KBR, Inc. et al*, not only arose out of the same facts as the above-captioned litigation but the argument in which the plaintiffs prevailed upon in *Bixby* was the same argument Plaintiffs presented to this Court in opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction in this case. The ruling in *Bixby* demonstrates that Plaintiffs' personal jurisdiction argument presented in this case is one in which reasonable people could disagree and, thus, Defendants' Motion for Attorney's Fees and Bill of Costs are improper and unfounded. A copy of the Order in *Bixby* is attached hereto as Exhibit A.

                                                                            COHEN & MALAD, LLP

                                        By:    /s/ Gabriel A. Hawkins
                                                               David J. Cutshaw, Attorney No. 3997-49
                                                              Gregory L. Laker, Attorney No. 10322-49
                                                              Gabriel A. Hawkins, Attorney No. 23449-53

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone:   317-636-2481
Facsimile:    317-636-2593

                                                                            Of Counsel:
                                                                            Michael Patrick Doyle, Tex. Bar No. 06095650
                                                                            Jeffrey L. Raizner, Texas Bar No. 00784806
                                                                            Patrick M. Dennis, Texas Bar No. 24045777

DOYLE RAIZNER LLP
One Houston Center
1221 McKinney Suite 4100
Houston, Texas 77010
Telephone:   713-571-1146
Facsimile:    713-571-1148

## CERTIFICATE OF SERVICE

I hereby certify that on April 14th, 2010, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Donald M. Snemis | Jeffrey L. Raizner |
| Phillip R. Scaletta | Michael Patrick Doyle |
| Seth M. Thomas | Patrick M. Dennis |
| ICE MILLER LLP | DOYLE RAIZNER LLP |
| | |
| donald.snemis@icemiller.com | jraizner@DoyleRaizner.com |
| phillip.scaletta@icemiller.com | mdoyle@DoyleRaizner.com |
| seth.thomas@icemiller.com | pdennis@DoyleRaizer.com |
| | |
| *Attorneys for Defendants KBR, Inc., et al* | *Attorneys for Plaintiffs* |

M. Randall Jones
SERPE, JONES, ANDREWS,
CALLENDER & BELL, PLLC

rjones@serpejones.com

 

/s/ Gabriel A. Hawkins
Gabriel A. Hawkins

COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Telephone (317) 636-6481
Fax (317) 636-2593
Email: ghawkins@cohenandmalad.com